DAVID SPANGENBERG, ESQ.  (SBN 123864)
LAW OFFICE OF DAVID SPANGENBERG
420 Hudson Street, Suite A
Healdsburg, California 95448
Telephone:  (707) 473-4340
Facsimile:   (707) 473-0656
DavidSpangenberg@msn.com

LARK L. RITSON, ESQ. (SBN 117614)
LAW OFFICES OF LARK L. RITSON
755 Weston Road
Scotts Valley, CA 95066
Telephone:  (831) 247-0577
Facsimile:   (831) 438-3216
Lark.Ritson@gmail.com

Attorney for Ken Waterhouse, Sherwood MHP LLC,
and Waterhouse Management Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ken Waterhouse, Sherwood MHP LLC, and Waterhouse Management Corp.<br><br>    Plaintiffs,<br><br>    v.<br><br>City of Lancaster,<br><br>    Defendant. | Case No. CV 12-00923 SJO<br><br>**NOTICE OF LODGING [PROPOSED] PRETRIAL CONFERENCE ORDER**<br><br><u>Hearing Date, Time & Place</u><br>**Date:  April 1, 2013**<br>**Time:  9:00 a.m.**<br>**Courtroom 1, 2nd Floor**<br>**Hon. S. James Otero**<br><br>FAC Filed: May 22, 2012<br>Trial Date: April 9, 2013<br><br>E-Filed March 25, 2013; Time: |

**TO THE HONORABLE COURT and TO ALL PARTIES AND THIER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, Ken Waterhouse, Sherwood MHP LLC, and Waterhouse Management Corp. pursuant to Local Rules 5-4.4.1 and 5-4.4.2 hereby lodge the [Proposed] Pretrial Conference Order as required by the Court's Standing Order, Section 24 b.(1) and the Central District Local Rules 16-7.1 and 16.7.2 .

Dated this March 25, 2013

LAW OFFICE OF LARK L. RITSON


By: //s/_____
    Lark L. Ritson, Esq.,
    Attorney for Plaintiffs.


LAW OFFICE OF DAVID SPANGENBERG


By: //s/_____
    David Spangenberg, Esq.,
    Attorney for Plaintiffs.