DAVID SPANGENBERG, ESQ. (SBN 123864)
LAW OFFICE OF DAVID SPANGENBERG
420 Hudson Street, Suite A
Healdsburg, California 95448
Telephone: (707) 473-4340
Facsimile: (707) 473-0656
DavidSpangenberg@msn.com

LARK L. RITSON, ESQ. (SBN 117614)
LAW OFFICES OF LARK L. RITSON
755 Weston Road
Scotts Valley, CA 95066
Telephone: (831) 247-0577
Facsimile: (831) 438-3216
Lark.Ritson@gmail.com

Attorney for Ken Waterhouse, Sherwood MHP LLC,
and Waterhouse Management Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ken Waterhouse, Sherwood MHP LLC, and Waterhouse Management Corp.<br><br>Plaintiffs,<br><br>v.<br><br>City of Lancaster,<br><br>Defendant. | Case No. CV 12-00923 SJO<br><br>**PLAINTIFFS' NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF SETTLEMENT BY DEFENDANT.**<br><br><u>Pretrial Conference Hearing</u><br>Date: April 1, 2013<br>Time: 9:00 a.m.<br>Courtroom 1, 2nd Floor<br>Hon. S. James Otero<br><br>Trial: April 9, 2013<br><br>E-Filed March 27, 2013; Time: |

TO THE HONORABLE COURT and TO ALL PARTIES AND THIER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, Ken Waterhouse, Sherwood MHP LLC, and Waterhouse Management Corp., pursuant to the Federal Rules of Civil Procedure, Rule 68 (a) have been served with and have accepted a Rule 68 Offer of Settlement by Defendant, City of Lancaster. A true and correct copy of the Rule 68 Offer of Settlement is attached hereto as Exhibit A.

The Offer of Settlement is hereby accepted as follows: Plaintiffs, Ken Waterhouse, Sherwood MHP LLC, and Waterhouse Management Corporation, and each of them, accept the Rule 68 Offers of:

1. **Monetary Settlement**: in the amount of **$50,300.00**, divided as follows among the 3 Plaintiffs:

| | |
|---|---|
| Sherwood MHP, LLC | $10,100.00 |
| Ken Waterhouse, individually | $10,100.00 |
| Waterhouse Management Corp. | $30,100.00 |

2. **Declaratory Relief**: A declaratory judgment to be issued by the Court that Lancaster Ordinance 952 does not apply to and shall not be enforced against Sherwood MHP, LLC.

3. **Prevailing Party**: Plaintiffs will be deemed to have prevailed in this litigation, and may bring their motion for an award of attorneys' fees and costs under 42 U.S.C. Section 3613(c)(2), including time spent in preparing, filing, and presenting the motion to the Court. The motion will be brought in accordance with Local Rule 54-10, within 14 days of the Entry of Judgment.

4. The Parties letters confirming their mutual understanding of the terms of the Rule 68 Offer of Settlement are attached hereto as Exhibit B, and are admissible into evidence should the need arise.

Dated this March 27, 2013

          LAW OFFICE OF LARK L. RITSON

By: /s/ *[signature]*
Lark L. Ritson, Esq.,
Attorney for Plaintiffs.

          LAW OFFICE OF DAVID SPANGENBERG

By: /s/ *[signature]*
David Spangenberg, Esq.,
Attorney for Plaintiffs.

PLAINTIFFS, and each of them, hereby confirm their acceptance of the City of Lancaster's Rule 68 Offer of Settlement:

By: *[signature]*
Ken Waterhouse, as an individual.

By: *[signature]*
Ken Waterhouse, as the Managing Member of Sherwood MHP, LLC

By: *[signature]*
Ken Waterhouse, as the President Waterhouse Management Corporation