|   |   |
|---|---|
| 1 | DAVID SPANGENBERG, ESQ.  (SBN 123864) |
|   | LAW OFFICE OF DAVID SPANGENBERG |
| 2 | 420 Hudson Street, Suite A |
|   | Healdsburg, California 95448 |
| 3 | Telephone:  (707) 473-4340 |
|   | Facsimile:   (707) 473-0656 |
| 4 | DavidSpangenberg@msn.com |

JS-6

LARK L. RITSON, ESQ. (SBN 117614)
LAW OFFICES OF LARK L. RITSON
755 Weston Road
Scotts Valley CA  95066
Telephone:  (831) 247-0577
Lark.Ritson@gmail.com

Attorney for Plaintiffs, KEN WATERHOUSE, SHERWOOD MHP LLC, and WATERHOUSE MANAGEMENT CORP.

WILLIAM LITVAK, ESQ. (SBN 90533)
ERIC MARKUS, ESQ. (SBN 281971)
DAPEER, ROSENBLIT & LITVAK, LLP
11500 W. Olympic Boulevard, Suite 550
Los Angeles, CA 90064
Telephone: (310) 477-5575
Facsimile:   (310) 477-7090

Attorneys for Defendant,
CITY OF LANCASTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Ken Waterhouse, Sherwood MHP LLC, and Waterhouse Management Corp., | Case No. CV 12 00923-SJO |
|---|---|
| Plaintiffs, | **RULE 54** |
| v. | **JUDGMENT OF** |
|   | **DECLARATORY AND** |
| City of Lancaster, | **INJUNCTIVE RELIEF** |
|   | Pretrial Conference: |
| Defendant. | Date:  May 30, 2013 |
|   | Time: 9:00 a.m. |
|   | Court Room 1, 2nd Floor |
|   | Hon. Judge Otero |

[PROPOSED] PRETRIAL CONFERENCE ORDER, Case No. 2:12-CV-00923-SJO

# [PROPOSED] RULE 54
# JUDGMENT OF DECLARATORY AND INJUNCTIVE RELIEF

Pursuant to Federal Rule of Civil Procedure 54, and based on the Plaintiffs' Notice of Acceptance of Rule 68 Offer of Settlement by Defendant (Dkt. 106, 106-1, and 106-2), judgment is entered in favor of plaintiffs Ken Waterhouse, Sherwood MHP LLC, and Waterhouse Management Corporation and against defendant the City of Lancaster as follows:

1. The Court hereby declares that: The City of Lancaster municipal Ordinance No. 952, entitled "An Ordinance of the City Council of the City of Lancaster, California Approving the Addition of a Senior Mobilehome Park Overlay Zone (MHP-S) on the Lancaster Zoning Map at Three Existing Mobilehome Park Locations," does not apply to, and shall not be enforced against, **Sherwood Mobile Home Park**, located at 3753 E. Avenue I, Lancaster, California. A true and correct copy of Ordinance No. 952 is attached to this Judgment as Exhibit 'A.'

2. Plaintiffs, Ken Waterhouse, Sherwood MHP LLC, and Waterhouse Management Corporation, are the prevailing parties in this litigation. Plaintiffs may bring a motion for an award of attorneys' fees and costs under Title 42, United States Code, Section 3613 (c) (2).

3. The Parties have agreed to a settlement of Plaintiffs' damage claims. (See Dkt. 106.)

IT IS SO ORDERED.

4/18/13

_S. James Otero_
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

_____

William Litvak, Esq., Attorney for Defendant.

_____

David Spangenberg, Esq., Attorney for Plaintiffs.

_____

Lark L. Ritson, Esq., Attorney for Plaintiffs.