# Law Office of David Spangenberg
# Open Invoices
As of May 1, 2013

| | Type | Date | Num | Open Balance |
|---|---|---|---|---|
| **Waterhouse** | | | | |
| **1107 Waterhouse v Lancaster** | | | | |
| | Invoice | 09/06/11 | 11-2133 | 405.00 |
| | Invoice | 10/19/11 | 11-2149 | 3,375.00 |
| | Invoice | 12/07/11 | 11-2165 | 225.00 |
| | Invoice | 01/25/12 | 11-2174 | 16,245.00 |
| | Invoice | 02/15/12 | 11-2187 | 9,000.00 |
| | Invoice | 03/20/12 | 11-2198 | 2,205.00 |
| | Invoice | 04/18/12 | 12-2216 | 180.00 |
| | Invoice | 05/15/12 | 12-2226 | 4,410.00 |
| | Invoice | 06/13/12 | 12-2236 | 9,000.00 |
| | Invoice | 07/18/12 | 12-2247 | 630.00 |
| | Invoice | 09/21/12 | 12-2281 | 6,435.00 |
| | Invoice | 10/18/12 | 12-2295 | 19,710.00 |
| | Invoice | 11/02/12 | 12-2309 | 1,150.00 |
| | Invoice | 11/13/12 | 12-2308 | 1,215.00 |
| | Invoice | 12/19/12 | 12-2323 | 2,295.00 |
| | Invoice | 01/25/13 | 13-2337 | 34,785.00 |
| | Invoice | 02/15/13 | 13-2352 | 71,245.00 |
| | Invoice | 03/14/13 | 13-2362 | 61,778.40 |
| | Invoice | 04/14/13 | 13-2370 | 124,850.24 |
| **Total 1107 Waterhouse v Lancaster** | | | | **369,138.64** |