Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
| --- |
| 02/15/13 |

| Invoice No. |
| --- |
| 13-2352 |

Bill To:

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| 01/02/13 | Review e-mail from Eric Markus regarding discovery issues and advising that the City will be sending out a copy service to copy all tenant 182 space files. Respond to e-mail. Clerical instructions to contact Park manager to advise of copy service and to allow copying of tenant files. Discuss protocol regarding files and managers availability. | 0.5 | 450.00 | 225.00 |
| 01/02/13 | Review and respond to e-mail from David Evans requesting update on status of Lancaster case. Telephone call David to discuss his multiple appearances before the Lancaster City Council protesting the adoption of the senior zoning on Sherwood MHP. Discuss his availability as a witness for trial and scope of his testimony. | 0.9 | 450.00 | 405.00 |
| 01/03/13 | Review email from City Attorney on documents. Draft email on copy requests and destruction of those copies of tenant documents with personal information that is unrelated to the case. | 0.5 | 450.00 | 225.00 |
| 01/03/13 | TC City Attorney on discovery issues and cut off dates. Discuss discovery of experts and depositions of expert after discovery cut-off and set report dates and dates for experts depositions. Discuss settlement issues. Contact Lark on settlement of case. Email Annette on settlement of case. | 0.5 | 450.00 | 225.00 |
| 01/03/13 | Review and respond to e-mail from Eric Markus to discuss procedural matters and scheduling of depositions and other discovery responses | 0.2 | 450.00 | 90.00 |
| 01/03/13 | E-mail Eric regarding further inspection dates and use of copy service to copy all 185 tenant space files. Telephone call Eric to discuss how to proceed on obtaining requested documentation from on-site managers at Lido. | 0.3 | 450.00 | 135.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
| --- | --- |
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
| --- |
| 02/15/13 |

| Invoice No. |
| --- |
| 13-2352 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107
Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| 01/03/13 | Review and respond to e-mails from Eric to set up a conference call to discuss possible settlement issues and resolving the case. Email to Lark Ritson on settlement potential. Telephone call Ken Waterhouse on settlement potential. | 0.5 | 450.00 | 225.00 |
| 01/03/13 | Review and respond to e-mail from Lark Ritson regarding conference call to discuss responses to discovery. Update on settlement discussions. | 0.2 | 450.00 | 90.00 |
| 01/03/13 | TC Ruben Garcia VP Waterhouse regarding damage claims of Waterhouse management and Sherwood MHP. Go over allowable damage claims in fair housing cases. Request that he begin pulling together damages claims for lost employee time. TC Shari Jennings, Waterhouse Controller regarding Waterhouse Management and Sherwood MHP damage claims. Go over allowable damage claims in fair housing cases. Request that she began pulling together Waterhouse and Sherwood damage claims. Review emails from Shari on Damages claims involving space vacancies at Sherwood MHP. | 2.3 | 450.00 | 1,035.00 |
| 01/03/13 | Clerical instructions to office bookkeeper Annette Evers requesting Waterhouse billing to date and expenses to date for purposes of settlement discussions with City Attorney. | 0.3 | 450.00 | 135.00 |
| 01/04/13 | Review Park's Initial Disclosure documents to organize thoughts for a Summary Judgment Motion.. TC Lark to discuss forthcoming motion cut off dates and preparation to file Summary Judgment Motion. Discuss necessary elements to prove issues in SJ motion. Discuss how to proceed with each's assigned workload. | 2.2 | 450.00 | 990.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions?  Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
| --- | --- |
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|------|
| 02/15/13 |

| Invoice No. |
|-------------|
| 13-2352 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|------------|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|-------------------|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|------|-------------|-------|-------------|--------|
| 01/04/13 | Review reports from Office Bookkeeper regarding total billable hours and expenses from the Law Offices of David Spangenberg for purposes of settlement discussions with City Attorney. Estimate December time and expenses. | 0.2 | 450.00 | 90.00 |
| 01/04/13 | Telephone call Ken Waterhouse to discuss the scope of damage claims for Waterhouse Management, Sherwood MHP LLC, and his personal claims. Discuss scope of claims allowable under the federal fair housing act. Discuss his emotional distress claims and efforts he is taken to address those claims. Discuss his losses of business opportunities due to negative press coverage for violating the city ordinances. Discuss his knowledge of any prospective clients that were steered away from Waterhouse Management as result of city conduct. Discuss available proof for those issues. | 1.8 | 450.00 | 810.00 |
| 01/07/13 | Review e-mail from city attorney's assistant. Review letter outlining terms of extending discovery dates to facilitate settlement discussions,  E-mail City regarding deposition dates set for Saturday and Sunday. | 0.4 | 450.00 | 180.00 |
| 01/07/13 | Review e-mail from Mona Ehrenreich the ADR mediator assigned to mediate this matter. | 0.1 | 450.00 | 45.00 |
| 01/07/13 | Review e-mail from Eric Marcus on settlement and attorneys fees to date.  Draft response to his questions about attorney fee time and hours. Pose questions as to where the city was in terms of settlement.  Review further response from Eric Marcus on city's position for settlement and payment of attorneys fees. | 0.3 | 450.00 | 135.00 |
| 01/08/13 | Review email from City Attorney responding to disclosure of attorney time for purposes of settlement discussions. | 0.1 | 450.00 | 45.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions?  Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
|-------|--|
| Payments | $0.00 |
| Balance Due | $71,245.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|---|
| 02/15/13 |

