Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 02/01/13 | Review e-mail from Lark regarding Supplemental Declaration needed from Ruben Garcia responding to City's evidentiary objections. Outline elements needed for declaration including education, experience, and training. Scope of management responsibilities and number of mobile home parks managed. Training to perform due diligence review. Telephone call Ruben to discuss details of his declaration. Refine rough draft declaration from Lark addressing needed issues to fit information supplied by Mr. Garcia. Clerical instructions regarding declaration format. | 3.5 | 450.00 | 1,575.00 |
| 02/01/13 | Discussion with Lark regarding Reubens declaration. Telephone call Ruben to determine if Sherwood was the only mobile home Park contemplating conversion at the time the the City ordinances. Discuss proof of facts and draft clauses. | 0.4 | 450.00 | 180.00 |
| 02/01/13 | Submit Ruben Garcias declaration to Lark for review. Begin outlining and drafting my Declaration in Support of Plaintiffs Motion for Partial Summary Judgment. | 0.6 | 450.00 | 270.00 |
| 02/01/13 | Review detailed phone message from Ruben Garcia regarding changes to his Declaration in Support of Plaintiffs Motion for Partial Summary Judgment. Review and revise Garcia declaration to conform with phone message. | 0.5 | 450.00 | 225.00 |
| 02/01/13 | Review and respond to e-mail from Lark regarding questions raised by Garcia declaration. Respond to request to locate the 1996 rules and regulations as an exhibit. Respond to requests to add more information regarding the 24 CFR section requiring biannual verification procedures. | 0.8 | 450.00 | 360.00 |
| 02/01/13 | E-mail to Ruben further revisions to his declaration in Support of | 0.3 | 450.00 | 135.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340    Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 02/01/13 | Plaintiffs Motion for SJ. Review e-mail comments back regarding corrections to declaration. Telephone call Ruben regarding the number of mobile home parks he oversees as general manager. Discuss the number of those parks that are senior and his experience with qualifying those senior parks as housing for older persons. Draft additional revisions to his declaration to incorporate that information | 0.4 | 450.00 | 180.00 |
| 02/01/13 | Meeting with paralegal to discuss required documents to attached to Ruben Garcias Declaration. Create list of documents required and necessary organization by exhibit numbers. Review the Housing for Older Persons Act to locate relevant sections on age verification requirements. E-mail information to Lark for insertion in Memorandum. | 0.6 | 450.00 | 270.00 |
| 02/01/13 | Review Lark's 14 page Draft response to City's Evidentiary Objections and content on draft with additional issues to consider inserting in the final document | 1.4 | 450.00 | 630.00 |
| 02/01/13 | Paralegal Services - Review Ruben Garcias Declaration. Locate and confirm authenticity of exhibits, crosscheck against Declaration and clerical instructions. | 2 | 100.00 | 200.00 |
| 02/02/13 | Review Larks memorandum on the exclusion of witnesses at trial as suggested by Bill Litvak during the meet and confer. Discuss the legal requirement with Lark and the retention of plaintiff Can Waterhouse. | 0.4 | 450.00 | 180.00 |
| 02/03/13 | Review Lark's further revised Responses to City's Evidentiary Objections. Highlight in yellow sections that need further consideration. | 0.5 | 450.00 | 225.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340    Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 02/03/13 | Telephone call Ruben regarding latest version of his Declaration. Discuss within the number of Housing for Older Persons due diligence reviews he has conducted in his career. Revise his declaration after discussion. E-mail to Lark final version of Ruben's declaration. | 0.5 | 450.00 | 225.00 |
| 02/03/13 | Clerical instructions to locate exhibits mentioned in Ruben Garcias declaration and provide a first page exhibit label to each exhibit, scan exhibits and e-mail to Lark for attachment to declaration. | 0.2 | 450.00 | 90.00 |
| 02/03/13 | E-mail from Lark regarding proposed modifications to Reuben's declaration. Telephone call Ruben to discuss and advise Lark on modifications. | 0.3 | 450.00 | 135.00 |
| 02/03/13 | Review e-mail from Lark regarding some confusion over certain points in his declaration. E-mail Ruben requesting that he outline his due diligence protocol. Review e-mail from Ruben detailing the steps he would undertake during a due diligence review. Revise declaration accordingly. | 1.2 | 450.00 | 540.00 |
| 02/03/13 | Paralegal Services - Continue review of City's Initial Disclosure documents and Plaintiffs' Initial Disclosure documents. Catalog, index and date order exhibits for trial. | 2 | 100.00 | 200.00 |
| 02/04/13 | Finalize Ruben's Declaration with exhibits. Clerical instructions to scan anD e-mail to Ruben for signature. | 0.3 | 450.00 | 135.00 |
| 02/04/13 | Clerical instructions to obtain copies of Ruben Garcia's resume to attached to his declaration as Exhibit A, the 1988 rule amendments as Exhibit B, the 1996 Park rules as Exhibit C, and sample rental applications pre-Waterhouse as Exhibit D. Clerical instructions to locate the Antelope Valley news article and scan | 0.4 | 450.00 | 180.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340        Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg  
420 Hudson Street, Suite A  
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

