Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 09/06/11 |

| Invoice No. |
|---|
| 11-2133 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 08/12/11 | Review documents for possible insertion into complaint. | 0.3 | 450.00 | 135.00 |
| 08/03/11 | TC Ken regarding threatening call from City Mayor.   Discuss how to proceed. | 0.5 | 450.00 | 225.00 |
| 08/29/11 | Review and respond to e-mail from David Evens on Lancaster issues. | 0.1 | 450.00 | 45.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions?  Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | $405.00 |
|---|---|
| Payments | $0.00 |
| Balance Due | $405.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 10/19/11 |

| Invoice No. |
|---|
| 11-2149 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

**Job Number**
Job 1107
Waterhouse v Lancaster

**Billed Job Number**
1107 Waterhouse v Lancaster

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 09/08/11 | TC Shari and Ruben to discuss call from City of Lancaster directed to Ken Waterhouse. TC Lark to discuss the Lancaster issues. Continue drafting the Lancaster complaint. Legal research on fair housing issues as applied to Lancaster. | 7.5 | 450.00 | 3,375.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
|---|---|
| Total | $3,375.00 |
| Payments | $0.00 |
| Balance Due | $3,375.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|------|
| 12/07/11 |

| Invoice No. |
|-------------|
| 11-2165 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

**Job Number**

Job 1107
Waterhouse v Lancaster

**Billed Job Number**

1107 Waterhouse v Lancaster

| Date | Description | Hours | Hourly Rate | Amount |
|------|-------------|-------|-------------|--------|
| 11/28/11 | Review DOJ action against the City of Santa Rosa on zoning case. Review issues as they apply to Lancaster. E-mails to Dowdall on status of Yucipa appeal. | 0.5 | 450.00 | 225.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
|---|---|
| Total | $225.00 |
| Payments | $0.00 |
| Balance Due | $225.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
| --- |
| 01/25/12 |

| Invoice No. |
| --- |
| 11-2174 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| 12/09/11 | TC Lark on issues and how to proceed with the Lancaster matter given the call from the City calling Ken Waterhouse a white collar criminal for renting to families with children. | 0.2 | 450.00 | 90.00 |
| 12/21/11 | Review documents. Review emails from Lark on letter from City. Contact clients to discuss how to move forward. E-mail documents to clients for review and response. TC Ken Waterhouse on issues. | 2.5 | 450.00 | 1,125.00 |
| 12/20/11 | Review park operating documents including offered leases and park rule and regulations. Review information on historic employees and witnesses. Outline information needed for damages claims and problems to overcome related to damage claims. | 7.2 | 450.00 | 3,240.00 |
| 12/22/11 | Review relevant case law and HUD fair housing actions including Ansonia Crossing v City of Ansonia; Johnson v Hale; Karno v Biddle; AG opinion of Bill Lockyer; Mission Oaks v City of Yucapia; Human Resources Research v County of Suffolk. | 8.2 | 450.00 | 3,690.00 |
| 12/23/11 | Continue review of City of Lancaster moratorium ordinances and zoning ordinances preventing senior housing to convert to all age housing. Outline differences between Lancaster Ordinances and federal Fair Housing Act requirements. | 1.5 | 450.00 | 675.00 |
| 12/27/11 | Continue research on allowable scope of damages in Federal Fair Housing cases. Review law review articles on fair housing damages from John Marshall Law School and the California Real Property Journal. | 7.1 | 450.00 | 3,195.00 |
| 12/28/11 | Review HUD interpretation letters on conversions to all age housing for older persons. Review statutes and cases involving | 7.5 | 450.00 | 3,375.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
| --- | --- |
| Total | |
| Payments | $0.00 |
| Balance Due | $16,245.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|------|
| 01/25/12 |

| Invoice No. |
|-------------|
| 11-2174 |

Bill To:

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

Job Number

Job 1107
Waterhouse v Lancaster

| Billed Job Number |
|-------------------|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|------|-------------|-------|-------------|--------|
| 12/30/11 | 42 USC 3615; Rules implementing the Housing for Older Persons Act of 1995- Final Rule.<br>Review historic documents from Lancaster on adoption of ordinance including Planning Commission and City Council and Staff reports. | 1.9 | 450.00 | 855.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | $16,245.00 |
|-------|-----------|
| Payments | $0.00 |
| Balance Due | $16,245.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|---|
| 02/15/12 |

| Invoice No. |
|---|
| 11-2187 |

Bill To:

