# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

# Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Jan 7, 2013**

**Invoice Num:** 1042

**Billing Through:** Dec 31, 2012

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

**Professional Services:**

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/3/2012 | LR | Review/analyze | 0.50 | $450.00 | $225.00 |
| | | Inittal review ofi Defiendanlt Requestt fior Admissions by Plainttfi, Ken Watterhouse | | | |
| 12/3/2012 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
| | | T/c tto DCS  Lefi message re questtons re Inittal Disclosure. | | | |
| 12/3/2012 | LR | Draft/revise | 1.50 | $450.00 | $675.00 |
| | | Drafiing responses tto Defiendant Requestt fior Admissions firom Plaintti Ken Watterhouse | | | |
| 12/3/2012 | LR | Draft/revise | 5.33 | $450.00 | $2,398.50 |
| | | Drafiing responses tto Defiendant Requestt fior Admissions firom Plaintti Ken Watterhouse Review ofi Inittal Disclosure documentts  Review ofi Fair Housing Actt Secttons 3601, 3604, 3607, 3615, and 3617. Review ofi HUD implementtng regulattons 24 C.F.R. 100.304-307. | | | |
| 12/3/2012 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
| | | Drafied email tto DCS attaching drafi Responses tto Defiendantt Requestts fior Admissions firom Plaintti Ken Watterhouse  Explained responses needing review or fiurtther infiormatton | | | |
| 12/4/2012 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
| | | Email tto DCS re questtons re Citty Intterrogattories | | | |
| 12/4/2012 | LR | Communicate (other outside counsel) | 0.83 | $450.00 | $373.50 |
| | | T/c Conference with DCS re drafi responses tto Citty Requestts fior Admissions tto Ken Watterhouse  Conference re proposed responses tto intterrogattories | | | |
| 12/4/2012 | LR | Draft/revise | 3.00 | $450.00 | $1,350.00 |
| | | Drafiing ofi Responses, including objecttons and proposed answers tto Citty Intterrogattories Sett1, dirctted tto Ken Watterhouse  Review ofi Plaintti and Defiendant inittal disclosure documentts | | | |
| 12/4/2012 | LR | Communicate (with client) | 0.33 | $450.00 | $148.50 |
| | | Drafied email tto Shari Jennings re fiacttual questtons re Sherwood MHP LLC's purchase ofi Sherwood MHP, dattes WMC began managementt conttract, dattes ofi due diligence review. | | | |
| 12/4/2012 | LR | Communicate (with client) | 1.00 | $450.00 | $450.00 |

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Jan 7, 2013**

**Invoice Num:** 1042

**Billing Through:** Dec 31, 2012

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | T/c conference with Ruben Garcia and DCS re fiactts ofi purchase and managementt ofi Sherwood MHP due diligence review, communicattons w/ Citty oficials ettc fior fiurtther drafiing ofi Plainttfis Responses tto Citty's Requestts fior Admissions Sett One, and Intterrogattories Sett One | | | |
| 12/4/2012 | LR | Communicate (with client) | 0.33 | $450.00 | $148.50 |
| | | Review ofi Shari Jennings email responding tto questtons re dattes Sherwood MHP acquired ettc Incorporatted responses intto drafi answers tto discovery questtons. | | | |
| 12/4/2012 | LR | Draft/revise | 2.50 | $450.00 | $1,125.00 |
| | | Conttnued drafiing Plainttfis' responses, including objecttons and answers, tto Citty's Intterrogattories Sett One.  Research re Citty's Ordinance 900 and 952 as enactted in Lancastter Municipal Code. | | | |
| 12/5/2012 | LR | Communicate (with client) | 0.83 | $450.00 | $373.50 |
| | | T/c Conference w/ DCS re fiactts ofi Ruben Garsi review ofi Sherwood MHP records fior Fair Housing Actt 55-or-older requirementts | | | |
| 12/5/2012 | LR | Draft/revise | 3.50 | $450.00 | $1,575.00 |
| | | Drafiing Responses tto Citty's Intterrogattories Sett One, including Objecttons and Answers.  Research re FHA Secttons 3604, 3617, and 3602 definittons. | | | |
| 12/5/2012 | LR | Communicate (with client) | 0.67 | $450.00 | $301.50 |
| | | Review ofi DCS email fiorwarding Ruben Garcia drafi responses tto Requestt fior Admissions and Watterhouse Managementt Corp documentts fior response tto Requestt fior Producttonn Review ofi Ruberls drafi responses againstt drafi Responses tto Requestts fior Admissions.  Downloaded WMC documentts tto file fior review. | | | |
| 12/5/2012 | LR | Communicate (with client) | 1.00 | $450.00 | $450.00 |
| | | T/c Conference w/ Ruben Garcia and DCS re drafi Responses tto Requestts fior Admissions and WMC Applicatton package documentts | | | |
| 12/5/2012 | LR | Draft/revise | 1.50 | $450.00 | $675.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, **2013**

