# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH) - Managed by (LR)

Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 1/4/2013 | LR | Communicate (other outside counsel)<br>Telephone conffierence wittih DCS regarding Sherwood mobile home parks histtiory offi vacancies. Discussed parks policy offi acceptting dwelling adulttis wittihoutti children. Discussed ttimeline offi eventtis in preparattion ffior draffiing plainttiffis mottion ffior summary judgmentti 1.5 | 1.67 | $450.00 | $751.50 |
| 1/5/2013 | LR | Research<br>Review offi ffiederal Rules offi Civil Procedure, rule 56 Re: summary judgmentti mottions | 1.50 | $450.00 | $675.00 |
| 1/5/2013 | LR | Draft/revise<br>Draffied memo regarding possible sttipulattions as ttio undisputtied ffiacttis in supportti offi cross mottions ffior summary judgmentti | 0.83 | $450.00 | $373.50 |
| 1/6/2013 | LR | Review/analyze<br>Review offi judgmentti and Courtti's Decision in *Watierhouse eti alversus tihe Citiy offi American Canyon* in preparattion offi draffiing Plainttiffis' Mottion ffior Summary Judgmentti. Took notties on Courttis findings offi ffiactti and law. 1.7 | 1.83 | $450.00 | $823.50 |
| 1/6/2013 | LR | Review/analyze<br>Review offi Plainttiffis Mottion ffior Summary Judgmentti Opening Brieffi in relattied *Waterhouse et al. v. the City of American Canyon*. Draffied outttiline offi applicable argumenttis | 1.67 | $450.00 | $751.50 |
| 1/6/2013 | LR | Review/analyze<br>Reviewed Cittiy offi American Canyon's Opposittion ttio Mottion ffior Summary Judgmentti in *Waterhouse et. al. v. the City of American Canyon*. Draffied outttiline offi American Canyon's argumenttis | 1.83 | $450.00 | $823.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

---

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013

**Invoice Num:** 1041

**Billing Through:** Jan 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 1/6/2013 | LR | Review/analyze<br>Reviewed Plainttiffis' Reply Brieffi ttio American Canyon's Oppositition ttio Summary Judgmentti Mottion in *Watierhouse etial. v. tihe citiy of American Canyon* Draffied outtiline offi argumenttis | 1.50 | $450.00 | $675.00 |
| 1/6/2013 | LR | Plan and prepare for<br>Organized Summary Judgmentti nottiebook ffior draffiing Plainttiffis' Mottion ffior Summary Judgmentti in *Watierhouse etial. v. Citiy of Lancastier* | 1.33 | $450.00 | $598.50 |
| 1/7/2013 | LR | Review/analyze<br>Organized Plainttiffis' Inittial Disclosure documenttis inttio chronological order in preparattion offi a ttime line ttio be used in draffiing Plainttiffis' Mottion ffior Summary Judgmentti Draffiing memo offi chronological eventtis including eventtis and conttienttis offi Cittiy's Moratttiorium Ordinances numbers 886 and 887 and Senior Zoning Ordinances 900 and 952. | 4.50 | $450.00 | $2,025.00 |
| 1/7/2013 | LR | Review/analyze<br>Reviewed ttime line offi eventtis prepared by DCS in preparattion offi draffiing Plainttiffis' Mottion ffior Summary Judgmentti | 0.50 | $450.00 | $225.00 |
| 1/7/2013 | LR | Review/analyze<br>Reviewed Firstti Amended Complaintti ffior ffiacttiual allegattions and ffive counttis offi Federal Fair Housing Actti violattions in preparattion offi draffiing Plainttiffis' Nottice offi Mottion ffior Summary Judgmentti | 1.00 | $450.00 | $450.00 |
| 1/7/2013 | LR | Review/analyze | 1.67 | $450.00 | $751.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Jan 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| | | | | | |
|---|---|---|---|---|---|
| | | Reviewed Judge Ottiero's Stiianding Order and Centtiral Disttiiricti Local Rules regarding requirementtis ffior ffiling Motition ffior Summary Judgmentti ffior contiienttis offi Summary Judgmentti Motition ffior Meetti and Conffier requirementtis ttio bring Motition ffior Summary Judgmentti and ffior ffiormatti requirementtis ffior motitionReviewed requirementtis ffior Nottice offi Motition including ttime requirementtis ffior ffiling and contiienti requirementtis | | | |
| 1/7/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
| | | Receiptti and review offiemail ffirom DCS ttio appointtied MediattionMona Ehenreich, regarding ttiming offi mediattion in January2013. Reviewed Mediattiors' responsive e-mail regarding lack offi response ffirom all counsel butti readiness ttio mediattie in January | | | | |
| 1/7/2013 | LR | Review/analyze | 1.83 | $450.00 | $823.50 |
| | | Review offi Deffiendans'attinittial Disclosure CD  Included eventtis shown in disclosure documentis in ttime line in preparattion offi draffiing Summary Judgmentti Motition | | | | |
| 1/8/2013 | LR | Review/analyze | 3.50 | $450.00 | $1,575.00 |
| | | Continued review offi Deffiendanattinittial Disclosures CD-Rom. Included eventtis shown in disclosure documentis in ttime line in preparattion offi draffiing Summary Judgmentti Motition | | | | |
| 1/8/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
| | | Review offi Stttianding Order regarding requirementtis ffior Undisputtied Sttiattiementti offi Facttis in supportti offi Motition ffior Summary Judgmentti | | | | |
| 1/8/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013

**Invoice Num:** 1041

**Billing Through:** Jan 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review offi Centtiral Disttirictti Local Rules regarding requirementtis ffior Undisputtied Sttiattiementti offi Facttis in supportti offi Mottion ffior Summary Judgmentti | | | |
| 1/8/2013 | LR | Draft/revise | 0.67 | $450.00 | $301.50 |
| | | Setti up pleading wittih required column ffiormatti ffior ttihe draffiing offi ttihe Sttiattiementti offi Undisputtied Mattierial Facttis in supportti offi Plaintiffstti Mottion ffior Summary Judgmentti | | | |
| 1/8/2013 | LR | Draft/revise | 4.33 | $450.00 | $1,948.50 |
| | | Began draffiing Sttiattiementtis offi Sttipulattied or Undisputtied Mattierial Facttis in supportti offi Plainttiffis' Mottion ffior Summary Judgmentti including ffiacttis regarding Ruben Garcia's due diligence review offi Sherwood Mobile Home Park records and Tenantti ffiles Reviewed Plainttiffis' responses ttio Deffiendanttis' Inttierrogattiories, Setti One, and Requestti ffior Admissions Setti One ffior draffiing offi undisputtied mattierial ffiacttis | | | |
| 1/10/2013 | LR | Communicate (other outside counsel) | 1.00 | $450.00 | $450.00 |
| | | Conffierence call wittih DCS regarding cross Mottions ffior Summary Judgmentti and scheduling conffierence wittih opposing counsel. 1.0 | | | |
| 1/10/2013 | LR | Communicate (other outside counsel) | 0.50 | $450.00 | $225.00 |
| | | Telephone call ffirom DCS Discussed Deffiendanttis counsel's requestti ffior Sttipulattion ttio exttiend cuttioffi dattie ffior ffiling Summary Judgmentti Mottion | | | |
| 1/10/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
| | | Receiptti and review offi Eric Markus email aboutti meetti and conffier conffierence regarding settilementti and cross Mottions ffior Summary Judgmentti Telephone call ttio DCS regarding same; leffi message | | | |
| 1/10/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Jan 31, 2013