| Invoice No. |
|---|
| 13-2352 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 01/08/13 | In response to request from City on the attorney hours spent to date for purposes of settlement of the caee, review memo from Annette on billings to date and draft email to City Attorney explaining hours spent on case in order to open settlement discussions. | 0.5 | 450.00 | 225.00 |
| 01/08/13 | In response to the request from the City for the attorney time spent to date in this matter contact Lark for her attorney time. Contact our bookkeeper Annette for a total attorney time to date. Assemble information and e-mail to Eric for settlement discussions. | 0.7 | 450.00 | 315.00 |
| 01/08/13 | Review letter from City Attorney setting forth agreement for expert witness reports and deposition of expert witnesses. Calendar events. Clerical instructions. | 0.4 | 450.00 | 180.00 |
| 01/08/13 | Long conference call with Sheri Jennings regarding her retention as an expert witness and the scope of her expert witness report. Asked her to assemble a report on her portion of the monetary damages suffered by Waterhouse Management Corp. and Sherwood MHP LLC. Ask her to substantiate her calculations and information and to supply to me relevant bullet points for her declaration and expert witness report. | 2.1 | 450.00 | 945.00 |
| 01/08/13 | Long conference call with Ruben Garcia regarding his expert witness report and the scope of his expert witness report. Asked him to assemble a report on his portion of the monetary damages suffered by Waterhouse Management Corp. and Sherwood MHP LLC. Ask him to substantiate the calculations and information and to supply to me relevant bullet points for his declaration and expert witness report | 1.9 | 450.00 | 855.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $71,245.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|---|
| 02/15/13 |

| Invoice No. |
|---|
| 13-2352 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 01/08/13 | Telephone call Ken Waterhouse regarding the scope of his expert witness report and monetary damages suffered by Waterhouse Management Corp. and Sherwood MHP LLC. Asked him to crosscheck with Sheri Jennings and Ruben Garcia on the damage claim and confirm their authenticity. Discuss possible settlement with the city and the scope of the damages sustained by plaintiffs. | 1.3 | 450.00 | 585.00 |
| 01/09/13 | Review and respond to emails from City Attorney on conference call to discuss filing of SJ motions and setting hearing dates for ADR process. TC Lark to discuss review calendar dates for timing. | 0.2 | 450.00 | 90.00 |
| 01/09/13 | Review and respond to e-mail from Eric setting up a conference call. | 0.1 | 450.00 | 45.00 |
| 01/10/13 | Conference call with City attorney on settlement and request to extend time to file summary Judgment motions and expert reports. TC Lark on motions for summary judgment and discovery issues. Discuss how to proceed. Discuss ADR meeting and scheduling of dates for ADR. Discuss City's request to extend the deadlines for SJ motions etc. | 1.5 | 450.00 | 675.00 |
| 01/10/13 | Review email from Eric Marcus on draft stipulation and conference call instructions. | 0.4 | 450.00 | 180.00 |
| 01/10/13 | Telephone call Eric Markus to discuss details of stipulation to extend trial date and all other calendared items by two months. Agree to terms of full extension. | 0.3 | 450.00 | 135.00 |
| 01/10/13 | Telephone call to discuss stipulation to expand cutoff dates. Review draft stipulation. Sign draft stipulation and e-mail back to Eric for filing. Telephone call Lark to discuss issues remaining for SJ motion. | 0.5 | 450.00 | 225.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| Balance Due | $71,245.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|------|
| 02/15/13 |

| Invoice No. |
|-------------|
| 13-2352 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|------------|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|-------------------|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|------|-------------|-------|-------------|--------|
| 01/10/13 | Telephone call with Bill and Eric to discuss hearing cutoff dates, motions, mediation and settlement. Meet and confer on issues. Set up conference call with mediator on Friday and meet and confer on Friday the 11th. Telephone call clients to discuss settlement issues and client positions. Telephone call Lark on issues of settlement and how to proceed with the mediation discussions. | 0.9 | 450.00 | 405.00 |
| 01/10/13 | Review Court Filing Stipulation to continue motion hearing cutoff and related dates. Court Document number 26. Clerical instructions. Calendar dates. | 0.3 | 450.00 | 135.00 |
| 01/11/13 | Review memo from Lark on meet and confer requirements and requirements of local rules for SJ motions. Discuss proposing stipulated statement of facts for SJ motion. Review our compliance with local rules to date. Discuss nature of mediation conference call. | 0.9 | 450.00 | 405.00 |
| 01/11/13 | Attend meet and confer as required by the local rules before filing cross-motions for Summary Judgment. Discuss issues in the case and supporting case authority to attempt to resolve issues. Agree to file a joint stipulation of documents that are not in dispute. Calendar dates. Clerical instructions.. | 1.4 | 450.00 | 630.00 |
| 01/11/13 | Attend mediation conference call with Court appointed mediator. Discuss issues and possible mediation dates. Calendar follow-up for mediation. | 1.2 | 450.00 | 540.00 |
| 01/11/13 | Telephone conference with Lark Ritson to discuss dividing work assignments on Motion for Summary Judgment and begin work on Motion for Summary Judgment in the event the Court denies | 0.8 | 450.00 | 360.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
|-------|--|
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
| --- |
| 02/15/13 |