**Bill To:**  
Waterhouse Management Corp.  
500 Giuseppe Court, Suite 2  
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
|  | them as additional exhibits. Review documents to make sure they are the correct ones. |  |  |  |
| 02/04/13 | Review Excel spreadsheet from my review of the 182 space tenant files to determine number of spaces with age verification at time of review. Discuss these issues with Ruben as they relate to his review. Communicate information to Lark. | 0.5 | 450.00 | 225.00 |
| 02/04/13 | Continue drafting my declaration in support of Plaintiffs Motion for partial Summary Judgment. Review and revise. E-mail draft to lark for her review and comment. | 0.6 | 450.00 | 270.00 |
| 02/04/13 | Review Lark's draft Reply brief in Support of Motion for Partial Summary Judgment. Interlinear eight sections where my declaration should be cited. Offers suggestions to improve the brief and clarify a few points. Clerical instructions to scan an e-mail back to Lark. | 1.5 | 450.00 | 675.00 |
| 02/04/13 | Finalize my Declaration. Clerical instructions to locate and attach exhibit front pages to each exhibit scan all documents and e-mail to Lark. | 1.4 | 450.00 | 630.00 |
| 02/05/13 | E-mail Lark about information I inadvertently left out of my Declaration. E-mail to Lark about two changes added to my Declaration and request her comment. Review my revised declaration after changes sign and e-mail to lark for uploading. | 0.5 | 450.00 | 225.00 |
| 02/05/13 | Final review of Memorandum, Responses to Evidentiary Objections, Declaration of Ruben Garcia, and Declaration of David Spangenberg. Telephone call lark to discuss uploading procedures and forwarding blue back copies to the court. | 1.3 | 450.00 | 585.00 |
| 02/06/13 | Review notification from Federal Express of receipt of Chamber | 4.5 | 450.00 | 2,025.00 |