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 01/03/12 | Review and respond to e-mail from David Evans on status of enforcement action by City of Lancaster. | 0.2 | 450.00 | 90.00 |
| 01/10/12 | Continue legal research on Federal Fair Housing Act. Continue drafting complaint against Lancaster. Email copy of complaint to Lark for review and comment. | 8.5 | 450.00 | 3,825.00 |
| 01/16/12 | Review and respond to emails from Ruben on draft complaint. Make corrections. Emails to Lark with final version for Lark's review. Sign signature page and draft emails on filing. Clerical instructions. | 3.5 | 450.00 | 1,575.00 |
| 01/20/12 | TC Lark to discuss complaint and revisions. Discuss history of Lancaster involvement in housing violations on park owner. Discuss how to revise complaint. | 2.3 | 450.00 | 1,035.00 |
| 01/23/12 | Review Lark's changes to the draft complaint. TC Lark to discuss changes and further changes to complaint. Clerical instructions on filing. | 2.5 | 450.00 | 1,125.00 |
| 01/26/12 | Review rules on filing complaint in Central District. Review emails from Lark on questions on filing complaint. TC Lark on service on City and City Attorney. Discuss how to proceed. Email Lark on service questions. | 1.5 | 450.00 | 675.00 |
| 01/26/12 | Legal research on filing complaint and location of correct district. Review emails from Lark on remaining pleading questions before filing. TC to discuss. | 1.5 | 450.00 | 675.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | $9,000.00 |
|---|---|
| Payments | $0.00 |
| Balance Due | $9,000.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
| --- |
| 03/20/12 |

| Invoice No. |
| --- |
| 11-2198 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| 02/02/12 | TC Lark regarding interested parties. Review and respond to emails from Lark on interested party disclosure to the court. | 0.3 | 450.00 | 135.00 |
| 02/13/12 | Review letter and order from Count on filing documents. TC Lark to discuss. | 0.4 | 450.00 | 180.00 |
| 02/18/12 | Review and respond to e-mail from David Evans on 9th Circuit decision. | 0.1 | 450.00 | 45.00 |
| 02/19/12 | Review and respond to e-mail from David Evans on the Lancaster litigation status. Review and respond to e-mail from Shela Dey on the Lancaster litigation issues. | 0.3 | 450.00 | 135.00 |
| 02/23/12 | Review recent 9th Circuit opinion in Putnam v City of Yucapia as it may relate to the Lancaster situation. Memo issues and ideas. Emails to Lark on her review. | 1.5 | 450.00 | 675.00 |
| 02/28/12 | Attend conference call with Elliot Bien on impact of Putnam Family Partnership v City of Yucaipa on Lancaster zoning issues. | 2.3 | 450.00 | 1,035.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
| --- | --- |
| Total | $2,205.00 |
| Payments | $0.00 |
| Balance Due | $2,205.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|---|
| 04/18/12 |

| Invoice No. |
|---|
| 12-2216 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

**Job Number**
Job 1107
Waterhouse v Lancaster

**Billed Job Number**
1107 Waterhouse v Lancaster

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 03/15/12 | Review and respond to emails from Lark concerning the service of the complaint on the City. | 0.2 | 450.00 | 90.00 |
| 03/27/12 | Review and respond to David Evens on status of the Lancaster case. Draft memo on status. Draft e-mail to Lark on status of service on City. | 0.2 | 450.00 | 90.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
|---|---|
| Total | $180.00 |
| Payments | $0.00 |
| Balance Due | $180.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
| --- |
| 05/15/12 |

| Invoice No. |
| --- |
| 12-2226 |

Bill To:

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107
Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| 04/02/12 | TC Lark on service issues. Pull documents from Pacer account and send to process server in Lancaster for service on City. TC Lark on file transfer. TC Lark's paralegal. | 1.2 | 450.00 | 540.00 |
| 04/12/12 | Review and respond to e-mail from Eric Markus on request to extend time for response. | 0.2 | 450.00 | 90.00 |
| 04/12/12 | Review e-mail from Eric Markus and draft stipulation to extend time for responsive pleading. Respond as that was not our agreement and open issues up for discussion. | 0.4 | 450.00 | 180.00 |
| 04/13/12 | Review e-mail from Eric Markus on rules regarding time to respond to litigation motions. Draft response. Review local rules on issue. | 0.5 | 450.00 | 225.00 |
| 04/16/12 | Legal research on Putnam case and issues raised in case. Outline response to City on request to stipulate to a 12b6 motion extension. Review emails from City Attorney on filing a motion. Draft long response with copy of recently decided case on FFHA issues. | 4.5 | 450.00 | 2,025.00 |
| 04/16/12 | Review and respond to e-mail from Eric Markus on filing a 12b6 motion. Review calendar an set time for meet and confer. Review local rules of court on meet and confer requirements. | 0.5 | 450.00 | 225.00 |
| 04/17/12 | TC City attorney on meet and confer issues. Discus amending complaint and addressing issues. Review stipulation and emails to Lark on stipulation and outstanding issues. | 1.5 | 450.00 | 675.00 |
| 04/17/12 | Review and respond to stipulation e-mail from Eric Markus. TC Lark on issues and amending complaint. | 0.4 | 450.00 | 180.00 |
| 04/18/12 | TCs from Lark on signing the extension stipulation and briefing questions. Review emails from Lark on stipulation and briefing. | 0.6 | 450.00 | 270.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340

Tax Payer ID 77=0300361

| Total | |
| --- | --- |
| Payments | $0.00 |
| Balance Due | $4,410.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 05/15/12 |

| Invoice No. |
|---|
| 12-2226 |

Bill To:
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

**Job Number**

Job 1107
Waterhouse v Lancaster

**Billed Job Number**

1107 Waterhouse v Lancaster

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| | Emails to Lark on amending complaint and responding to 12b6 motion by City. | | | |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
|---|---|
| Total | $4,410.00 |
| Payments | $0.00 |
| Balance Due | $4,410.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|---|
| 06/13/12 |

| Invoice No. |
|---|
| 12-2236 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 05/16/12 | Review original complaint and outline areas where increased pleading may be warranted. Review first amended complaint involving similar case. Review order granting motion for summary judgment in American Canyon case. Review fair housing act and the housing for older person exemption. Review Balvage v Ryderwood case. Review Gibson versus County of Riverside case. | 8.5 | 450.00 | 3,825.00 |
| 05/17/12 | Review files and memos regarding historic events at mobile home Park. Revise factual allegations in complaint. Continue drafting first amended complaint. Review and cross checked with case law. Clerk: instructions on filing. Finalized documents for filing. | 5.9 | 450.00 | 2,655.00 |
| 05/21/12 | TC Erik Marcus on filing of amended complaint. Discuss how to proceed. CMemo to paralegal on filing amended complaint. Meetings with paralegal to address filing of amended complaint and ways to proceed with filing. | 1.5 | 450.00 | 675.00 |
| 05/23/12 | Review emails from City on filing answer to complaint. Draft stipulation to file Amended Complaint and Order. Email to City on status of stipulation and send draft stipulation for review and comment. Check calendar. | 1.9 | 450.00 | 855.00 |
| 05/24/12 | Review and respond to e-mail from Court on filing pdf copy with court services. Review and respond to multiple emails from the Court on the Amended Complaint. | 0.5 | 450.00 | 225.00 |
| 05/29/12 | Review e-mails from the court regarding filing e-mail version of complaint. Telephone call to judge's clerk regarding status of e-mailing copy of complaint. Discuss completion of request from court. | 0.7 | 450.00 | 315.00 |
| 05/29/13 | TC Ruben on issues created with tenants in park after notice of | 1 | 450.00 | 450.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77-0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $9,000.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
| --- |
| 06/13/12 |

| Invoice No. |
| --- |
| 12-2236 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107
Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| | zone change.  Discuss conduct of some Sherwood tenants directed at families with children viewing homes for sale in park. | | | |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions?  Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
| --- | --- |
| Total | $9,000.00 |
| Payments | $0.00 |
| Balance Due | $9,000.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|------|
| 07/18/12 |

| Invoice No. |
|-------------|
| 12-2247 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