**Invoice Num:** 1042

**Billing Through:** Dec 31, 2012

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Drafiing and revisions tto Plaintthfis Responses tto Cithy Requestts fior Admissions, Sett One, No. 1-20, and Plaintthfis' Responses tto Cithy Intterrogatories, Sett One Numbers 1-25. |  |  |  |
| 12/6/2012 | LR | Communicate (other outside counsel) | 1.50 | $450.00 | $675.00 |
|  |  | T/c Conference w/ DCS re revisions and addittons tto drafi Responses tto Cithy's Requestt fior Admissions Intterrogatories Discussed objecttons and responses tto Cithy Requestts fior Productton ofi Documentts | | | |
| 12/6/2012 | LR | Draft/revise | 4.50 | $450.00 | $2,025.00 |
|  |  | Drafiing Responses, including objecttons and answers, tto Cithy Requestt fior Productton ofi Documentts, Sett One, Nos. 1-20. | | | |
| 12/6/2012 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Review ofi email communicattons bettween DCS and Eric Marcus and William Littvak re producttons ofi 182 Tenantt Files and sttpulatton re prottecttve order tto prottectt confidenttal ttenantt infiormatton | | | |
| 12/6/2012 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Review and responded tto DCS email re ttme needed tto complete Plaintthfis Responses tto Cithy Discovery Requestts and requestt tto Cithy atttorneys fior exttension ofi ttme tto Dec 21stt tto serve discovery responses | | | |
| 12/6/2012 | LR | Communicate (with client) | 0.83 | $450.00 | $373.50 |
|  |  | Telephone confierence w/ Ruben Garcia and DCS. Discussed WMC's documentts in response tto Cithy Requestt fior Productton ofi Documentts including 182 Tenantt Files, WMC Applicatton packages, correspondence, and memorandums regarding Cithys Senior Zoning Ordinance. | | | |
| 12/7/2012 | LR | Communicate (other external) | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, **2013**

**Invoice Num:** 1042

**Billing Through:** Dec 31, 2012

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | Receiptt ofi email firom DCS attaching Plainttfis' Responses tto Citty's Requestt fior Admissions. Sett One, Plainttfis' Responses tto Intterrogattories Sett One and Plainttfis Responses tto tthe Citty's Requestt fior Productton ofi Documentts Sett One Downloaded drafis ofi discovery responses tto file fior review. | | | |
| 12/7/2012 | LR | Draft/revise Reviewed and correctted Plainttfis' responses tto Citty's Requestt fior Admissions Sett one No. 1 tto 20. | 0.67 | $450.00 | $301.50 |
| 12/7/2012 | LR | Draft/revise Reviewed and correctted Plainttfis' Responses tto Citty's Intterrogattories Sett One No. 1-25.  Insttructtons tto secrettary regarding inclusion ofi drafi responses tto Intterrogattory No. 25, requesttng explanattons ofi denials ofi Requestts fior Admissions | 1.67 | $450.00 | $751.50 |
| 12/7/2012 | LR | Draft/revise Reviewed and correctted Plainttfis responses tto Citty's Requestt fior Productton ofi Documentts Insttructtons re documentts tto attach tto Response | 1.33 | $450.00 | $598.50 |
| 12/7/2012 | LR | Communicate (other external) Receiptt ofi email firom DCS attaching revised sett ofi Responses tto Intterrogattories with response tto No. 25 requesttng explanattons ofi denials ofi Requestts fior Admissions included.  Downloaded documentt tto file fior review | 0.33 | $450.00 | $148.50 |
| 12/7/2012 | LR | Draft/revise | 0.83 | $450.00 | $373.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

---

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Jan 7, 2013**

**Invoice Num:** 1042

**Billing Through:** Dec 31, 2012

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Review ofi Response tto Intterrogattory No.25 witth explanattons ofi denials tto Requestts fior Admissigns No. 1 tto20.  Correctted and revised Forwarded tto secrettary fior complettion ofi final drafi Responses tto Citty's Intterrogattories,Sett One |  |  |  |
| 12/17/2012 | LR | Communicate (other external) Receiptt ofi emails firom DCS and firom Ruben Garcia regarding ttiming ofi conference on December18 tto discuss drafi discovery responses tto Citty's Requestt fior Producttion ofi Documentts,Requestts fior Admissions and Intterrogattories,Sett One Responded tto email witth conference ttime | 0.33 | $450.00 | $148.50 |
| 12/18/2012 | LR | Review/analyze Review ofi drafi responses tto Citty's discovery requestts in preparattion ofi conference call ofi tthis datte witth DCS and Ruben Garcia. | 2.33 | $450.00 | $1,048.50 |
| 12/18/2012 | LR | Communicate (with client) Confierence call witth DCS and Ruby Garcia regarding intterrogattory responses | 0.83 | $450.00 | $373.50 |
| 12/18/2012 | LR | Draft/revise Review and correctted responses tto intterrogattorjes including line editts and correcttons.Memo tto DCS regarding correcttons. | 1.67 | $450.00 | $751.50 |
| 12/18/2012 | LR | Communicate (other outside counsel) Receiptt ofi email attaching final drafi responses. Downloaded tto file | 0.33 | $450.00 | $148.50 |
| 12/18/2012 | LR | Communicate (with client) | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, **2013**

**Invoice Num:** 1042

**Billing Through:** Dec 31, 2012

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| | | | | | |
|---|---|---|---|---|---|
| | | Receiptt ofi email firom Ruben Garcia attaching signed Verificattons tto attach tto Plainttfis' Responses tto Citty's Discovery Requestts Sett One Reviewed Verificattons and downloaded tto file | | | |
| 12/19/2012 | LR | Communicate (other outside counsel) Receiptt and review ofi DCS email tto Eric Markus attaching Plainttfis' Responses tto Citty's Requestt fior Admissions, Sett One and advising tthatt hard copies ofi Discovery Responses fiollowed by mail | 0.33 | $450.00 | $148.50 |
| 12/19/2012 | LR | Communicate (other outside counsel) Receiptt and review ofi Eric Markus email tto DCS discussing ttming ofi inspectton ofi Sherwood Mobile Home Parks' records, including 182 Tenantt Files | 0.33 | $450.00 | $148.50 |

**Total Service Amount:** $19,323.00

**Amount Due This Invoice:** $19,323.00

*This invoice is due upon receipt*