### Waterhouse et al. v. City of Lancaster (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Receiptti review offi DCSmail attiaching executtied Stipulattion ffior extttension offi ttime ttio ffile cross Mottions ffior Summary JudgmentDownloaded ttio ffile |  |  |  |
| 1/11/2013 | LR | Communicate (other outside counsel) Review attiorney Markus email rattie ttiming offi ttioday ttielephone conffierence regarding mediattion and summary judgmentti mottions | 0.17 | $450.00 | $76.50 |
| 1/11/2013 | LR | Draft/revise Draffied memorandum ttio DCS regarding requirementtis ffior Summary Judgmentti Mottjon,including requirementtis ffior meetti and conffier conffierence on summary judgmentti as setti ffiorttih in Judge Ottiero Sttianding Order and Centtiral Disttirictti Local Rules | 1.50 | $450.00 | $675.00 |
| 1/11/2013 | LR | Communicate (other outside counsel) Telephone conffierence wittih DCS regarding ttio'day meetti and conffier conffierence wittih deffiense counsel concerning mediattion and cross Mottions ffior Summary Judgmentti | 0.50 | $450.00 | $225.00 |
| 1/11/2013 | LR | Draft/revise Draffiing Nottice offi Mottion ffior Summary Judgmentti | 1.33 | $450.00 | $598.50 |
| 1/11/2013 | LR | Communicate (other outside counsel) Meetti and conffier ttielephone conffierence wittih Mediattior and all counsel. | 0.50 | $450.00 | $225.00 |
| 1/11/2013 | LR | Communicate (other outside counsel) Telephone conffierence wittih DCS conffirming datties offi mediattion and ttiming offi ttioday meetti and conffier conffierence regarding cross Summary Judgmentti Mottions. | 0.33 | $450.00 | $148.50 |
| 1/11/2013 | LR | Draft/revise | 0.50 | $450.00 | $225.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | Drafiiing Nottice offi Change offi Attiorney Inffiormattion | | | |
| 1/11/2013 | LR | Review/analyze | 0.83 | $450.00 | $373.50 |
| | | Review offi Firstti Amended Complaintti and Answer ttio Firstti Amended Complaintti ffior drafiiing offi Nottice offi Mottion ffior Summary Judgmentti | | | |
| 1/11/2013 | LR | Communicate (other external) | 0.50 | $450.00 | $225.00 |
| | | Telephone conffierence wittih EFC Help Line regarding accountti ffior E ffilings | | | |
| 1/11/2013 | LR | Communicate (other outside counsel) | 0.17 | $450.00 | $76.50 |
| | | Telephone conffierence wittih attiorneys Littivak and DCS regarding ttihe inittiattion offi meetti and conffier ttielephone conffierence | | | |
| 1/11/2013 | LR | Communicate (other outside counsel) | 1.50 | $450.00 | $675.00 |
| | | Meetti and Conffier ttielephone conffierence regarding cross Mottions ffior Summary Judgmentti wittih all counsel. | | | |
| 1/11/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
| | | Receiptti and review offi each EFC Courttnei attiaching ffiled Sttipulattion ffior Exttiension offi Time ttio ffile cross Mottions ffior Summary Judgmentti and Proposed Order Downloaded ttio ffile | | | |
| 1/12/2013 | LR | Draft/revise | 3.50 | $450.00 | $1,575.00 |
| | | Drafiiing Nottice offi Mottion ffior Parttial Summary Judgmentti | | | |
| 1/12/2013 | LR | Communicate (other external) | 0.33 | $450.00 | $148.50 |
| | | E-mail ttio DCS attiaching drafii Nottice offi Mottion ffior Parttial Summary Judgmentti wittih explanattion offi conttienttis | | | |
| 1/12/2013 | LR | Communicate (other external) | 0.67 | $450.00 | $301.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| | | | | | |
|---|---|---|---|---|---|
| | | On Courtti's EFC ffiling systtiem made changes ttio attiorney address and conttiactti inffiormattion and uploaded Nottice offi Change offi Attiorney Inffiormattion | | | |
| 1/14/2013 | LR | Communicate (other external) Receiptti offi email ffirom appointtied Mediattior Mona Ehenriech, regarding mediattion setti ffior January 24, 2013. | 0.17 | $450.00 | $76.50 |
| 1/14/2013 | LR | Communicate (other outside counsel) Receiptti and review offi DCF email concerning his review offi draffi Nottice offi Mottion ffior Parttial Summary Judgmentti ;responded ttio email and discussed currentti sttiattius offi Mottion | 0.33 | $450.00 | $148.50 |
| 1/14/2013 | LR | Draft/revise Draffied rough draffi Inttiroducttion ttio opening Brieffi in supportti offi Plainttiffis' Mottion ffior Parttial Summary Judgmentti | 1.83 | $450.00 | $823.50 |
| 1/14/2013 | LR | Communicate (other outside counsel) Draffied e-mail ttio DCS including rough draffi Inttiroducttion ttio Plainttiffis' Opening Brieffi in supportti offi Mottion ffior Parttial Summary Judgmentti. Discussed Courtti's page limittiattion and requesttied review offi draffi Inttiroducttion | 0.33 | $450.00 | $148.50 |
| 1/14/2013 | LR | Draft/revise Began draffiing Sttiattiementti offi Case ffior Opening Brieffi including sttiattiementti regarding Sherwood Mobile Home Park operattions histtiory offi City Ordinances regarding Senior Mobile Home Park zoning. | 3.50 | $450.00 | $1,575.00 |
| 1/14/2013 | LR | Communicate (other outside counsel) | 0.50 | $450.00 | $225.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Jan 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| | | | | | |
|---|---|---|---|---|---|
| | | Reviewed DCS e-mail wittih commenttis regarding draffi Inttiroducttion ttio Opening Briefi Responded ttio same and ffiorwarded draffi sttiattiementti regarding Sherwood Mobile Home Park operattions ttio DCS ffior review and commentti | | | |
| 1/14/2013 | LR | Review/analyze | 1.33 | $450.00 | $598.50 |
| | | Reviewed DCS correspondence ttio Deffiendantti attiorneys attiaching copies offi correspondence bettiween ttihe Cittiy Housing Directtior and DCS Downloaded ttio ffile and reviewed ffior inclusion in ffiacttiual sttiattiementtis offi Opening Briefi in supportti offi Plainttiffis' Mottion ffior Parttial Summary Judgmentti | | | |
| 1/14/2013 | LR | Communicate (other external) | 0.83 | $450.00 | $373.50 |
| | | Telephone confierence wittih DCS regarding histtiory offi correspondence bettiween DCS and Cittiy Housing Directtior and Cittiy Attiorneys | | | |
| 1/14/2013 | LR | Draft/revise | 1.50 | $450.00 | $675.00 |
| | | Began draffiing sttiattiementti offi applicable law ffior Opening Briefi Included discussion offi Fair Housing Actti Familial Sttiattius Discriminattion | | | |
| 1/15/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
| | | Draffied e-mail ttio DCS requestting scanned copies offi Sttiaffi Reporttis regarding enacttimentti offi Ordinances 886, 887, 900, and 952. | | | |
| 1/15/2013 | LR | Draft/revise | 7.50 | $450.00 | $3,375.00 |
| | | Draffiing Jointti and/or Plainttiffis Sttiattiementti offi Undisputtied Facttis in supportti offi Cross or Plainttiffis' Mottion ffior Parttial Summary Judgmentti | | | |
| 1/15/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| | | | | | |
|---|---|---|---|---|---|
| | | Receiptti and review offimail bettween DCS and Eric Markus regarding lettiers sentti by DCS ttio Cittiy prior ttio ffiling offi Complaintti | | | |
| 1/15/2013 | LR | Review/analyze Receiptti offimail ffirom DCS attiaching Cittiy's Sttiaffi Reportts regarding enacttimentti offi Ordina886s 887, 900, and 952. Downloaded ttio ffile ffior review | 0.33 | $450.00 | $148.50 |
| 1/15/2013 | LR | Communicate (other outside counsel) E-mail ttio DCS attiaching Sttiattiementti offi Undisputtied Facttis in supportti offi Plaintt̄Wistion ffior Parttial Summary Judgmentti wittih explanattions offi same | 0.33 | $450.00 | $148.50 |
| 1/16/2013 | LR | Communicate (other external) Receiptti offi EFC Courtthail attiaching Courtti's Order Denying Sttipulattion ffior Exttiension offi Time ttio ffile Cross Mottions ffior Summary Judgmentti and reffierring ttio Sttianding Order scheduleReceived and responded ttio DCS e-mail regarding ttihe Courttis' Order denying exttiension offi ttime | 0.50 | $450.00 | $225.00 |
| 1/16/2013 | LR | Communicate (other outside counsel) Receiptti offi DCSmail regarding Jointti Sttiattiementti offi Sttipulattied Facttis in supportti offi Cross Mottions ffior Summary judgmenttiDCS conffirmed approval and sending ttio attiorneys Markus and Littivak ffior review | 0.33 | $450.00 | $148.50 |
| 1/17/2013 | LR | Communicate (other outside counsel) Receiptti,review, and responded ttio DCS email regarding Ruben Garcia draffi Declarattion in supportti offi Plainttiffis' Mottion ffior Parttial Summary Judgmentti | 0.33 | $450.00 | $148.50 |
| 1/17/2013 | LR | Communicate (other outside counsel) | 0.50 | $450.00 | $225.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Draffied e-mail ttio DCS regarding draffi Sttiattiementti offi Sttipulattied Facttis and draffi Sttiattiementti offi Undisputtied Mattierial Facttis |  |  |  |
| 1/17/2013 | LR | Draft/revise<br>Edittied correcttied and revised Jointti or Plainttiffis Sttiattiementti offi Undisputtied ffiacttis in supportti offi Cross or Plainttiffis' Mottion ffior Parttial Summary Judgmentti ffiorwarded draffi ttio DCS ffior review and approval | 2.50 | $450.00 | $1,125.00 |
| 1/17/2013 | LR | Draft/revise<br>Draffiing Opening Brieffi in supportti offi Plainttiffis' Mottion ffior Parttial Summary Judgmentti, including sttiattiementti offi mattierial ffiactties. Review offi Plainttiffis' Inittial Disclosure and Deffiendantts Inittial Disclosure ffior ffiacttiual discussion, including discussion offi Ordinances and correspondence bettiween Cittiy and Plainttiffis regarding Ordinances. | 6.83 | $450.00 | $3,073.50 |
| 1/17/2013 | LR | Communicate (other outside counsel)<br>Receiptti, review and responded ttio DCS email approving draffi offi Sttipulattied Facttis wittih minor correcttions | 0.33 | $450.00 | $148.50 |
| 1/18/2013 | LR | Review/analyze<br>Receiptti and review offi email ffirom Eric Markus attiaching Deffiendantti Cittiy's offi proposed Sttipulattied Facttis ffior Cross Mottions ffior Summary Judgmentti. Downloaded draffi ttio ffile ffior review | 0.33 | $450.00 | $148.50 |
| 1/18/2013 | LR | Review/analyze<br>Review offi Deffiendantti Cittiy's offi proposed Sttipulattied Facttis ffior Cross Mottions ffior Summary Judgmentti ttielephone call ttio DCS re same leffi message. | 1.33 | $450.00 | $598.50 |
| 1/18/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |

---

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | | Activity | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/18/2013 | LR | Review/analyze | Receipt and review of e-mail from DCS regarding changes to Declarations in support of Plaintiffs' Motion for Partial summary judgment. Incorporated changes into draft Declarations. Receiptti and review offi DCS email attaching draffi Declaratttion offi Ruben Garcia in supportti offi Plaintttiffis' Mottion ffior Parttial Summary Judgmentti Downloaded draffi ttio ffile ffior review | 0.33 | $450.00 | $148.50 |
| 1/18/2013 | LR | Communicate (other outside counsel) | Draffied e-mail ttio DCS attaching Sttiattiementti offi Sherwood Mobile Home Park Operattions ffior inclusion in Opening Brieffi in supportti offi Plaintttiffis' Mottion ffior Parttial Summary Judgmentti Requesttied review | 0.33 | $450.00 | $148.50 |
| 1/18/2013 | LR | Review/analyze | Receiptti and review offi Eric Markus email attaching draffi proposed Jointti Sttipulattion offi Undisputtied Mattierial Facttis ffior Cross Mottions ffior Summary Judgmentti Downloaded draffi ttio ffile ffior ffiurttiher review | 0.33 | $450.00 | $148.50 |
| 1/18/2013 | LR | Review/analyze | Review offi Deffiendantti Cittiy proposed Sttipulattied Facttis ffior Cross Mottions ffior Summary Judgmettti telephone call ttio DCS re sampleffi message | 1.33 | $450.00 | $598.50 |
| 1/18/2013 | LR | Review/analyze | Receiptti and review offi email bettiween DCS and attiorney William Littivak regarding response offi Cittiy ttio Plainttiffis' proposed Sttipulattied Facttis and meetti and conffier conffierence scheduled ffior Monday, January 21, 2013. | 0.33 | $450.00 | $148.50 |
| 1/18/2013 | LR | Review/analyze | | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