| Invoice No. |
| --- |
| 13-2352 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| | the Stipulation to Continue Motion cut off dates. Calendar dates. Review local rules for Summary Judgment Motions. | | | |
| 01/12/13 | Review and organize documents for declarations needed in summary judgment motion. Clerical instructions regarding documents. Review court's standing orders and Rules of Civil Procedure for compliance. Memo to file. | 1.5 | 450.00 | 675.00 |
| 01/12/13 | Review City's initial disclosure documents, locate staff reports and staff analysis for ordinances 886, 887, 900, and 952. Review staff reports for application to Sherwood MHP. Highlight relevant sections. Clerical instructions re-scanning documents for inclusion in either stipulated facts or declarations or request for judicial notice. | 2.7 | 450.00 | 1,215.00 |
| 01/12/13 | Review Lark's draft Notice of Motion for Partial Summary Judgment for its completeness and that all the issues are addressed in the Notice. Outline possible other issues and suggested changes. | 0.3 | 450.00 | 135.00 |
| 01/14/13 | Review e-mail from Lark regarding further draft Notice of Motion for the Summary Judgment motion. E-mail Lark with comments on draft Notice. Review e-mail from Lark regarding Central District page limitations. Review and revise draft introduction to the Summary Judgment Motion. | 1 | 450.00 | 450.00 |
| 01/14/13 | Per City's request, review Initial Disclosure documents submitted by both Plaintiffs and Defendant. Locate series of letters sent by City to plaintiffs threatening ordinance enforcement. Locate series of letters sent to City in response to threatening letters. Clerical instructions to scan documents. Draft e-mail to City with above | 2.6 | 450.00 | 1,170.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
| --- | --- |
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 02/15/13 |

| Invoice No. |
|---|
| 13-2352 |

Bill To:

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107
Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 01/14/13 | documents with explanations. Review and respond to numerous e-mails from City regarding documents and dates. Draft e-mail with calculations showing time between City''s last threatening letter and filing of complaint. Review e-mails in response Telephone call Lark to discuss settlement conference. Review and comment on draft initial statement of facts. Suggest changes. Discuss best options to set out the case for the SJ Motion. Discuss transportation to Los Angeles for Mediation. Discuss how we should suggest stipulated statement of facts with the City. Clerical instructions for booking flights to Mediation. | 2.2 | 450.00 | 990.00 |
| 01/14/13 | Review draft statement of facts for the Memorandum of Points and Authority. Advise as to changes. Telephone call Lark to discuss issues and how to share burdens of filing necessary documents. | 1.6 | 450.00 | 720.00 |
| 01/14/13 | Review e-mail from Court appointed mediator regarding dates for mediation. Crosscheck availability. Clerical instructions regarding booking. Calendar dates for mediation. Clerical instructions regarding dates for mediation brief. | 0.3 | 450.00 | 135.00 |
| 01/14/13 | Review e-mail from Eric Marcus regarding letter sent by this office two months prior to filing suit which he claims the city did not receive. Draft response to e-mail over letter indicating it was produced. Draft long explanation e-mail to Eric Marcus regarding the letters together with timeline. Review initial disclosure to locate letters. Clerical instructions on scanning letters and attach to e-mail. Review response from Eric Marcus agreeing to proper disclosure of letter and timeline. | 1.3 | 450.00 | 585.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340       Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
| --- |
| 02/15/13 |

| Invoice No. |
| --- |
| 13-2352 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107<br>Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| 01/15/13 | Review e-mail from City regarding agreeing to stipulated facts for SJ motion. Draft response with discussion of City's intent found in City's Staff Reports. | 0.2 | 450.00 | 90.00 |
| 01/15/13 | Review e-mail from City regarding stipulation to dates of letters sent and received by the City and Sherwood MHP. Respond and begin drafting stipulation. | 0.2 | 450.00 | 90.00 |
| 01/15/13 | Review e-mail from Lark regarding City Staff Reports. Review and highlight Staff Reports for Ordinance 900; zone change number 10-01; resolution number 10-35; overlay ordinance; Ordinance 952; zone change 10-01; Resolution number 10-35; and, staff report ordinance 952. | 1.9 | 450.00 | 855.00 |
| 01/15/13 | Review order from the Court denying Stipulation to continue motion hearing cut off dates. E-mail to Lark for discussion. Assess remaining time to complete SJ motion. Clerical instructions on calendaring.. | 0.2 | 450.00 | 90.00 |
| 01/15/13 | Review and respond to emails from Lark regarding Mediation and travel arrangements to coordinate meeting up for mediation. | 0.3 | 450.00 | 135.00 |
| 01/15/13 | Telephone call Ruben Garcia regarding elements of damage claims with Sherwood mobile home Park, Waterhouse Management, and Ken Waterhouse. Discuss employee timeline of work loss. Review spreadsheet showing work loss hours from Waterhouse employees. Review and respond to multiple e-mails from Ruben Garcia on damage claim issues. E-mail to Ruben on mediation dates and Ken Waterhouse's availability. | 3.2 | 450.00 | 1,440.00 |
| 01/16/13 | Review Joint Statement of Stipulated Material Facts. Crosscheck against ordinances and documents. Draft e-mail to Lark | 1.2 | 450.00 | 540.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340        Tax Payer ID 77=0300361

| Total | |
| --- | --- |
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 02/15/13 |

| Invoice No. |
|---|
| 13-2352 |

Bill To:

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| | concerning Joint Statement issues. Draft e-mail to Eric Markus with copy of Draft Joint Statement. E-mail Lark regarding status of SJ motion and needed documentation. | | | |
| 01/16/13 | Review multiple e-mails from Eric regarding stipulated Joint Statement of facts. E-mails to Lark regarding joint statement. Clerical instructions. Review and respond to e-mail from Lark regarding status of stipulation and amendment of pleadings to conform with local rules. | 0.4 | 450.00 | 180.00 |
| 01/16/13 | Review e-mail from Ruben regarding the delivery of documents responsive to the City's request for production of documents. Clerical instructions regarding delivery and retention of documents. Review scan of documents being produced with exception of tenant files. | 2.2 | 450.00 | 990.00 |
| 01/16/13 | Review e-mail from Court appointed Mediator on available dates for mediation. Telephone call Ken Waterhouse regarding his availability on dates. Discuss updating damage claims for mediation. Answer questions concerning the mediation process. Calendar dates. | 1.5 | 450.00 | 675.00 |
| 01/16/13 | Legal research on the history and the requirements of Civil Code section 798.76 Re: disclosures to prospective tenants. Draft memo to Lark regarding research. Research the history of when adopted. Legal research regarding ability of Park owner to hold a Park out as housing for older persons under the Mobile home Residency Law. Review cities initial disclosure documentation for staff reports citing Sherwood mobile home Park as target of ordinances. | 4.8 | 450.00 | 2,160.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77-0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 02/15/13 |

| Invoice No. |
|---|
| 13-2352 |

Bill To:

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 01/17/13 | Telephone call Ruben Garcia regarding details of past events he witnessed for his declaration supporting the Motion for Summary Judgment. Go over the history of events and and begin setting up an outline for his declaration. Discussions regarding notice to the City of Sherwood's noncompliance with the housing for older persons Act. Discuss possible exhibits to include as attachements to his declaration. Clerical instructions to pull together exhibits. | 3.5 | 450.00 | 1,575.00 |
| 01/17/13 | E-mail Lark Ritson regarding the finalization of the SJ motion declaration of Ruben Garcia. TC Ruben to discuss the details of his declaration on the SJ Motion. Take down information for Ruben Garcia regarding damage elements to include in his declaration for Waterhouse management and Sherwood mobile home Park. Review Ruben's report on damages from employee lost time. Telephone call to Ken Waterhouse regarding his damage report for Waterhouse management and Sherwood Park. Telephone call Sheri Jennings regarding her damage report on lost rents. Assist Ruben, Ken, and Shari in drafting their declarations re expert reports and attaching their reports to the declarations. | 5.2 | 450.00 | 2,340.00 |
| 01/17/13 | Review and respond to e-mail from Eric Markus regarding the stipulated facts and conference call on Friday to go over them. | 0.2 | 450.00 | 90.00 |
| 01/17/13 | Review Court's Standing Order on meet and confer requirements. Draft my declaration outlining the meet and confer requirement compliance under the local rules. Clerical instructions. Finalize. | 0.8 | 450.00 | 360.00 |
| 01/17/13 | Discuss with Lark interpretation of the rules as to whether stipulation of facts and disputed. Facts may be contained in a single document. | 0.2 | 450.00 | 90.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $71,245.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
| --- |
| 02/15/13 |

| Invoice No. |
| --- |
| 13-2352 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| 01/17/13 | Review and revise reformatted Joint Statement of stipulated facts. | 0.2 | 450.00 | 90.00 |
| 01/18/13 | Review reformatted joint statement of stipulated facts for review by City. Pull exhibits cited in the joint statement of stipulated facts. Clerical instructions regarding exhibits. Multiple e-mails with Lark Ritson regarding the format of the joint statement of stipulated facts. | 4.3 | 450.00 | 1,935.00 |
| 01/18/13 | Review e-mail from Lark Ritson regarding the revised joint statement of facts and correcting errors in the document. Draft e-mail to Eric Markus on conference to discuss joint statement of facts. Review e-mail from Eric on form of joint statement. Submit to City attorney our draft joint statement. Review and respond to multiple e-mails regarding protocol for joint statement. Review City's new proposed 81 joint statement of undisputed facts. E-mail to Eric regarding late submission of city's statement of facts. E-mail to Lark re: City's statement of facts. Review e-mail from William Litvak regarding statement of facts. Respond with objection to late submittal. Review e-mail from William Litvak on putting the joint statements together. Review William Litvak objections to our statement of facts. Draft e-mail to Lark on city's position. | 6.7 | 450.00 | 3,015.00 |
| 01/18/13 | Review Ruben Garcia's Declaration and expert report. Telephone call Ruben as to how he wants his expert declaration finalized. | 0.6 | 450.00 | 270.00 |
| 01/18/13 | Research courts motion dates and setting matters for hearing. Review court standing order. E-mail to Lark Ritson. | 0.3 | 450.00 | 135.00 |
| 01/18/13 | Prepare for and attend conference call with William Litvak to discuss joint statement of facts and stipulating to facts. Review his follow up e-mail RE: same. | 0.3 | 450.00 | 135.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
| --- | --- |
| Payments | $0.00 |
| Balance Due | $71,245.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|---|
| 02/15/13 |