We appreciate your business!  
Please make check payable to Law Office of David Spangenberg.  
Include Law Office invoice number on check.  
Questions? Please Call 707-473-4340    Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107
Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 02/06/13 | Copies. Review City's List of Experts and expert disclosure. Review and analyze City's 56 page expert witness report and documentation. Outline areas of further research and response to expert report. Telephone call Ken Waterhouse regarding expert report and documentation. E-mail copy of expert report to Ken Waterhouse and Ruben Garcia. Telephone call Ruben Garcia concerning his review of expert report and ways to challenge conclusions reached. Discuss credibility of expert and request his investigation into issues presented. Request that he asked his on-site managers at other mobile home parks to run and analysis of families with children moving into these parks. Telephone call Ken Waterhouse regarding credibility of expert report and how it relates to his experience in the industry. Review and outline responses to City's Reply Memorandum Document 58; review and outline responses to Declaration of Eric Markus Document 59; review and outline responses to City's Reply in Opposition document 60; review and outline responses to Declaration Ray Reply of Eric Markus Documents 61; review and outline responses to City's Declaration Ray Reply of Mark Bozigian Document 62; review and outline responses to City's Declaration Ray Reply of Elizabeth Brubaker document 63; review and outline responses to Cities Opposition in response to Plaintiffs statement of Genuine Issues Documents 64; review and outline responses to City's Objections to Declaration of Ruben Garcia Document 65; review and outline responses to City's Evidentiary Objections to Declaration of Ken Waterhouse document 66. Legal research on legal issues raised by Documents 58 through 66. | 5.9 | 450.00 | 2,655.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340        Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 02/07/13 | Continue legal research on legal issues raised by City's Opposition Motion and Reply Motion Documents 58 through 66. Telephone call Ruben Garcia regarding information contained in the City's above Declarations of Mark Bozigian and Elizabeth Brubaker. Memo file on responses and arguments to present to the court. | 4.3 | 450.00 | 1,935.00 |
| 02/07/13 | Review e-mail from Lark regarding how we should handle City's objections to Garcia and Waterhouse declarations. Discussion regarding responses to objections and timeframe in which to respond. Review local rules. | 1 | 450.00 | 450.00 |
| 02/07/13 | Review e-mail from Eric Marcus regarding deposition notices for Waterhouse, Jennings, and Garcia,. Telephone calls to Waterhouse, Jennings, and Garcia regarding their availability on various dates for their deposition. E-mail to Eric Marcus regarding client preferred location of depositions. | 0.9 | 450.00 | 405.00 |
| 02/07/13 | Telephone call Ken Waterhouse regarding Tom Kerr's Expert Report. Discuss Ken and Ruben's response to various sections of the report and inaccuracies contained in the report. Discuss its relevance to the federal Fair Housing issues in the case. Discuss how their experience and data contradicts Mr. Kerr's report. Asked them to contact their Park managers to document family move-in's at all age parks versus Sherwood MHP. | 1.4 | 450.00 | 630.00 |
| 02/07/13 | Telephone call Lark regarding a call she received from the District Court Clerk regarding filings and how to proceed on future filings. | 0.2 | 450.00 | 90.00 |
| 02/08/13 | Further review of legal authority in defendant City's Reply in Support for Motion for Partial SJ. Outline issues presented and further research on posed legal defenses. | 1.2 | 450.00 | 540.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340       Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

Bill To:
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107<br>Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 02/08/13 | Continue legal research on legal and factual issues raised by City's Opposition Motion and Reply Motion Documents 58 through 66. Memo file on responses and arguments to present to the court. | 2.1 | 450.00 | 945.00 |
| 02/08/13 | E-mail Lark regarding status of Responses to Objections to Declarations of Garcia and Waterhouse. Review draft Lark's Responses and compared to Objections. Further research on evidentiary objections. Telephone call lark to discuss additional grounds and other ways to support the evidence. | 1.1 | 450.00 | 495.00 |
| 02/08/13 | Telephone call Lark regarding meeting to discuss oral argument before the court and what areas to emphasize during oral argument. Discuss travel arrangements and where to meet in Los Angeles. Clerical instructions on travel arrangements. | 1.3 | 450.00 | 585.00 |
| 02/09/13 | Review 15 page revised Responses to Objections for completeness and approval. E-mail Lark regarding minor adjustments that have been highlighted in yellow. | 1 | 450.00 | 450.00 |
| 02/09/13 | Review final Response to Evidence Objections to Garcia Declaration. Review final Response to Evidence Objection to Waterhouse Declaration and approve for uploading. Review notice from court regarding uploaded documents. Clerical instructions regarding printing out Document 67 and Documents 68, blue back and Federal Expressing Chambers copies to the court.. | 0.5 | 450.00 | 225.00 |
| 02/11/13 | Review e-mail notice from Federal Express confirming delivery of chamber's copies to court. | 0.1 | 450.00 | 45.00 |
| 02/11/13 | Review e-mail from Lark regarding meeting before oral argument on motions. Review nine pages of notes sent over from Lark on the Declarations the City has submitted in reply to our SMJ. Also | 1.7 | 450.00 | 765.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340    Tax Payer ID 77=0300361