**Job Number**
Job 1107
Waterhouse v Lancaster

**Billed Job Number**
1107 Waterhouse v Lancaster

| Date | Description | Hours | Hourly Rate | Amount |
|------|-------------|-------|-------------|--------|
| 06/07/12 | Review Answer filed by the City. Review review Statement to proceed filed by City. Review court notice of deficiency in filing and response. | 0.9 | 450.00 | 405.00 |
| 06/13/12 | Review order from court setting Scheduling Conference. Review Rule 26(f). Calendar Scheduling Conference and filing of Joint Rule 26(f) report. | 0.5 | 450.00 | 225.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | $630.00 |
|-------|---------|
| Payments | $0.00 |
| Balance Due | $630.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|---|
| 09/21/12 |

| Invoice No. |
|---|
| 12-2281 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 08/09/12 | TC Eric Markus from City regarding meet and confer. Review email from Markus. Review calendar for available date and time. Review code for requirements. | 0.3 | 450.00 | 135.00 |
| 08/14/12 | Review civil minute order regarding Joint Rule 26 (f) report. Review Rule 26 (f) Rule. Draft proposed joint Rule 26 (f) Report. Address additional nine questions required by court order. Review multiple e-mails from opposing counsel regarding conference date in time. E-mail draft documents to opposing counsel. E-mail Department of Justice release in United States of America versus city of Santa Rosa. Clerical instructions. | 7.9 | 450.00 | 3,555.00 |
| 08/15/12 | Review emails from City attorney on Rule 26(f) report. Modify report and email a Word version for the City to edit. Email to City attorney on conference call. Review documents. | 0.4 | 450.00 | 180.00 |
| 08/15/12 | Review documents in preparation for meet and confer. Attend meet and confer on Rule 26(f) report. Address issues on how to proced with report and agree to dates. Discuss settlement issues. | 1.5 | 450.00 | 675.00 |
| 08/16/12 | Continue review of documents for initial disclosure. Clerical instructions on travel to court and park for case management meeting and review of park documents. | 1.5 | 450.00 | 675.00 |
| 08/20/12 | Telephone call Eric Marcus regarding joint Rule 26 report. Review e-mails from Eric Marcus regarding report. Review and suggest changes to Rule 26 report. Draft e-mail to Eric Marcus on proposed changes to language and Initial Disclosure date. Review Rule 26 for for timing of disclosures and ability to stipulate. | 1.1 | 450.00 | 495.00 |
| 08/21/12 | Review and respond to David Evans questions on status of case. | 0.1 | 450.00 | 45.00 |
| 08/31/12 | TC Ruben to discuss meeting at the park to interview park | 1.5 | 450.00 | 675.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $6,435.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|------|
| 09/21/12 |

| Invoice No. |
|-------------|
| 12-2281 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|------------|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|-------------------|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|------|-------------|-------|-------------|--------|
| | managers and review documents stored at park in order to respond to document exchange. Discuss damages issues and settlement of case with City. Discuss how to proceed. | | | |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
|------|------|
| Total | $6,435.00 |
| Payments | $0.00 |
| Balance Due | $6,435.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 10/18/12 |

| Invoice No. |
|---|
| 12-2295 |

Bill To:

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 09/03/12 | Travel to Los Angeles. While in plane review Federal codes on qualifying as housing for older persons. Review complaint in preparation for hearing. Outline history of the evens to respond to possible questions from the court. | 6.3 | 450.00 | 2,835.00 |
| 09/04/12 | Attend the court hearing and present the factual history of the case and law to the court. Set up cutoff dates for discovery and motions and trial. Discuss settlement procedures with clerk. Meet with city attorney to discuss possible settlement of case. Travel to mobile home Park to meet with Park managers. Interview Park managers regarding their investigation of the documents. | 12.6 | 450.00 | 5,670.00 |
| 09/06/12 | Review documents and request copies. Memo file on remaining items to consider and pull together for the initial disclosure. Request documents for the initial disclosure from park managers and main office.  Review documents emailed over and orginize for disclosure.   Review file for documents submitted in intake. | 7.1 | 450.00 | 3,195.00 |
| 09/10/12 | Assemble documents to be provided in initial disclosure. Crosscheck against complaint so that exists changes complete. Request additional documents from Park manager be e-mailed over or faxed. Request additional documents from Waterhouse Management be e-mailed over. Review and organize these documents for exchange. Begin drafting exchange memo setting forth each element in the exchange. | 9.1 | 450.00 | 4,095.00 |
| 09/11/12 | Continue drafting exchange memo and crosscheck documents. Pull documents from correspondence file dealing with exchange of attorney letters during an initial phase of ordinance development. Organize and catalog documents for exchange | 8.2 | 450.00 | 3,690.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions?  Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $19,710.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|---|
| 10/18/12 |