---

# Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|            |     |                                                                                                                                                                        |      |         |            |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|---------|------------|
|            |     | Receiptti and review offi DCSmail attiaching draffi Declarattion offi Ruben Garcia in supportti offi Plainttiffis' Mottion ffior Parttial Summary JudgmentDiownloaded draffi ttio ffile ffior review |      |         |            |
| 1/18/2013  | LR  | Communicate (other outside counsel)<br>Draffied e-mail ttio DCS attiaching Sttiattiementti offi Sherwood Mobile Home Park Operattions ffior inclusion in Opening Brieffi in supportti offi Plainttiffis' Mottion ffior Parttial Summary JudgmentR. equesttied review | 0.33 | $450.00 | $148.50    |
| 1/18/2013  | LR  | Review/analyze<br>Receiptti and review offi Eric Markusmail attiaching draffi proposed Jointti Sttipulattion offi Undisputtied Mattierial Facttis ffior Cross Mottions ffior Summary JudgmentDiownloaded draffi ttio ffile ffior review | 0.33 | $450.00 | $148.50    |
| 1/18/2013  | LR  | Draft/revise                                                                                                                                                           | 7.83 | $450.00 | $3,523.50  |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

---

Conttinued drafffiing Opening Brieffi ffior Plainttiffis' Mottion ffior Parttial Summary Judgmentt Research regarding Ninttih Circuitti case law concerning applicattion offi Fair Housing Actti requirementtis ttio municipal senior zoning ordinances, including *Putinam Family Partinership v Citiy of Yucaipq* 673 F.3d 920 (9ttih Cir. 2012);*Balvage v. Ryderwood Improvementi and Service Assn., Inc., Gibson v. Countiy of Riverside,* 181 F. Supp.2d 1057 (C.D. Cal. 2002), affier remand in 132 F.3d 1311 (9ttih Cir. 1997);*Citiy of Edmonds v Oxford House, Inc.,* 514 U.S. 725 (1995); *Massaro v. Mainland Section 1 & 2 Civic Assn.,* 3 F. 3d 1472 (11ttih Cir. 1993); *Simovitis v Chanticleer Condominium Assn.,* 933 F. Supp. 1394 (N.D. Ill 1996); *Unitied Stiaties.v.Citiy of Hayward,* 36 F.3d 832 (9ttih Cir. 1994);*Unitied Stiaties v. Lepore,* 816 F. Supp.1011 (M.D., Pa 1991); *Walker v. Citiy of Lakewood,* 272 F. 3d 1114 (9ttih Cir. 2001)Read relatiied*Turtile Island*case.

| Date | | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/19/2013 | LR | Draft/revise | 3.50 | $450.00 | $1,575.00 |

Conttinued drafffiing Opening Brieffi ffior Plainttiffis' Mottion ffior Parttial Summary Judgmenttincluded discussion offi sttiandards ffior grantting Mottion ffior Summary JudgmenttiDrafffied discussion offi prohibittion offi ffiamilial sttiattius discriminattion

| Date | | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/19/2013 | LR | Draft/revise | 7.33 | $450.00 | $3,298.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

---

# Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013

**Invoice Num:** 1041

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Drafted discussion offi Housing ffior Older Persons exemptions including tthree ttypes offi exemptions burden offi prooffi offi tthe Cittiy as parttiy claiming 55-or-older exemption and inabilittiy offi Cittiy ttio meetti burden offi proofDrafted discussion offi Fair Housing Actti's preemption offi conflicting sttiatte or local law Question is notti whetther Cittiy is permitted ttio zone housing disttirictti ttio be a senior housing disttirictti butti whetther tthe Cittiy zoning regulations comply wittih tthe requirementtis offi tthe Fair Housing Actti ffior exempti senior housing.  Discussed and analyzed *Gibson*, *Balvage*, and *Citiy of Yucaipa* cases. |  |  |  |
| 1/20/2013 | LR | Draft/revise | 1.50 | $450.00 | $675.00 |
|  |  | Receiptti offi DCS email attiaching Declarattion offi David Spangenberg regarding Local Rule 7.3 Meetti and Conffier wittih opposing counsel regarding Cross Mottions ffior Summary JudgmentDownloaded Declarattion ffior review. Reviewed and correcttied Declarattion Forwarded correcttied draffi Declarattion ttio DCS wittih explanattion offi correction1.5 |  |  |  |
| 1/20/2013 | LR | Draft/revise | 0.83 | $450.00 | $373.50 |
|  |  | Review offi draffi Declarattion offi RubenGArcia in supportti offi Plainttiffis' Mottion ffior Parttial Summary JudgmenttiMade corrections and additions ttio same E-mail ttio DCS ffiorwarding correcttied wittih explanattion offi corrections |  |  |  |
| 1/20/2013 | LR | Draft/revise | 4.50 | $450.00 | $2,025.00 |
|  |  | Draffiing Opening Brieffi in supportti offi Plainttiffis' Mottion ffior Parttial Summary JudgmenttiRevision and corrections ttio Inttiroducttion and Sttiattiementti.offi Case |  |  |  |
| 1/20/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Receiptti offi DCSmail attiaching correcttied Ruben a Garcia Declarattion in supportti offi Plainttiffis' Mottion ffior Parttial Summary JudgmenttiDownloaded ttio ffile |  |  |  |
| 1/20/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
|  |  | Receiptti offi DCSmail regarding Expertti Reporttis offi Kennettih WattierhouseRuben Garcia, and Sheri Jennings. |  |  |  |
| 1/21/2013 | LR | Review/analyze | 8.33 | $450.00 | $3,748.50 |
|  |  | Review and revision offi draffi Opening Brieffi in supportti offi Plainttiffis' Mottion ffior Parttial Summary Judgmentti Complettied cittiations ttio sttiattiuttiory and case law Review and draffied analysis offBalvage case, citting ttio provisions offi HUD's implementting regulattions Draffied argumentti regarding HUD's insttiructtions ffior compliance wittih42 US C § 3607(B) requirementtis ffior veriffication o80% occupancy as confirmed by Ninttih Circuitti inBalvage case. |  |  |  |
| 1/21/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
|  |  | Receiptti and review offi DCSmail ttio all counsel attiaching Expertti Reporttis offi Kennettih Wattierhouse Ruben Garcia, and Sheri Jennings. |  |  |  |
| 1/21/2013 | LR | Communicate (other outside counsel) | 0.67 | $450.00 | $301.50 |
|  |  | Receiptti and review offi DCSmail regarding sttiattius offi Opening Brieffi Telephone conffierence wittih DCS regarding Opening Brieffi sttiattius,including need ttio come complettie cittiations ttio evidenttiary documenttis and Declarattions conclusion, and Table offi Conttienttis and Auttihorittles. |  |  |  |
| 1/21/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Forwarded draffi Opening Brieffi in supportti offi Plairlttiffis Mottion ffior Parttial Summary Judgmentti ttio DCS ffior review. |  |  |  |
| 1/21/2013 | LR | Review/analyze | 0.50 | $450.00 | $225.00 |
|  |  | Receiptti and review offi DCSmail attiaching draffi opening brieffi wittih highlighttied corrections Downloaded ttio ffile ffior ffinalizing offi Opening Brieffi in supportti offi Plainttiffi Mottion ffior Parttial Summary Judgmentti |  |  |  |
| 1/22/2013 | LR | Draft/revise | 3.17 | $450.00 | $1,426.50 |
|  |  | Opening Brieffi in supportti offi Plainttiffis Mottion ffior Parttial Summary Judgmentti Draffied Table offi Conttienttis and Table offi Auttihoritties |  |  |  |
| 1/22/2013 | LR | Draft/revise | 0.50 | $450.00 | $225.00 |
|  |  | Receiptti offi DCSmail attiaching ffinal draffi offi Ruben A Garcia Declarattion in supportti offi Plainttiffi Mottion ffior Parttial Summary Judgmentti and offi Opening Brieffi pages 1 ttihrough ffive wittih cittiattions ttio Garcia Declarattion and Exhibittis ttio Garcia Declarattion complettied Inclusion offi same prior inttio ffinal draffi Brieffi |  |  |  |
| 1/22/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Draffied e-mail ttio DCS regarding questtions concerning Wattierhouse Managementti Corporattion purchase dattie offi Sherwood Mobile Home Park |  |  |  |
| 1/22/2013 | LR | Draft/revise | 1.67 | $450.00 | $751.50 |
|  |  | Opening Brieffi in supportti offi Plainttiffi Mottion ffior Parttial Summary Judgmentti included all cittiattions ttio Garcia declarattion and exhibittis ttio Garcia declarattion in Opening Brieffi |  |  |  |
| 1/22/2013 | LR | Draft/revise | 1.83 | $450.00 | $823.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