| Invoice No. |
|---|
| 13-2352 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 01/18/13 | Paralegal Services - Review City's Initial Disclosure documents and Plaintiffs' Initial Disclosure documents. Catalog, index and date order exhibits for trial. | 7 | 100.00 | 700.00 |
| 01/19/13 | E-mail Lark Ritson regarding her status on drafting the memorandum of points and Authorities. Review beginning draft of Memorandum of Points and Authorities and begin assembling authorities and documents cited and outline declarations needed to authenticate documents and evidence. | 2.7 | 450.00 | 1,215.00 |
| 01/20/13 | Review City's draft of 81 proposed stipulated facts to be used in the cross Motions for Summary Judgment. Outline Plaintiffs' problems with various proposed stipulated facts. Review City's response to Plaintiffs proposed stipulated facts. Review City' proposed changes to Plaintiffs stipulated facts. Multiple e-mails back and forth to the City to determine if some common ground could be established on the stipulated facts. | 4.7 | 450.00 | 2,115.00 |
| 01/20/13 | Review expert reports from Ruben Garcia, Sheri Jennings, and Ken Waterhouse. Make notes on questions raised by reports. | 2.5 | 450.00 | 1,125.00 |
| 01/20/13 | Finalize my Local Rule 7-3 Declaration for Plaintiffs Summary Judgment motion. E-mail to Lark for final approval.. | 0.2 | 450.00 | 90.00 |
| 01/20/13 | E-mails to Sheri Jennings requesting a copy of her resume to attached to her expert report and declaration. E-mail to Ruben Garcia requesting a copy of his resume. E-mail can Waterhouse requesting a copy of his resume. | 0.3 | 450.00 | 135.00 |
| 01/20/13 | Finalize the Exhibits for Ruben's Declaration in support of Plaintiffs' Summary Judgment Motion. | 0.3 | 450.00 | 135.00 |
| 01/21/13 | Review Shari Jennings breakdown of the ownership of Sherwood | 1.9 | 450.00 | 855.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $71,245.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
| --- |
| 02/15/13 |

| Invoice No. |
| --- |
| 13-2352 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107
Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| | LLC. Telephone call Shari to discuss damage claims and details of her expert report. Discuss history of ownership of Sherwood LLC. Discuss her review of the City's draft Joint Statement of Stipulated Facts for correctness. | | | |
| 01/21/13 | Telephone call Lark regarding Ruben Garcias Declaration in support of S J Motion. Discuss additional items needed. Telephone call Ruben Garcia regarding factual history and city's responses. Draft amendments to Garcia's declaration based on our discussions. Forward to Lark for review. | 3.2 | 450.00 | 1,440.00 |
| 01/21/13 | Telephone call Sheri Jennings regarding questions about the legal fees she shows in her expert report. Discuss her basis for the legal fees and why certain items are not included from the supporting documentation. | 0.3 | 450.00 | 135.00 |
| 01/21/13 | Telephone call Ruben Garcia regarding additions to his Declaration in support of SJ motion. Discuss a few clarifying items regarding City's response and actions around the adoption of the original ordinances. | 0.3 | 250.00 | 75.00 |
| 01/21/13 | Additional changes to Ruben Garcias Declaration on SJ motion. Finalize review and crosscheck of declaration with the 14 attached exhibits to the declaration. Crosscheck for completeness and finalize. | 1.5 | 450.00 | 675.00 |
| 01/21/13 | Multiple e-mails to Ruben Garcia and Sheri Jennings regarding some typographical errors in their expert reports. Review final reports from Ruben, Ken, and Sheri. Scan and e-mail to Eric Marcus as the initial expert disclosure.. | 0.8 | 450.00 | 360.00 |
| 01/21/13 | Review of Lark's draft of the memorandum on the motion for | 0.9 | 450.00 | 405.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340      Tax Payer ID 77=0300361

| | |
| --- | --- |
| Total | |
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|---|
| 02/15/13 |

| Invoice No. |
|---|
| 13-2352 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| | summary judgment. Outline missing elements needed to complete memo. Begin pulling together citations needed to fill out the memorandum. | | | |
| 01/22/13 | Begin inserting the citations from Ruben Garcias Declaration into the Draft SJ motion. Crosscheck citations. Clerical instructions to update draft.  Review and make suggestions to Lark on the draft Statement of Undisputed facts and crosscheck the citations to the brief for her. | 2.6 | 450.00 | 1,170.00 |
| 01/22/13 | Assist Lark by completing all the Garcia Declaration citations to the brief, updating the Table of Contents and inserting and cross checking relevant authorities and case law. Clerical instructions to update the Table of Contents and Table of Authorities. | 4.1 | 450.00 | 1,845.00 |
| 01/22/13 | E-mails from Lark regarding problems with pacer system uploading memorandum and declarations. Research problem and remove e-mail hyperlinks from documents to allow uploading in the Pacer system. Forward corrected documents to Lark for uploading. | 0.5 | 450.00 | 225.00 |
| 01/22/13 | Final review of Notice of Motion and Motion for Partial Summary Judgment as to Counts one, two, three, four, and five.  Final review of Declaration of David Spangenberg under Local Rules 7-3. Final review of Memorandum of Support of Motion for Partial Summary Judgment as to counts one, two, three, four and five. Final review of Declaration of Ruben Garcia in Support of Plaintiffs Motion for Partial Summary Judgment. Final review of Statement of Undisputed Material Facts in Support of Motion. Final review of Proposed Order Granting Plaintiffs' Motion for Partial Summary Judgment. | 1.2 | 450.00 | 540.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions?  Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
| --- |
| 02/15/13 |