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

| Bill To: |
|---|
| Waterhouse Management Corp.<br>500 Giuseppe Court, Suite 2<br>Roseville, CA 95678 |

| Job Number |
|---|
| Job 1107<br>Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 02/11/13 | Lark's notes on their response to our Statement of Genuine Issues of Fact. Integrate notes into oral argument notes to be used before the Court.<br>Review e-mail from Eric Marcus regarding Plaintiffs' dates and availability for Court appointed Mediator meeting. Telephone calls Waterhouse regarding his dates of availability for mediation in Los Angeles. Discuss documentation Can should bring to the mediation. E-mail Lark regarding her availability for mediation in Los Angeles and the necessity for mediation brief and the contents of such brief. | 1.1 | 450.00 | 495.00 |
| 02/14/13 | Review Courts minute order regarding oral argument. Telephone call Lark Ritson regarding court's minute order. Clerical instructions regarding cancellation of flights to Los Angeles and hotel bookings. | 0.3 | 450.00 | 135.00 |
| 02/14/13 | Review Notice of Depositions of Ken Waterhouse, Sheri Jennings, and Ruben Garcia including 22 requests for documents contained in each Notice of Deposition. Outline tentative responses to the 22 request for documents. E-mail Waterhouse, Jennings, and Garcia to confirm dates and attach their notices of deposition and document requests | 1.5 | 450.00 | 675.00 |
| 02/14/13 | Telephone call Ruben Garcia regarding the 22 requests for documents contained in his deposition notice. Discuss the objections that our planned to be made to the scope of the request as outside the scope of the expert reports and expert deposition requirements. Discuss which documents he needs to produce that are responsive to various request and within the | 1.6 | 450.00 | 720.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
|  | scope of his expert report. Go over each request with Mr. Garcia and what documents he may have available. Respond to various questions regarding the deposition. |  |  |  |
| 02/14/13 | E-mail Ken Waterhouse on dates available for mediation after consultation with Lark. | 0.1 | 450.00 | 45.00 |
| 02/15/13 | Telephone call Sheri Jennings regarding the 22 requests for documents contained in her deposition notice. Discuss the objections we plan on making to the scope of the request as outside the scope of the expert reports and expert deposition requirements. Discuss which documents need to be produce that are responsive to various request. Go over each request with her and discuss what documents she may have that are responsive and within the scope of her expert report. Respond to various questions about the deposition. | 1.8 | 450.00 | 810.00 |
| 02/15/13 | Telephone call Ken Waterhouse regarding the 22 requests for documents contained in his deposition notice. Discuss the objections we plan on making to the scope of the request as outside the scope of the expert reports and expert deposition requirements. Discuss which documents need to be produce that are responsive to various request. Go over each request with him to make clear and discuss what documents he may have that are responsive and within the scope of his expert report. Respond to various questions about the deposition. | 1.9 | 450.00 | 855.00 |
| 02/15/13 | Review e-mail from Ken Waterhouse on dates available for mediation. | 0.1 | 450.00 | 45.00 |
| 02/17/13 | E-mail Eric Marcus regarding available dates for mediation with Ken Waterhouse, Lark Ritson and myself. | 0.1 | 450.00 | 45.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340      Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 02/19/13 | Review email from Lark on discovery issues and research to date. Review email and respond on Mediation dates and the mediation of the matter and how to proceed. Telephone call to discuss scope of mediation brief. | 0.9 | 450.00 | 405.00 |
| 02/19/13 | TC Ruben on responses to document production request in the deposition notices. | 0.5 | 450.00 | 225.00 |
| 02/19/13 | Review e-mail from Eric Marcus regarding protocol for copying documents and availability of a copy machine at Waterhouse Management Corporation. Telephone call Ruben regarding number of documents being produced and availability of copying facilities there or nearby. | 0.4 | 450.00 | 180.00 |
| 02/19/13 | E-mail Lark regarding our responses and objections to the document production requests contained in the deposition notices of Ken Waterhouse, Sheri Jennings, and Ruben Garcia. | 0.2 | 450.00 | 90.00 |
| 02/19/13 | Telephone call Ruben Garcia regarding response to Tom Kerr's expert report. Discuss the scope of what Ken and he are drafting in response. Discuss if they want or will need a declaration to attach to the response. Go over the items that they want in the declaration. Clerical instructions on drafting the declaration for Ken Waterhouse and Ruben Garcia. Go over the items they intend to discuss in their responsive report. | 1.6 | 450.00 | 720.00 |
| 02/19/13 | Telephone call from Ruben Garcia regarding status of documents responsive to document production request. Go over some of the document requests for clarification as to what is required to be produced. | 0.7 | 450.00 | 315.00 |
| 02/19/13 | Conference call with Ruben Garcia and Sheri Jennings regarding | 1.9 | 450.00 | 855.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340    Tax Payer ID 77=0300361