| Invoice No. |
|---|
| 12-2295 |

**Bill To:**

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| | finalize exchange document. Scan an e-mail initial disclosure documents together with federal expressing initial disclosure documents. E-mails to city attorney confirming receipt. | | | |
| 09/13/12 | Review confirmation of delivery of Initial Disclosure. Review email from Eric Marcus on City's Intitial Disclosure. Clerical instructions on documents. | 0.2 | 450.00 | 90.00 |
| 09/20/12 | Review and respond to email from Lark on draftnig the motion for Summary Judgment and how to proceed. | 0.3 | 450.00 | 135.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | $19,710.00 |
|---|---|
| Payments | $0.00 |
| Balance Due | $19,710.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|---|
| 11/13/12 |

| Invoice No. |
|---|
| 12-2308 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 10/19/12 | TC Lark to discuss status of case and events before our Judge at the initial case conference. Discuss our options on settlement and filing motions for Summary Judgement. Discuss recent cases on fair housing and there impact on this case. | 2.7 | 450.00 | 1,215.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77-0300361

| Total | $1,215.00 |
|---|---|
| Payments | $0.00 |
| Balance Due | $1,215.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
| --- |
| 11/02/12 |

| Invoice No. |
| --- |
| 12-2309 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107 Expenses |
| Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| | Paralegal Services - 5/18, 5/20, 5/21 | 11.5 | 100.00 | 1,150.00 |
| | Rsearch federal procedures, prepare documents to file in federal court and deliver documents to fed/ex | | | |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| | |
| --- | --- |
| Total | $1,150.00 |
| Payments | $0.00 |
| Balance Due | $1,150.00 |

# Invoice

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

| Date |
|---|
| 12/19/12 |

| Invoice No. |
|---|
| 12-2323 |

**Bill To:**
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

**Job Number**
Job 1107
Waterhouse v Lancaster

**Billed Job Number**
1107 Waterhouse v Lancaster

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 11/26/12 | Review and respond to emails from Lark on Discovery from City. Review and respond to email from City on service of discovery. | 0.3 | 450.00 | 135.00 |
| 11/26/12 | Review and respond to email from City on protective order on discovery requests. | 0.3 | 450.00 | 135.00 |
| 11/30/12 | Review discovery requests. Begin to assemble items in response. Email City Attorney to suggest meeting at the Park to address the document production request. Clerical instructions on responses to discovery. | 4.5 | 450.00 | 2,025.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | $2,295.00 |
|---|---|
| Payments | $0.00 |
| Balance Due | $2,295.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
| --- |
| 01/25/13 |

| Invoice No. |
| --- |
| 13-2337 |

Bill To:

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
| --- |
| Job 1107<br>Waterhouse v Lancaster |

| Billed Job Number |
| --- |
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- | --- |
| 12/02/12 | Finalize the assembly and review of documents to respond to Lancaster's interrogatories to Ken Waterhouse; Sherwood MHP LLC; and Waterhouse Management Corp. Work on detailed responses to interrogatories. Review information with Lark. Augment answers through document review. Telephone calls Ruben Garcia for information. Telephone call Shari Jennings for information responsive to discovery. Telephone call Can Waterhouse for information responsive to discovery. Clerical instructions on responses. Finalize documents and e-mail and mail to city to complete responses to interrogatories and requests for admissions and requests for production of documents. | 2.3 | 450.00 | 1,035.00 |
| 12/03/12 | Clerical instructions regarding responses to interrogatories to Plaintiff Can Waterhouse. Clerical instructions regarding responses to Lancaster request for Production of Documents. Clerical instructions regarding responses to requests for admissions. E-mail information to Lark to begin working on responses. | 2.5 | 450.00 | 1,125.00 |
| 12/03/12 | Telephone call Ken Waterhouse regarding responses to interrogatories, request for admissions, and production of documents. Conference call with Lark Ritson regarding recent boxes to requests for production of documents. Review relevant documents from plaintiff and defendants Initial Disclosures. Discuss responses to requests for admissions and how they relate to the case. Discuss responses to interrogatories. Telephone call | 4.6 | 450.00 | 2,070.00 |
| 12/04/12 | Assemble and review documents to respond to Lancaster's interrogatories to Ken Waterhouse; Sherwood MHP LLC; and Waterhouse Management Corp. Work on detailed responses to | 8.1 | 450.00 | 3,645.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340                Tax Payer ID 77=0300361