### Waterhouse et al. v. City of Lancaster (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | | Description | Hours | Rate | Amount |
|------|---|-------------|-------|------|--------|
| | | Plaintiffs Statement of Undisputed Facts in support of Plaintiffs Motion for Partial Summary Judgment Drafted and edited of Statement to include statements contained in Garcia Declaration and Garcia Exhibits Reviewed and edited the entire Statement of Undisputed Facts and corrected numbering Forwarded to DCS for final review | | | |
| 1/22/2013 | LR | Review/analyze Opening brief Completed page citations in Table of Authorities Review and correction of citations | 1.00 | $450.00 | $450.00 |
| 1/22/2013 | LR | Communicate (other outside counsel) Forwarded Opening Brief to DCS for final review | 0.33 | $450.00 | $148.50 |
| 1/22/2013 | LR | Draft/revise Opening Brief and Statement of Undisputed Material Facts Corrected titles of documents and footer descriptions | 0.50 | $450.00 | $225.00 |
| 1/22/2013 | LR | Review/analyze Drafted Proposed Order Granting Plaintiffs Motion for Partial Summary Judgment Telephone conference with DCS regarding Proposed Order | 0.83 | $450.00 | $373.50 |
| 1/22/2013 | LR | Communicate (other external) Uploaded of Plaintiffs Motion for Partial Summary Judgment to Court's EFC filing system including Notice of Motion, Declaration of David Spangenberg regarding Rule 7-3, Memorandum of Points and Authorities in Support of Motion, Declaration of Ruben A. Garcia in Support of Motion, Exhibits one through 14 attached to Garcia Declaration, Plaintiffs' Statement of Undisputed Material Facts and Plaintiffs Proposed Order Granting Plaintiffs' Motion for Partial Summary Judgment | 1.33 | $450.00 | $598.50 |
| 1/22/2013 | LR | Communicate (other outside counsel) | 0.50 | $450.00 | $225.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Jan 31, 2013

---

### Waterhouse et al. v. City of Lancaster (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| | | | | | |
|---|---|---|---|---|---|
| | | Telephone conffierences wittih DCS regarding uploading offi documenttis and requirementtis ffior overnightti mailing offi Chamber copies offi all Plainttiffis' ffilings | | | |
| 1/23/2013 | LR | Review/analyze Receiptti offi EFC Courttmail attiaching Deffiendantti's Mottion ffior Summary Judgmentti including Nottice offi Mottion, Pointtis and Auttihoritties in Supportti offi Mottion Declarattion offi Eric Markuu, Declarattion offi Elizabettih Brubaker and attiached Exhibittjs Declarattion offi Brian Ludicke and attiached Exhibittjs Requestti ffior Judicial Nottice and attiached Exhibittjs deffiendantti's Sttiattiementti offi Undisputtied Factts, Deffiendantts' Proposed Order Grantting Deffiendantts' Mottion ffior Summary Judgmentti Downloaded all ttio ffile ffior review | 0.83 | $450.00 | $373.50 |
| 1/23/2013 | LR | Communicate (other outside counsel) Receiptti offi DCS e-mail ffiorwarding e-mail ffirom Eric Markus regarding a proposed meetti and conffier conffierence regarding settilementti, respondentti ttio DCS e-mail proposing conffierence scheduled ffior January 24, 2013 attii 10 AM. | 0.33 | $450.00 | $148.50 |
| 1/23/2013 | LR | Communicate (other outside counsel) Receiptti offi DCS e-mail conffirming ttime offi January 24, 2013 meetti and conffier conffierence wittih deffiense counsel regarding settilementti | 0.17 | $450.00 | $76.50 |
| 1/24/2013 | LR | Communicate (other outside counsel) Review ttihe DCS e-mail regarding ttiodayys phone conffierence regarding settilementti negottiattions wittih opposing counsel; responded ttio e-mail. | 0.33 | $450.00 | $148.50 |
| 1/24/2013 | LR | Research | 0.50 | $450.00 | $225.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