| Invoice No. |
| --- |
| 13-2352 |

| Bill To: |
| --- |
| Waterhouse Management Corp.<br>500 Giuseppe Court, Suite 2<br>Roseville, CA 95678 |

| Job Number |
| --- |
| Job 1107<br>Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| 01/23/13 | Review e-mail from Erik regarding discussion for settlement. Draft e-mail to Lark regarding her availability. Telephone call to client regarding settlement potential and position. Draft e-mails to City attorney regarding telephone conference. Clerical instructions regarding requested copy of undisputed facts. Review and respond to e-mails from Lark regarding partial summary judgment motion and beginning draft of reply brief. Review e-mail from City attorney. Telephone call Ken Waterhouse regarding settlement position. Discuss strengths and weaknesses in the case. Discuss ways to proceed on settlement. Telephone call Ruben regarding vacancy rates in other rent control parks. Discuss settlement issues. Review e-mail from mediator. Draft e-mail response requesting additional mediation dates. | 4.5 | 450.00 | 2,025.00 |
| 01/23/13 | Review e-mail notification from FedEx of delivery of chamber copies. Clerical instructions to e-mail copies of SJ motion to City Attorneys. E-mail exchange Re: copies of statements of undisputed facts in word format for both plaintiffs and defendants. | 0.3 | 450.00 | 135.00 |
| 01/23/13 | Review and outline issues related to response to City's Notice of Motion and Motion for Summary Judgment. Review and outline issues related to response to City's Statement of Undisputed Facts and Conclusions of Law. Review and outline issues related to response to City's Request for Judicial Notice. Review and outline issues related to response to City's Declaration of Brian Ludicke. Review and outline issues related to response to Declaration of Elizabeth Brubaker. Review and outline issues related to response | 2.4 | 450.00 | 1,080.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions?  Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
| --- | --- |
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|------|
| 02/15/13 |

| Invoice No. |
|-------------|
| 13-2352 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|------------|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|-------------------|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|------|-------------|-------|-------------|--------|
| | to City's declaration of Eric Markus. Review Notice of Lodging Proposed Order RE: motion. | | | |
| 01/24/13 | Review e-mail from Lark regarding Standing Order and undisputed statement of facts requirement. Multiple e-mails addressing issues related to joint statement of undisputed facts. Supply City and request of City copy undisputed facts in Word format.  Review local rule 7-6,7-7, and 7-8. | 0.5 | 450.00 | 225.00 |
| 01/24/13 | Research issues related to ability of City to withhold Permit to Operate mobile home Park. Research legal ramifications from withholding Permit to Operate. Memorandum regarding the legal effect under Health and Safety Code 18500 of withholding a Permit to Operate which suspends rent collection by Park owner. | 0.5 | 450.00 | 225.00 |
| 01/24/13 | Review e-mail from Eric Marcus regarding moving deposition dates for Ken Waterhouse, Sheri Jennings, and Ruben Garcia. Telephone calls to Sheri, and Ruben regarding their a availability on February 25, 26th and 27th for Depositions. Discuss the Deposition process and what would be expected of them as expert witnesses. Discuss preparations needed for the depositions.  Ask Ruben to confirm Ken's availability. | 0.9 | 450.00 | 405.00 |
| 01/24/13 | Review and respond to e-mails concerning global settlement. Telephone call Ken Waterhouse regarding making a global settlement of all claims inclusive of attorneys fees. Discuss in detail Plaintiffs damage claims and benefits of early resolution. Telephone call Lark Ritson to discuss possible settlement of all claims.  Draft e-mail regarding global settlement with deadline. Review and respond to e-mails concerning settlement after making offer. | 1.2 | 450.00 | 540.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions?  Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
|-------|---|
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|------|
| 02/15/13 |