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

Bill To:
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
|  | the details of the objections to the document production request and exactly what documents they are to produce that are responsive to the request. Go over each of the 22 requests in detail to clarify what was relied on in their expert reports and what was not relied upon in their expert reports. Answer questions regarding the deposition and the scope of questions they will be asked.. |  |  |  |
| 02/19/13 | Review and respond to e-mail from Sheri Jennings regarding the spreadsheets on the hours spent by Waterhouse Management Corp. personnel in responding to city conduct. Discuss the scope of the backup information for her expert deposition. | 0.2 | 450.00 | 90.00 |
| 02/20/13 | Review draft objections and responses to requests for production of documents in the deposition notices. TC Lark to discuss responses and amend responses based upon conversations with Ruben, Shari, and Ken on documents in their possession. Finalize documents with Lark. Discuss depositions of Ken, Ruben and Shari. | 2.5 | 450.00 | 1,125.00 |
| 02/20/13 | Review Ken and Ruben's expert reply report. Telephone call to Ken Waterhouse to discuss his expert report and the scope of the supporting documentation use. E-mail Lark on the status of the expert reply report. Finalize declaration to be attached to Ken Waterhouse report and Ruben Garcia report. Finalize and e-mail to Eric Marcus. | 1.9 | 450.00 | 855.00 |
| 02/20/13 | E-mail Sheri Jennings attaching draft declarations for expert report for Ken Waterhouse, Ruben Garcia, and Sheri Jennings with instructions to review with Ken and Ruben and correct if necessary | 0.3 | 450.00 | 135.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340      Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

**Date:** 03/14/13
**Invoice No.:** 13-2362

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

**Job Number**
Job 1107
Waterhouse v Lancaster

**Billed Job Number**
1107 Waterhouse v Lancaster

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 02/20/13 | E-mail Ruben Garcia regarding meeting with Sheri Jennings, Ken Waterhouse and him to go over there deposition testimony prior to the deposition and review documents responsive to the document production request. | 0.2 | 450.00 | 90.00 |
| 02/20/13 | E-mail Ruben Garcia and Ken Waterhouse regarding status of their signed expert reply reports. Review e-mailed and signed expert reply reports. Draft e-mail to Eric Marcus and Bill Litvak with copy of expert reply reports of Ken and Ruben attached. | 0.4 | 450.00 | 180.00 |
| 02/20/13 | Review and approve final version of Plaintiffs' Responses to Requests for Production of Documents for the expert depositions of Ken Waterhouse, Sheri Jennings, and Ruben Garcia. Forward to Ken, Sheri, and Ruben for review and approval and signature. Conference call Ruben and Sheri regarding responses. Telephone call Ken regarding responses. E-mail Eric Markus and Bill Litvak with Responses to Request for Production of Documents. | 1.3 | 450.00 | 585.00 |
| 02/20/13 | Review e-mail from Lark regarding Pre-Trial Conference Meet and Confer set tomorrow at 10 AM. Review e-mail from Lark regarding copying of documents during the deposition as requested by Eric Marcus. Calendar date and time. | 0.2 | 450.00 | 90.00 |
| 02/20/13 | Review e-mail from Lark regarding pre Trial filing and lodging requirements. Review her memo on the meet and confer requirements to be discussed at tomorrow's telephone conference. Review court requirements for: settlement conference, joint exhibit list, joint witness list, memorandum of contentions of fact and law, motions in limine, proposed pretrial conference order, pretrial exhibit stipulation, jury instruction and verdict forms, | 1.9 | 450.00 | 855.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340      Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