| Total | | |
| --- | --- | --- |
| Payments | $0.00 |
| Balance Due | $34,785.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|------|
| 01/25/13 |

| Invoice No. |
|-------------|
| 13-2337 |

Bill To:

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|------------|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|-------------------|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|------|-------------|-------|-------------|--------|
| | interrogatories. Review information with Lark. Augment answers through document review. Telephone calls Ruben Garcia for information. Telephone call Shari Jennings for information responsive to discovery. Telephone call Can Waterhouse for information responsive to discovery. Clerical instructions on responses. | | | |
| 12/05/12 | Continue to assemble and review documents to respond to Lancaster's interrogatories to Ken Waterhouse; Sherwood MHP LLC; and Waterhouse Management Corp. Work on detailed responses to interrogatories. Review information with Lark. Augment answers through document review. Telephone calls Ruben Garcia for information. Telephone call Shari Jennings for information responsive to discovery. Telephone call Can Waterhouse for information responsive to discovery. Clerical instructions on responses. | 7.8 | 450.00 | 3,510.00 |
| 12/06/12 | Continue to assemble and review documents to respond to Lancaster's interrogatories to Ken Waterhouse; Sherwood MHP LLC; and Waterhouse Management Corp. Work on detailed responses to interrogatories. Review information with Lark. Augment answers through document review. Telephone calls Ruben Garcia for information. Telephone call Shari Jennings for information responsive to discovery. Telephone call Can Waterhouse for information responsive to discovery. Clerical instructions on responses | 8.3 | 450.00 | 3,735.00 |
| 12/18/12 | E-mail interrogatory responses of Ken Waterhouse for review and comment. Revise interrogatory answers per discussions. Finalize and e-mail for review and signature | 1.5 | 450.00 | 675.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
|-------|--|
| Payments | $0.00 |
| Balance Due | $34,785.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|------|
| 01/25/13 |

| Invoice No. |
|-------------|
| 13-2337 |

Bill To:
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|------------|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|-------------------|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|------|-------------|-------|-------------|--------|
| 12/19/12 | Responding to the city's request for production of documents review tenants space files 1 through 62 for documents responsive to city's request | 8 | 450.00 | 3,600.00 |
| 12/20/12 | Continue working on finalizing responses to discovery including cross checking responses to requests for admissions, request for production of documents and responses to interrogatories. Obtain final signatures from clients. Discuss status of case with clients. Request additional information regarding damage claims. E-mail Shari on vacant spaces in the Park. Clerical instructions. Draft e-mail cover letters to opposing counsel with e-mail copies of admissions, interrogatories, and document responses. | 6.3 | 450.00 | 2,835.00 |
| 12/20/12 | Finalize and review responses to interrogatories set one. Clerical instructions regarding scanning and e-mailing copy to city together with Federal Expressing hard copies to the city. E-mail city to confirm receipt. | 7.8 | 450.00 | 3,510.00 |
| 12/20/12 | E-mail Rubén and Shari regarding responses to interrogatories and requesting information regarding damage claims including space vacancies from 2007 to the present at sure what. Telephone call Shari rate laying out information for discovery request. Also request rent rolls as responsive to requests for production of documents. | 0.5 | 450.00 | 225.00 |
| 12/21/12 | Review and respond to e-mail from Eric Markus regarding forwarding of discovery responses. Clarify confusion by receipt of e-mail improperly sent to this office. | 0.2 | 450.00 | 90.00 |
| 12/21/12 | Review and respond to multiple e-mails from Eric responding to Sherwood's responses to interrogatories, admissions, and production of documents. | 0.1 | 450.00 | 45.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | |
|-------|--|
| Payments | $0.00 |
| Balance Due | $34,785.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 01/25/13 |

| Invoice No. |
|---|
| 13-2337 |

Bill To:

Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 12/21/12 | Review and respond to e-mail from Ruben concerning the return of documents responsive to the city's document production request. Clerical instructions. | 0.2 | 450.00 | 90.00 |
| 12/21/12 | Responding to the city's request for production of documents review tenants space files 63 through 120 for documents responsive to city's request | 8 | 450.00 | 3,600.00 |
| 12/22/12 | Responding to the city's request for production of documents review tenants space files 121 through 185 for documents responsive to city's request. Review documents that were yet to be filed in tenant spaces. Memo file regarding review of documents. | 7.2 | 450.00 | 3,240.00 |
| 12/26/12 | TC Eric Marcus on moving the document inspection date. TC Park Manager to reset inspection date. Contact Marcus on new date and time. Confirm with Park Manager. | 0.6 | 450.00 | 270.00 |
| 12/26/12 | E-mail Ruben regarding the manager at Lido assisting the city inspection of documents. Telephone call Ruben to discuss how to handle the inspection of the parks working documents. Discuss obtaining copies of the current rent roll and vacancy roles going back to 2007. Clerical instructions | 0.4 | 450.00 | 180.00 |
| 12/26/12 | E-mail Eric to confirm Park ready to move forward with city's document inspection request on Friday, December 28. | 0.1 | 450.00 | 45.00 |
| 12/27/12 | Review e-mail from Eric Markus regarding status of draft confidentiality agreement before inspection of Park documents concerning tenants and former tenants of the Park. | 0.1 | 450.00 | 45.00 |
| 12/27/12 | Review and respond to multiple e-mails from the city regarding changing the document inspection dates at the request of the city. | 0.3 | 450.00 | 135.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions? Please Call 707-473-4340      Tax Payer ID 77=0300361

| Total | |
|---|---|
| Payments | $0.00 |
| Balance Due | $34,785.00 |

Law Office of David Spangenberg
420 Hudson Street, Suite A
Healdsburg, CA 95448-4416

# Invoice

| Date |
|---|
| 01/25/13 |

| Invoice No. |
|---|
| 13-2337 |

Bill To:
Waterhouse Management Corp.
500 Giuseppe Court, Suite 2
Roseville, CA 95678

| Job Number |
|---|
| Job 1107 |
| Waterhouse v Lancaster |

| Billed Job Number |
|---|
| 1107 Waterhouse v Lancaster |

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| | Contact Park manager for availability on new dates. E-mail city with confirmation of new dates. | | | |
| 12/27/12 | Review and respond to multiple e-mails from Eric regarding moving the document inspection date to the following Monday. Contact Park manager re: availability. Contact Ruben re: inspection of documents | 0.3 | 450.00 | 135.00 |
| 12/27/12 | Clerical instructions regarding confirmation of return of documents to Park office for document inspection by city. | 0.2 | 450.00 | 90.00 |
| 12/27/12 | E-mail Eric on status of confidentiality agreement to protect the interests of tenants private information. | 0.1 | 450.00 | 45.00 |
| 12/28/12 | Review e-mail from Eric Markus with copy of confidentiality agreement executed by the city and notations to the confidentiality agreement regarding information of a personal nature concerning tenants of the Park. | 0.4 | 450.00 | 180.00 |
| 12/28/12 | Review draft confidentiality agreement from the city. Draft e-mail to city with suggested changes to confidentiality agreement. Execute confidentiality agreement after confirmation of changes. | 0.5 | 450.00 | 225.00 |
| 12/28/12 | Review draft confidentiality agreement and suggest changes. E-mail Eric with proposed changes. Sign change confidentiality agreement | 0.7 | 450.00 | 315.00 |
| 12/28/12 | E-mail Eric Marcus regarding details of document inspection at Lido Park.   Supply my cell number in case any will arise. | 0.1 | 450.00 | 45.00 |
| 12/29/12 | Draft update on the status of the Lancaster litigation at request of David Evans. | 0.1 | 450.00 | 45.00 |

We appreciate your business!
Please make check payable to Law Office of David Spangenberg.
Include Law Office invoice number on check.
Questions?  Please Call 707-473-4340          Tax Payer ID 77=0300361

| Total | $34,785.00 |
|---|---|
| Payments | $0.00 |
| Balance Due | $34,785.00 |