---

# Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013

**Invoice Num:** 1041

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Research regarding Federal Rules offi Civil Procedure and Local Rules regarding Oppositton Brieffi ttio Deffiendarist Mottion ffior Summary Judgmentti email memo ttio DCS regarding same |  |  |  |
| 1/24/2013 | LR | Research | 0.50 | $450.00 | $225.00 |
|  |  | Review offi Judge Ottiero Sttianding Order regarding oppositton ttio Mottion ffior Summary Judgmentti including Sttiattiementti offi Genuine Issues requirementtis e-mail ttio DCS regarding ttihe same |  |  |  |
| 1/24/2013 | LR | Review/analyze | 0.50 | $450.00 | $225.00 |
|  |  | Receiptti and review offi DCS email ffiorwarding Eric Markus e-mail regarding Depositton schedule ffior Expertis Wattierhouse, Garcia and Jennings, and ffiorwarding word version offi Deffiendant Sttiattiementti offi Undisputtied Mattierial Facttis ffior draffiing offi responsive Plainttiffis' Sttiattiementti offi Genuine Issues offi Factti Downloaded Sttiattiementti ttio ffile |  |  |  |
| 1/24/2013 | LR | Draft/revise | 1.67 | $450.00 | $751.50 |
|  |  | Began review offi Deffiendant Sttiattiementti offi Undisputtied Facttis Setti up pleading ffior responsive Plainttiffis Sttiattiementti offi Genuine Issues offi Factti |  |  |  |
| 1/24/2013 | LR | Communicate (other outside counsel) | 0.17 | $450.00 | $76.50 |
|  |  | Telephone conffierence wittih Eric Marcus re ttiming offi ttioday's Meetti and Conffier conffierence re settlementti |  |  |  |
| 1/24/2013 | LR | Communicate (other outside counsel) | 0.50 | $450.00 | $225.00 |
|  |  | Telephone conffierence wittih DCS regarding ttio day meetti and conffier conffierence regarding settilementti negottiattions Discussed amountti and ttierms offi offier ttio settile wittih response ttime setti atti Friday by noon |  |  |  |
| 1/24/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Review offi email ffirom DCS ttio William Littivak regarding Plaintifffsone-ttime setttilementti offier/fie's ttierms and ttime ffior accepttiance beffiore wittihdrawReview offi William Littivak responsive email. 0.3 |  |  |  |
| 1/24/2013 | LR | Draft/revise Conttinued review offi Deffiendantti'sSttilattiementti offi Undisputtied FacttisConttinued draffiing responsive Plainttiffis' Sttilattiementti offi Genuine Issues offi Factti | 3.33 | $450.00 | $1,498.50 |
| 1/24/2013 | LR | Review/analyze Receiptti offi EFC Courtti email regarding ffiling defficiencies in Plainttiffis' documenttis in supportti offi Plainttiffis' Mottion ffior Parttial Summary Judgmentti Downloaded Nottice ttio ffile ffior review | 0.33 | $450.00 | $148.50 |
| 1/24/2013 | LR | Communicate (other external) Receiptti and review offi email ffirom appointtied mediattior Mona Ehenreich, regarding proposed datties ffior mediattion review offi DC S responsive email regarding datties | 0.33 | $450.00 | $148.50 |
| 1/25/2013 | LR | Draft/revise Drafffied Nottices offi Lodging ffior Plainttiffis' Proposed Order Grantting Mottion ffior Summary Judgmentti and ffior Plainttiffis' Sttilattiementti offi Undisputtied Mattierial Facttis in response ttio Courtti's Nottice offi ffiling defficiency E-mail ttio DCS regarding drafti Nottices and questtions regarding lodging requirementtis1.3 | 1.33 | $450.00 | $598.50 |
| 1/25/2013 | LR | Review/analyze Receiptti and review offi EFC Courtti ffiling email attiaching Deffiendantti's Nottice offi Lodging Deffiendantti's Sttilattiementti offi Undisputtied Facttis in response ttio Courtti's Nottice offi Defficiency Downloaded ttio ffile | 0.33 | $450.00 | $148.50 |
| 1/25/2013 | LR | Draft/revise | 2.83 | $450.00 | $1,273.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013

**Invoice Num:** 1041

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Conttinued review offi Deffiendantti andUndisputtied Facttis Sttiattiementti Conttinued draffiing offi responsive Plaintiffis Sttiattiementti offi Genuine Issues offi Mattierial Factti |  |  |  |
| 1/25/2013 | LR | Review/analyze Receiptti and review offi DCS email attiaching commentti on Deffiendantti's Sttiattiementti offi Undispptied Mattierial Facttis ffior assisttiance in draffiing Plainttiffis Sttiattiementti offi Genuine Issues offi Mattierial Factti Downloaded ttio ffile ffior an inclusion in Genuine Issues | 0.50 | $450.00 | $225.00 |
| 1/25/2013 | LR | Receiptti offi review offi DCS email ffiorwarding Ken Wattierhouse email regarding communicattions bettween MrWattierhouse and Cittiy officials concerning applicattion offi Senior Zoning Ordinances ttio Sherwood MHP. Incorporattied inttio ffiacttiual sttiattiementtis conttiained in Plainttiffis' Sttiattiementti offi Genuine Issues offi Mattierial Factti and Plainttiffis' Opposittion Brieffi ttio Cittiy Motion ffior Summary Judgmentti | 0.83 | $450.00 | $373.50 |
| 1/25/2013 | LR | Communicate (other outside counsel) E-mail ttio DCS attiaching draffi Plainttiffis Sttiattiementti offi Genuine Issues offi Factti ffior his review | 0.33 | $450.00 | $148.50 |
| 1/25/2013 | LR | Review/analyze Review offi Deffiendantti Cittiy ffointtis and Auttihoritties in supportti offi Mottion ffior Summary Judgmenti Conttiained Cittiy's argumentti Legal research regarding Cittiy's ripeness argumentti including review offi cases cittied by ttihe Cittiy in Deffiendantti Mottion ffior Summary Judgmentti | 5.33 | $450.00 | $2,398.50 |
| 1/26/2013 | LR | Review/analyze | 4.50 | $450.00 | $2,025.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| | | | | | |
|---|---|---|---|---|---|
| | | Review off ttihe Cittiy's Pointtis and Auttihoritties supportting Cittiy's Summary Judgmentti Mottion. Conttinued outtilining Cittiy's argumenttis and reviewing cittied case law. | | | |
| 1/26/2013 | LR | Communicate (other outside counsel) | 0.50 | $450.00 | $225.00 |
| | | Draffied e-mails ttio DCS regarding Ruben Garcia and Ken Wattierhouse Declarattions in oppositttion Citiy's Mottion fftior Summary Judgmentti. Included discussion offi need ttio addressCittiy'sttianding and ripeness argumenttis wittih discussion offi Sherwood MHP disclosures ttio prospecttive ttienanttis regarding ttihe Cittiy offi Lancasttier Senior Zoning Ordinances, consequentti vacancies atti Sherwood Park,and chilling effiectti space renttial by prospecttive ttienanttis wittih children | | | |
| 1/26/2013 | LR | Research | 4.50 | $450.00 | $2,025.00 |
| | | Legal research regarding ripeness issue and exhausttion offi administtirattive remedies.Reviewed Fair Housing Actti §§ 3602 and 3613regarding acttiual injury. Review offi Ninttih Circuitti and all Unittied Sttiatties Circuitti Courtti cases concerning ripeness requirementtis fftior Fair Housing Actti discriminattion suitts.Draffied outtiline offi relevantti case law on ttihe issue offi exhausttion offi remedies and ripeness, including *Jackson v. Okaloosa Countiy*, Florida case, *Gladsttione Realttiors v Village of Euclid* case, *Citiy of Elko v Abed* case, *Havens v. Coleman Realtiy*case, *Harris v. Izchttiack,* *Lake Naciemientio Ranch v San Luis Obispo Countiy*, 841 F.2d 872 (9ttih Cir. 1987);*Nati'l Park Hospitialitiy Assn.v. Dep'ti of Intierior,*538 U.S. 803.123 S. Ctti. 2026, 155 L. 3d 2d 1017 (2003); *Oklevueha Native American Church of Hawaii, Inc. v. Holder,* 676 F.3d 829 (9ttih Cir. 2012) and *San Pedro Hotiel Ca v. Citiy of Los Angeles*, 159 F.3d 470 (9ttih Cir. 1998). | | | |
| 1/26/2013 | LR | Communicate (other outside counsel) | 0.50 | $450.00 | $225.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