| Invoice No. |
|-------------|
| 13-2352 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|------------|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|-------------------|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|------|-------------|-------|-------------|--------|
| 01/24/13 | Review Notice of Deficiencies in filings. Telephone call Lark Ritson to discuss response needed. | 0.2 | 450.00 | 90.00 |
| 01/24/13 | Review e-mail from court appointed Mediator on available dates between February and March for mediation of claims. Telephone call Ken Waterhouse regarding his availability on various dates. Crosscheck calendars for availability and identify available dates. | 0.3 | 450.00 | 135.00 |
| 01/24/13 | Legal research on the requirement to apply for a zone change and the futility of applying for a zone change in light of the city recently adopting a zone inconsistent with the requested zone change. Locate case Hoehne v County of San Benito addressing futility of zone change requirement. Memo to Lark for insertion in reply brief. | 2.5 | 450.00 | 1,125.00 |
| 01/25/13 | Telephone call Ruben Garcia confirming items to be added to Undisputed Fact Statements. Discuss in detail his conversations with Ms. Brubaker of the City regarding Sherwood not qualifying as housing for older persons. Identified date and time of statements and context in which statements were made. Draft memo to file for further declarations and or Trial testimony.. | 0.6 | 450.00 | 270.00 |
| 01/25/13 | Review Notice of lodging Proposed Order and Plaintiffs Statement of Undisputed Material Facts for sentence level errors and comments to Larks draft. | 0.3 | 450.00 | 135.00 |
| 01/25/13 | Telephone call Ken Waterhouse regarding items to be added to proposed Undisputed Fact Statements. Discuss conversations with city staff concerning roadblocks placed by the city in obtaining sewer permits, repair permits and or threats to suspend the Park's Permit to Operate. Discuss date and time of each | 0.9 | 450.00 | 405.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
| --- |
| 02/15/13 |

| Invoice No. |
| --- |
| 13-2352 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| | conversation and memo file for further declaration and or trial testimony. | | | |
| 01/25/13 | Telephone call Eric Marcus regarding City settlement proposal of $100,000 inclusive of all attorneys fees. Telephone call Ken Waterhouse regarding city's settlement proposal. Discuss issues and whether or not to make a counter proposal. Discuss likelihood of success on the Summary Judgment Motion. Discuss likelihood of success at trial | 0.6 | 450.00 | 270.00 |
| 01/26/13 | Contact Ken Waterhouse and Ruben Garcia regarding the truth in the City statement "from January 1, 2008 to May 13, 2008, the city did not issue any citations, formal notices of violation, nor did it Institute a civil or criminal action against any of the plaintiffs for a violation of Ordinance numbers 886 and/or 887." Discuss issues and threats made by City staff. | 0.5 | 450.00 | 225.00 |
| 01/26/13 | Telephone call Ruben Garcia to discuss new declaration needed in the response to the City's motion for summary judgment. Discuss details of the elements and claims of the city and obtain Mr. Garcia's responses. Memo items for declaration and begin drafting declaration elements. | 1.5 | 450.00 | 675.00 |
| 01/26/13 | Review 26 page draft of Plaintiffs' Separate Statement of Undisputed Material Fact. Telephone call Ruben Garcia to go over elements of the facts to make sure they are correct. Telephone call Ken Waterhouse to go over elements of the facts to make sure that they are correct and can be supported by evidence or declarations. | 4.5 | 450.00 | 2,025.00 |
| 01/27/13 | Review and correct language to be added and inserted in Ruben Garcias declaration in opposition to City's Motion. | 1 | 450.00 | 450.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
| --- | --- |
| Total | |
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
| --- |
| 02/15/13 |

| Invoice No. |
| --- |
| 13-2352 |

Bill To:

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107
Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| 01/27/13 | Assist Lark in legal research on standing requirement under the federal Fair Housing Act. Locate cases that support broad standing. E-mail information to Lark. | 0.8 | 450.00 | 360.00 |
| 01/27/13 | Contact Ruben Garcia to determine the number of perspective tenants with minor children who have applied for residency in the Park since January of 2008 and the number of those tenants who decided not to accept residency. Discuss need for this information in his declaration. | 0.4 | 450.00 | 180.00 |
| 01/27/13 | Contact Ken Waterhouse with copy of our draft responses to City's undisputed facts. Discuss how the city is putting a spin on the facts in order to show that the Park has not suffered any damages. Discuss documentation of the number of vacancies at the Park and times spent by Waterhouse management staff responding to city actions. Obtain information for Ken's declaration responding to the city's motion for Summary Judgment. | 1.1 | 450.00 | 495.00 |
| 01/27/13 | Revise Declarations of Ruben Garcia and Ken Waterhouse. E-mail Declarations to Ken and Ruben for review and comment. Review e-mail comments from Ruben and Ken as to their declarations. Revise declarations consistent with comments. Forward revise declarations for further review. | 1.5 | 450.00 | 675.00 |
| 01/27/13 | Contact Ken Waterhouse and Ruben Garcia to investigate whether the City or Ms. Brubaker received written notification of the change in the final rules and regulations of the Park effective January 1, 2008. Investigate all written correspondence with the city concerning the rule change. Advise Lark on the factual history. | 0.7 | 450.00 | 315.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
| --- | --- |
| Total | |
| Payments | $0.00 |
| Balance Due | $71,245.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|---|
| 02/15/13 |