Bill To:
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107<br>Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
|  | joint statement of the case and voir dire, real-time reporting requirements and trial starting time and date. Make notes as going through each requirement for discussion at the joint meet and confer. |  |  |  |
| 02/21/13 | E-mail from Eric Marcus regarding call-in information for the meet and confer schedule for 10 o'clock. Review notes. | 0.1 | 450.00 | 45.00 |
| 02/21/13 | Telephone call Lark prior to the meet and confer to discuss and agree upon the issues to be addressed during the meet and confer. Go over the local requirements for items to be discussed at the meet and confer and agreed upon our positions. Review my notes from the local rule requirements to prepare for the meet and confer. | 0.5 | 450.00 | 225.00 |
| 02/21/13 | Attend the Pretrial Conference Meet and Confer and go over the requirements for the meet and confer and agree on various protocols to produce and generate documents as required by local rules. Telephone call Lark after the meet and confer to memorialize agreement and begin working on each element required. | 1 | 450.00 | 450.00 |
| 02/21/13 | Travel to Waterhouse Management Corporation in Roseville to meet with Ken Waterhouse, Ruben Garcia, and Sheri Jennings to go over there perspective deposition testimony. Also, review documents they have collected which are responsive to the document production request. Ask questions regarding the documents and determine if additional documents are available. Explain to them the deposition process and what types of questions can and cannot be ask of them as expert witnesses in this case. Explain the distinction between expert testimony and | 6.7 | 450.00 | 3,015.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340     Tax Payer ID 77=0300361

| Total |  |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107
Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
|  | percipient testimony. Respond to numerous questions. Discuss settlement issues. Return to office and memo file regarding conversations and items potentially useful at trial. |  |  |  |
| 02/22/13 | E-mails Sheri Jennings regarding Ken Waterhouse percentage ownership in Sherwood MHP LLC. Review response. Forward information to Lark. | 0.2 | 450.00 | 90.00 |
| 02/22/13 | Review e-mail from Lark regarding possible witnesses to consider adding to witness list including David Evans, Bob Wilson, and any tenant or perspective tenants who were denied tenancy or confronted by the city or tenants based upon the City Ordinances. Review Cities initial disclosures for trial exhibit documents. Telephone call Lark to discuss use of the City's initial disclosure documents as exhibits at trial. | 2.1 | 450.00 | 945.00 |
| 02/22/13 | Following the discussion at the Meet and Confer e-mail to Eric Marcus regarding our assembly of a draft of Stipulated Facts. Review Larks's preliminary thoughts on the assemblage of Stipulated Facts. | 0.4 | 450.00 | 180.00 |
| 02/22/13 | Instructions to paralegal's to begin assemblage of all exhibits used in the cross motions for summary judgment and assemble them in date order together with creating a list of all exhibits in chronological order and by category. | 0.4 | 450.00 | 180.00 |
| 02/22/13 | Review Lark's e-mail to Paralegal on assemblage of Undisputed Facts from prior Statement of Facts documents. Answer questions from paralegal on assemblage of documents. | 0.3 | 450.00 | 135.00 |
| 02/22/13 | Review e-mail from Eric Marcus paralegal attaching a Word version of the City's Statement of Undisputed Facts. Paralegal instructions to incorporate into our joint proposed draft. | 0.3 | 450.00 | 135.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340      Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 02/22/13 | Begin review of documents as possible exhibits to be included in the proposed Joint Exhibit List. Telephone call to Ruben Garcia and Sheri Jennings to discuss the nature and scope of their testimony at trial. Go over some of the documents reviewed to determine their knowledge about these documents and ability to lay foundation should that be necessary. Make notes for each document. Begin drafting statements of expected testimony Exhibits | 4.2 | 450.00 | 1,890.00 |
| 02/22/13 | Review e-mail from Lark regarding the requirements under the standing order as to how the exhibits are to be assembled and presented to the court. | 0.3 | 450.00 | 135.00 |
| 02/22/13 | Paralegal Services - Continue review of City's Initial Disclosure documents and Plaintiffs' Initial Disclosure documents. Catalog, index and date order exhibits for trial. | 5 | 100.00 | 500.00 |
| 02/24/13 | Continue reading and reviewing of documents assembled by paralegals as possible exhibits to be included in the proposed Joint Exhibit List. Make notes for each document. E-mail to Lark the Paralegal's draft exhibit list so far for her review and comment. | 7.5 | 450.00 | 3,375.00 |
| 02/24/13 | Paralegal Services - Continue review of City's Initial Disclosure documents and Plaintiffs' Initial Disclosure documents. Catalog, index and date order exhibits for trial. | 1 | 100.00 | 100.00 |
| 02/25/13 | Travel to Waterhouse Management Corp. in Roseville to attend the City's noticed expert deposition of Sheri Jennings and begin the expert deposition of Ruben Garcia. Return to office and draft memo concerning the deposition and follow-up items. | 10.2 | 450.00 | 4,590.00 |
| 02/26/13 | Esquire Solutions - Transcripts to Ruben Garcia on 2/25 and 2/26 | | 1,303.40 | 1,303.40 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340        Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107
Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 02/26/13 | Travel to Waterhouse Management Corporation to attend the continuation of the City's notice expert deposition of Ruben Garcia. Discuss availability of Ken Waterhouse and agreed to move his deposition to March 1, 2013. Return to office and draft memorandum on deposition and items to follow-up on concerning the deposition of Ruben Garcia.. | 9.8 | 450.00 | 4,410.00 |
| 02/26/13 | Paralegal Services - Continue review of City's Initial Disclosure documents and Plaintiffs' Initial Disclosure documents. Catalog, index and date order exhibits for trial. | 1 | 100.00 | 100.00 |
| 02/27/13 | Telephone call David Evans regarding being a witness at trial to address what took place at city Council meetings. Discuss trial date and testimony. Memo file. Clerical instructions regarding documents to David Evans and his review of city Council videotapes. | 0.5 | 450.00 | 225.00 |
| 02/27/13 | Review Court's Standing Order. Draft e-mail to Mark Alpert regarding trial issues and possible testimony at trial. Review calendar for due dates. Clerical instructions. | 0.4 | 450.00 | 180.00 |
| 02/27/13 | Detailed review of Lark's 14 page draft of the Proposed Pretrial Conference Order. Highlight areas in section that need additional work. Outline proposed additions and changes to consider. | 2.5 | 450.00 | 1,125.00 |
| 02/27/13 | Review documents sent over from Lark from the City's initial disclosure that are helpful to our case in chief and that document conversations between Ruben Garcia and Elizabeth Brubaker. Review documents and highlight. Paralegal instructions to include in joint Exhibit List. | 1.5 | 450.00 | 675.00 |
| 02/27/13 | Review e-mail from Lark enclosing the Antelope Valley Press | 0.5 | 450.00 | 225.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340    Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