---

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Draffied email ttio DCS regarding sttiandard ffior sttianding in Fair Housing Actti discriminattion suitti as deffined by *Gladstione Realtiors v village of Bellwood,* 441 U.S. 91 (1979), *Havens Realtiy Corp v. Coleman,* 455 U.S. 363 (1982) *and San Pedro Hotiel Co v. Citiy of Los Angeles*, 159 F. 3d 470 (9ttih Cir. 1998).Discussed prooffi requiremennti ttihatti Plainttiffis' show Cittiy's zoning regulattions caused disttincttipialpable injury as needed ffior Oppositttion ttio Cittiy's Mottion ffior Summary Judgmentti |  |  |  |
| 1/27/2013 | LR | Draft/revise Draffiing offi Oppositttion Brieffi ttidsOtbijttion ffior Summary Judgmentti jiincluding ttihe Intttiroducttionjand Sttiattiiementti offi.Case | 4.33 | $450.00 | $1,948.50 |
| 1/27/2013 | LR | Communicate (other outside counsel) Forwarded Inttiroducttion ttio Brieffi ttio DCS ffior.review | 0.33 | $450.00 | $148.50 |
| 1/27/2013 | LR | Review/analyze Receiptti and review offi DCSe-mail ffiorwarding several e-mails ffirom Kennettih Wattierhouse and Ruben Garcia concerning Mr. Wattierhouse's ttielephone conversattion wittih Lancasttier Cittiy Manager and concerning Mr Garcia's conversattions wittih Elizabettih Brubaker Reviewed and downloaded ffior inclusion in Plainttiffis Oppositttion ttio CitbiyMottion ffior Summary Judgmentti | 0.50 | $450.00 | $225.00 |
| 1/27/2013 | LR | Draft/revise | 1.50 | $450.00 | $675.00 |

---

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Jan 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| | | | | | |
|---|---|---|---|---|---|
| | | Receiptti offi DCS email ttio Kennettih Wattierhouse, Ruben Garcia and LLR attiaching summary offi ffiacttis ffior verifficattion by Mr Wattierhouse and Mr Garcia ffior inclusion in Plainttiffis' Sttiattiementti offi Genuine Issues offi Factti and in Declarattions offi Kennettih Wattierhouse and Ruben Garcia in Oppositiion ttio ttihe Cittys Mottion ffior Summary Judgmentti Reviewed summary offi sttiattiementtis and downloaded ttipedattied Plainttiffis' Sttiattiementti offi Genuine Issues offi Factti and in Sttiattiementti offi Facttis conttiained in Plainttiffis Oppositiion Brieffi in accordance wittih summary | | | |
| 1/27/2013 | LR | Review/analyze | 0.50 | $450.00 | $225.00 |
| | | Receiptti offi DCS email regarding applicattion offi Civil Code § 798.27 regarding disclosure requirementtis ffior Sherwood Mobile Home Park Managementti ttio all homeowners and prospecttive homeowners including disclosures regarding zoning; and applicattion offi Civil Code §798.76 regarding requiremenetti ttihatti Sherwood Mobile Home Park Managementti comply wittih Fair Housing Actti law in applying any rule or regulattion limittting residency based on age requiremenettis Responded ttio email wittih questtions | | | |
| 1/28/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
| | | Draffied email ttio DCS attiaching discussion offi sttianding conttiained in a draffi offi Plainttiffis Oppositiion ttio Cittys Mottion ffior Summary Judgmentti Included questtions regarding Declarattions offi Wattierhouse and Garcia concerning inclusion offi damages ttio show acttiual injury. 0.3 | | | |
| 1/28/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Jan 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Receiptt offi DCS email wittih answers ttio questtions regarding inclusion offi damages ttio show acttiual injury in Wattierhouse and Garcia Declarattions |  |  |  |
| 1/28/2013 | LR | Review/analyze | 1.50 | $450.00 | $675.00 |
|  |  | Research regarding Lancasttier Municipal Code Zoning secttions, including 17.08. 305 and especially subdivision concerning exempttion ffirom abattiementti and nonconffiorming uses;reviewed Lancasttier Municipal Code deffinittions;draffted email ttio DCS requestting his opinion offi exempttion provision and ittis applicattion ttio opposition argumenttis ttio Mottion (5.00);ffior Summary Judgmentti |  |  |  |
| 1/28/2013 | LR | Draft/revise | 11.33 | $450.00 | $5,098.50 |
|  |  | Draffting offi Opposittion Brieffi ttio Cittiy's Mottion ffior Summary Judgmentti;including Discussion offi A) Plainttiffis' sttianding under tthe Fair Housing Actti due ttio disttinctti and palpable injury;B) Ripeness offi Plainttiffis' Familial Sttiattius discriminattion claim;C) Plainttiffis notti required ttio exhaustti Cittiy's administtirattive remedies ttio bring FHA claims; and D) Plainttiffis notti required ttio pettittion ffior a variance ffirom Senior MHP Zoning as Cittiy's posittion on senior zoning offi Sherwood ffinal Researched and analyzed applicable case law. |  |  |  |
| 1/28/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Draffted email ttio DCS attiaching Plainttiffis' Opposittion Brieffi;wittih explanattion offi editting and draffting sttill needing ttio be complettied |  |  |  |
| 1/29/2013 | LR | Draft/revise | 7.83 | $450.00 | $3,523.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013