| Invoice No. |
|---|
| 13-2352 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 01/27/13 | Review Larks draft Introduction to the Points and Authorities in Opposition to City's Motion for Summary Judgment. Suggest various changes and amplifications to the Introduction. | 0.5 | 450.00 | 225.00 |
| 01/27/13 | Review Statement of Genuine Issues of Fact and summarize statements for review by Ruben and Ken. Explain how we are changing the statement of the city to our revised statement and the format of the revisions. Request written responses to missing information and request responses to any fact statements to which they disagree. | 2.1 | 450.00 | 945.00 |
| 01/28/13 | Review and comment on draft portion of brief addressing Standing. Discuss addition of claims of loss of business reputation, expenditures of staff and attorney time as elements of damages in any Standing analysis. Discuss revisions to Declarations. | 0.7 | 450.00 | 315.00 |
| 01/28/13 | Continue revisions to Declaration of Ruben Garcia to incorporate undisputed fact elements and elements supporting Opposition to City's Motion. | 0.9 | 450.00 | 405.00 |
| 01/28/13 | Legal research regarding the City code section 17.0 8.305 which addresses exemption from Abatement of nonconforming use. Draft memo for Lark on meaning of code section. | 0.5 | 450.00 | 225.00 |
| 01/29/13 | Submit to Lark for review the almost final draft Declaration of Ruben which I have discussed with him. Also submit to Lark for review Ken Waterhouse declaration regarding contact by City Manager and threats to pull Sherwood's Permit To operate. Confirm finality of declarations in order to obtain signatures from Ruben and Ken. | 0.8 | 450.00 | 360.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
| --- |
| 02/15/13 |

| Invoice No. |
| --- |
| 13-2352 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107
Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| 01/30/13 | Review e-mail from City Attorney requesting copy of Statement of Genuine Issues in word format. E-mail to Lark on issue. Clerical instructions. | 0.2 | 450.00 | 90.00 |
| 01/30/13 | Review e-mail from HCD enforcement officer concerning Permit to Operate issues and City's threat to suspend the permit to operate for not compliance with the City's zoning ordinance. Draft response. Clerical instructions | 0.5 | 450.00 | 225.00 |
| 01/30/13 | Review e-mail from William Litvak regarding possible settlement with the City and prior offers to settle. Telephone call Ken Waterhouse to discuss if he would like to make a further proposal for settlement. E-mail William Litvak concerning status of settlement and current settlement demand. | 0.4 | 450.00 | 180.00 |
| 01/31/13 | Review Lancaster's opposition to Plaintiffs motion for partial summary judgment. Organize responses to arguments and outline case authorities. Begin outline of reply paragraphs with and cases needed to support reply.   Review Lancaster's objections to declaration of Ruben Garcia. Review evidence code for responses to objections including sections on hearsay, best evidence and expert testimony. Obtain copy of trial court decision in Mission Valley Oaks v. City of Yucaipa.   Conference call with Lark to discuss responses to objections and further research on evidence code issues. Outline requirements needed for responsive declaration by Ruben Garcia. | 3.7 | 450.00 | 1,665.00 |
| 01/31/13 | Review City's Statement of Genuine Disputes of Material Facts Document 48 and draft outline and responses to City's Statements.  Review Notice of Lodging by City Document 49. | 1 | 450.00 | 450.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
| --- | --- |
| Total | |
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|------|
| 02/15/13 |

| Invoice No. |
|-------------|
| 13-2352 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|------------|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|-------------------|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|------|-------------|-------|-------------|--------|
| 01/31/13 | Telephone call Lark to discuss city's version of Disputed facts versus plaintiffs version of disputed facts. Review City's Statement of Genuine Issues in Word format and enter notations during review. E-mail copy of document to Lark. | 0.4 | 450.00 | 180.00 |
| 01/31/13 | E-mail Terry Dowdall the trial attorney in the Putnam federal Fair Housing case requesting a copy of the Trial Court decision. | 0.2 | 450.00 | 90.00 |
| 01/31/13 | Review Trial Court Decision on Order on Motion to Dismiss in the Putnam case for application in reply brief. Research cases issued by HUD including the Ansonia case involving senior zoning. | 0.5 | 450.00 | 225.00 |
| 01/31/13 | Review and respond to Larks e-mail concerning expert witness disclosures and scope of experts testimony. Forward to Lark copies of the expert reports of Ken Waterhouse, Sheri Jenning, and Ruben Garcia. | 0.3 | 450.00 | 135.00 |
| 01/31/13 | Review and respond to Larks notes on the City's Opposition to our Motion for Summary Judgment. Comment on notes and add additional arguments to be used in the Reply. | 1.5 | 450.00 | 675.00 |
| 01/31/13 | Begin working on Ruben Garcias third declaration for the Reply brief. Draft sections related to Sherwood as the only Park converting to all age. Mr. Garcia is the General Manager of 53 mobile home parks and as such he does the due diligence review for Waterhouse Management. He has studied and is versed insection 3607 of the federal fair housing act. | 1.4 | 450.00 | 630.00 |
| 01/31/13 | E-mail Ruben Garcia regarding the need for a third declaration for the reply brief. Pose various questions regarding operation's and his involvement in overseeing those operations for Waterhouse Management related to federal Fair Housing issues. | 0.3 | 450.00 | 135.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
|-------|--|
| Payments | $0.00 |
| Balance Due | $71,245.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 02/15/13 |

| Invoice No. |
|---|
| 13-2352 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 01/31/13 | Telephone call Ken Waterhouse regarding settlement proposal to the City. Discuss lost rental income to Sherwood MHP LLC, Waterhouse Management expenses incurred from city conduct, attorneys fees pre-litigation incurred by Waterhouse Management Company, attorneys fees to date and Ken Waterhouse's emotional distress claims. Draft settlement proposal for William Litvak to present to city Council. | 1.2 | 450.00 | 540.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
|---|---|
| Total | $71,245.00 |
| Payments | $0.00 |
| Balance Due | $71,245.00 |