Bill To:
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107
Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
|  | articles involving the City's adoption of moratorium ordinances and zoning ordinances. Review documents. Paralegal instructions to incorporate into Plaintiffs' Exhibit List |  |  |  |
| 02/27/13 | Review e-mail from Ruben Garcia attaching additional documents relative to his expertise so as to submit to Eric Marcus relevant to the document reproduction request. Forward documents to Eric Marcus | 0.3 | 450.00 | 135.00 |
| 02/27/13 | E-mail to Ruben Garcia requesting information as to photographs of Sherwood MHP signs during the time. It operated as housing for older persons and what happened to the signs after it converted to all age. Review e-mail from Ruben Garcia attaching photographs of the Park's signs during its all age period and photographs of the signs after it converted to all age. Forward copies of photographs to Lark for her review and comment. | 0.4 | 450.00 | 180.00 |
| 02/27/13 | Telephone call from Ruben Garcia concerning Eric Marcus contacting the Park office directly and speaking with the current on-site managers. Advise Ruben that the employees of Waterhouse Management Corporation are not to speak with or communicate with the attorneys from the city. Draft e-mail to Eric Marcus requesting an explanation for his conduct. Request Ruben to have the on-site managers memo the incident and forward to me. | 0.9 | 450.00 | 405.00 |
| 02/28/13 | Review e-mail from Ruben Garcia attaching Sheri Jennings eight page spreadsheet on space vacancies at Sherwood between the years 2007 and 2013 showing the dirt vacancies highlighted in yellow. Review documentation and telephone call Ruben to | 0.9 | 450.00 | 405.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340        Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