**Invoice Num:** 1041

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Conttinued draffiing offi Opposittion Brieffi ttio Cittiy's Mottion ffior Summary Judgmentt tiicluding Discussion concerning D) Plainttiffis notti required ttio pettittion ffior a variance ffirom Senior MHP Zoning as Cittiy's posittion on senior zoning offi Sherwood ffinal and Conclusion Draffied Table offi Conttienttis and Table offi Auttihoritties Complettied cittiattions ttio sttiattiuttiory and case law Complettied cittiattions ttio Declarattion evidence and exhibittis Reviewed and line edittied enttire brieffi Complettied page cittiattions on Table offi Conttienttis and Table offi Auttihoritties |  |  |  |
| 1/29/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
|  |  | Receipptti offi DCS mail including Ruben Garcia's approval offi Second Declarattion offi Ruben Garcia in Opposittion ttio Cittiy Mottion ffior Summary Judgmentti ffior uploading ttio Courtti's EFC ffiling sittie |  |  |  |
| 1/29/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
|  |  | Receipptti offi DCS mail attiaching draffi Declarattion offi Kennettih Wattierhouse in Opposittion ttio Cittiy Mottion ffior Summary Judgmentt Downloaded ttio ffile ffior review. 0.3 |  |  |  |
| 1/29/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
|  |  | Receipptti offi DCS mail attiaching ffinal draffi offi Plainttiffis Sttiattiementti offi Genuine Issues offi Mattiecial Factti Downloaded ttio ffile ffior ffinal review and uploading ttio Courtti. |  |  |  |
| 1/29/2013 | LR | Communicate (other external) | 2.50 | $450.00 | $1,125.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Final review ofi all plainttiffis oppositton documenttis ttio be ffiled in oppositton ttio City Mottion ffior Summary Judgmentti correcttions ttio documentti tijtflottier descripttions ffiormatting errors conversion ofi documenttis ttio PDF ffiormat uploading ofi oppositton documenttis ttio Courtti's EFC ffiling system luding Plainttiffis' Memorandum ofi Pointtis and Auttihoritities in Oppositton ttio City Mottion ffior Summary Judgmentti Second Declaratton ofi Ruben A Garcia in Oppositton Declaratton ofi Kennettih Wattierhouse in Oppositton Plainttiffis' Sttiattiementti ofi Genuine Issues ofi Factti offi Lodging Plainttiffis' Proposed Order Grantting Plainttiffis' Mottion ffior Summary Judgment and Nottice ofi Lodging Plainttiffis' Sttiattiementti ofi Undisputtied Mattierial Facttis and Plainttiffis' Sttiattiementti ofi Genuine Issues ofi Factti |  |  |  |
| 1/29/2013 | LR | Communicate (other external) | 0.50 | $450.00 | $225.00 |
|  |  | Lodged Plainttiffis Proposed Order Grantting Plainttiffis' Mottion ffior Parttial Summary Judgment Plainttiffis' Sttiattiementti ofi Undisputtied Factti Plainttiffis' Sttiattiementti ofi Genuine Issues ofi Factti wittih Judge Ottier's e-mail. |  |  |  |
| 1/29/2013 | LR | Communicate (other outside counsel) | 0.50 | $450.00 | $225.00 |
|  |  | Telephone conffierences wittih DCS regarding receipti ofi uploaded documenttis and preparatton ofi Chamber copies ttio be overnighttied ttio Judge Ottier. |  |  |  |
| 1/30/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Receipti ofi email requestti ffirom Eric Markus ffior word version ofi Plainttiffis' Sttiattiementti ofi Genuine Issues ofi Factti ffiorwarded word version and requesttied word version ofi Deffiendantis' Sttiattiementtis |  |  |  |
| 1/30/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Febr. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Jan 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | E-mail ttio DCS regarding scheduling offi conffience ffior Thursday, January 31 ttio discuss Reply Brieffi and Reply documenttis ttio Cittiy's Oppositition ttio Plainttiffis' Mottion ffior Summary Judgmentti |  |  |  |
| 1/31/2013 | LR | Review/analyze | 0.50 | $450.00 | $225.00 |
|  |  | Review offi EFC Courttimeails attiaching Deffiendantti Cittiy's documenttis in Oppositition ttio PlaintiffMotition ffior Parttial Summary Judgmentti including deffiendantsti Evidenttiary Objecttions ttio Declaratition ttio Ruben A Garcia, Deffiendantstitiatiemenitti offi Genuine Issues offi Mattierial Factti DeffiendantstiOppositition Brieffi ttio Plainttiffis Mottion ffior Parttial Summary Judgmentti Downloaded ttio ffile ffior review |  |  |  |
| 1/31/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | E-mail ttio DCS scheduling ttielephone conffierence ffior PM ttio discuss Cittisy Oppositition ttio PlainttiffMotition ffior Parttial Summary Judgmentti and Reply documenttis ttio Cittisy Oppositition. |  |  |  |
| 1/31/2013 | LR | Review/analyze | 1.83 | $450.00 | $823.50 |
|  |  | Read and outtiline Cittisy Evidenttiary Objecttions ttio Declaratition offi Ruben A Garcia in Supportti offi Plainttiffis' Mottion ffior Parttial Summary Judgmentti |  |  |  |
| 1/31/2013 | LR | Research | 0.50 | $450.00 | $225.00 |
|  |  | Review offi Local Rules regarding ttiming offi responses ttio Evidenttiary Objecttions ffiled by Deffiendantti Cittiy offi Lancasttier |  |  |  |
| 1/31/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Draffied e-mail ttio DCS wittih questtions concerning disclosures made as ttio Ruben Garcia's expertti ttiestimony |  |  |  |
| 1/31/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Febr. 7, 2013**

**Invoice Num: 1041**

**Billing Through:** Jan 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Receiptti offi DCSmail ttio all counsel attiaching Listti offi Expertti and Issues ffior Expertti TesttimonyDownloaded ttio ffile ffior review |  |  |  |
| 1/31/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
|  |  | Receiptti offi DCSmail attiaching PDF copy offi pre-Wattierhouse Applicattion ffior Residence atti Sherwood Mobile Home Park. Downloaded ttio ffile |  |  |  |
| 1/31/2013 | LR | Communicate (other outside counsel) | 1.50 | $450.00 | $675.00 |
|  |  | Telephone confierence wittih DCS regarding response ttio Cittiy' Evidenttiary Objecttions ttio Declarattion offi Ruben A. Garcia. |  |  |  |
| 1/31/2013 | LR | Draft/revise | 1.83 | $450.00 | $823.50 |
|  |  | Drafting Response to City's Evidence Objections to the Declaration of Ruben A. Garcia in support of Plainitffs' Motion for Partial Summary Judgment. |  |  |  |

**Total Service Amount:** $91,395.00

**Amount Due This Invoice:** $91,395.00

*This invoice is due upon receipt*