Bill To:
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| | discuss the filling of vacancies over the years and why dirt vacancies filled and then were vacant again. Memo file regarding Ruben's explanation that the Park temporarily rented to RVs such that dirt vacancies were periodically filled and then vacated versus the long-term installation of mobile homes. | | | |
| 02/28/13 | Telephone call Sheri Jennings regarding the period of time that Damon Reed operated as the managing member of Sherwood MHP LLC. Obtain the timeline of his involvement as managing member versus Ken Waterhouse as managing member and how it relates to rent increase applications for sewer installations and tax pass-throughs in the proposed exhibits from the City. | 0.8 | 450.00 | 360.00 |
| 02/28/13 | Telephone call to Ken Waterhouse regarding his upcoming deposition. Discuss the scope of his testimony and what transpired at the depositions of Ruben Garcia and Sheri Jennings. Prepare him for the types of questions that may be asked of him. | 1 | 450.00 | 450.00 |
| 02/28/13 | Multiple e-mails to Ruben and responses about the details of Eric Marcus contacting Sherwood MHP LLC on-site managers and requesting information of them. Review memo from on-site managers as to the source of the call as identified on their caller ID. The length of time the call book and questions asked by Eric Marcus. | 0.5 | 450.00 | 225.00 |
| 02/28/13 | Meet with Paralegal to have her research possible Jury instructions to be used at trial. Advisor as to the scope of the damage issues and to pull appropriate jury instructions for those damage claims. | 0.5 | 450.00 | 225.00 |
| 02/28/13 | Review Paralegal's draft of the City's exhibit list as taken from all filings from the City. Review Paralegal's draft of the Plaintiffs' | 0.6 | 450.00 | 270.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340         Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
|  | exhibit list as taken from all filings from the plaintiffs. Review and request that descriptions of exhibits be augmented with number of pages and a more detailed description be made of certain exhibits. | | | |
| 02/28/13 | Review and edit Lark's draft Claims and defenses for use in the Proposed Pre-Trial Conference Order. Telephone call to Lark to discuss possible additional issues to be inserted in the proposed Order. | 0.5 | 450.00 | 225.00 |
| 02/28/13 | Review Jury Instructions pulled together by paralegals. Research and draft proposed jury instructions based on federal Fair Housing cases as special jury instructions. E-mail copies of proposed jury instructions to Lark for review. | 2.1 | 450.00 | 945.00 |
| 02/28/13 | Review two letters from William Litvak regarding positions taken by plaintiffs that depositions and setting up a settlement conference or mediation. Begin drafting response to letters. | 0.4 | 450.00 | 180.00 |
| 02/28/13 | Review e-mail from Court Appointed Mediator on availability for mediation. Calendar dates. Clerical instructions on possible mediation set up. | 0.3 | 450.00 | 135.00 |
| 02/28/13 | E-mail to Lark regarding six additional exhibits to add to plaintiffs proposed exhibit list. Discuss relevance of the exhibits and attach copies for her review. Draft changes to the Pretrial Facts | 1.2 | 450.00 | 540.00 |
| 02/28/13 | E-mail Ruben Garcia regarding language on the original sign at Sherwood MHP and when that language was removed. | 0.1 | 450.00 | 45.00 |
| 02/28/13 | Revise Plaintiff's Joint Exhibit List. E-mail Paralegall revised Plaintiffs' Joint Exhibit List with a notes in color. Request her to check number of pages to each exhibit after the name. Move the | 1 | 450.00 | 450.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340       Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $61,778.40 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 03/14/13 |

| Invoice No. |
|---|
| 13-2362 |

Bill To:
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| | non-dated items to the end and renumber. Remove Duplicate items as noted. Add City's Joint Exhibit list to the end of Plaintiffs and renumber all. | | | |
| 02/28/13 | Draft Plaintiffs' witness lists with an explanation of each witnesses' testimony and time estimate for direct examination. Forward draft to Lark for her review and comment. | 1.2 | 450.00 | 540.00 |
| 02/28/13 | Conference call with Lark to Linda the assistant to the Court appointed Mediator to inform them that we will not be able to supply a mediation brief until the weekend at best. Discuss possible timing for Lark to submit a mediation brief. In order that the mediator may understand the case better I will be sending over a copy of the American Canyon Case which is substantially similar and presents the same relevant issues. Telephone call Lark to discuss how to proceed with the mediation. Telephone call Ken Waterhouse on mediation date and time and location. Discuss where to meet before hand to address settlement issues. | 1.7 | 250.00 | 425.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340        Tax Payer ID 77=0300361

| | |
|---|---|
| Total | $61,778.40 |
| Payments | $0.00 |
| Balance Due | $61,778.40 |