# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

## Invoice

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

**Professional Services:**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/1/2013 | LR | Draft/revise | 8.33 | $450.00 | $3,748.50 |
| | | Drafted response to City's evidence objections including research of Federal Evidence Rules regarding hearsay and hearsay exceptions, personal knowledge and foundation, relevant standards and standards for determining if evidence is more prejudicial than relevance Legal research regarding Ninth Circuit cases on standards for admitting lay opinion testimony and/or expert opinion Review of *Nationwide Transport Systems v. Cass Information Systems*, 9th Cir. 2008 case. | | | |
| 2/1/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
| | | Receipt and review of email from DCS attaching draft Declaration of Ruben A Garcia in Reply to City's Opposition to Plaintiff's Motion for Partial Summary Judgment Downloaded draft to file for review. | | | |
| 2/1/2013 | LR | Draft/revise | 0.83 | $450.00 | $373.50 |
| | | Edited and revised draft Declaration Ruben A Garcia in Reply to City's Opposition to Plaintiff's Motion for Partial Summary Judgment Highlighted edits Forwarded to DCS with comments re revisions Requested further information on 1996 Sherwood Rules and Regulations, and Sherwood's application of biannual verification procedures under HUD's regulations. | | | |
| 2/1/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

# Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | | Activity | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Receipt and review of email from DCS regarding exhibits to attached to Declaration Ruben A Garcia in Reply to City's Opposition to Plaintifs Motion for Partial Summary Judgment | | | |
| 2/1/2013 | LR | Review/analyze | | 0.33 | $450.00 | $148.50 |
| | | | Receipt and review of email from DCS attaching revised Declaration of Ruben A Garcia after DCS further conference with Mr Garcia. Downloaded to file for review and editing | | | |
| 2/2/2013 | LR | Review/analyze | | 0.83 | $450.00 | $373.50 |
| | | | Reviewed *Putnam v. City of Yucaipa* District Court Decision. | | | |
| 2/2/2013 | LR | Draft/revise | | 5.83 | $450.00 | $2,623.50 |
| | | | Drafted Introduction to Reply Brief to City's Opposition to Plaintifs' Motion for Partial Summary Judgment Included review and outlining of Introduction and Factual Statement of City's Opposition Brief review HUD's implementing regulations at 24 C. F. R. §§ 100.300 - 100.307, and reading and analysis of *Putnam v. City of Yucaipa* District Court and Ninth Circuit cases | | | |
| 2/3/2013 | LR | Draft/revise | | 0.50 | $450.00 | $225.00 |
| | | | Review and editing of Ruben A Garcia Declaration in Reply to City's Opposition to Plaintifs Partial Motion for Summary Judgment | | | |
| 2/3/2013 | LR | Communicate (other outside counsel) | | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

E-mail tto Ruben Garcia and DCS regarding
changes tto Garcia Declaratton in Reply

| 2/3/2013 | LR | Draft/revise | 7.33 | $450.00 | $3,298.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

# Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Review, correction, and completion of Plaintiffs' Response to Evidence Objections of Defendant City to Declaration of Ruben A. Garcia in Support of Plaintiffs' Motion for Partial Summary Judgment Further research regarding Federal Rules of Evidence concerning admission of lay opinion and expert opinion Review of Ninth Circuit case law regarding application of Federal Rule of Evidence 701-704. Read and cited to *Sementlli v. Trinidad Corp*. 155 F.3d 1130, 1134 (9th Cir. 1998) and. *United States v. Graf*, 610 F.3d 1148, 1164-65 (9th Cir. 2010); review of 40 2U. S. C. Section 3607 (b); read and cited to *U.S. v. Fountainbleau Apartments L.P,* 566 F. Supp.2d 726, 728-32 (E.D. Tenn. 2008); reviewed and cited to See *Putnam Family Partnership v. City of Yucaipa,* 673 F.3d 920, 925, (9th Cir. 2012) ("*City of Yucaipa*"); *Balvage v. Ryderwood Improvement and Service Association, Inc*. 42 F.3d 765, at 772 and 780 (9th Cir. 2011) ("*Balvage*"), citing to *United States v. City of Hayward*, 36 F.3d 832; reviewed, cited two, and quotted documentary evidence attached to City's Request for Judicial Notice, Declaration of Elizabeth Brubaker, Declaration of Brian Ludicke, and Declaration of Ruben A. Garcia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/3/2013 | LR | | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

# Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Drafted and sent e-mail to DCS attaching draft Plaintiffs' Response to Defiendant's Objections to Evidence presented in Ruben A Garcia Declaration. | | | |
| 2/3/2013 | LR | Draft/revise | 3.50 | $450.00 | $1,575.00 |
| | | Drafting of Reply Brief to Citty's Opposition to Plaintiffs' Parttal Motion for Summary Judgment including analysis of HUDs implementing regulations and City of Yucaipa case | | | |
| 2/4/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
| | | Receipt and review of signed Declaration of Ruben A. Garcia in Reply to Citty's Opposition to Plaintiffs' Motion for Parttal Summary Judgment Downloaded to file for inclusion in Reply documents | | | |
| 2/4/2013 | LR | Draft/revise | 5.33 | $450.00 | $2,398.50 |
| | | Conttnued drafiing Reply Brief to Citty's Opposition to Plaintiffs' Motion for Parttal Summary Judgment | | | |
| 2/4/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
| | | Forwarded draft of Reply Brief to Citty's Opposition to Plaintiffs' Motion for Parttal Summary Judgment to DCS with explanation of work needed to be finalized on brief | | | |
| 2/4/2013 | LR | Draft/revise | 1.33 | $450.00 | $598.50 |
| | | Drafting Reply Brief to Citty's Opposition to Plaintiffs' Motion for Parttal Summary Judgment Reviewed and completion of case citations | | | |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

**Professional Services:**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/4/2013 | LR | Review/analyze<br>Receiptt and review ofi DCS email approving drafi Reply briefi witth included highlightted correcttons Downloaded tto file fior inclusion ofi correcttons | 0.33 | $450.00 | $148.50 |
| 2/4/2013 | LR | Draft/revise<br>Drafiing Reply Briefi tto Citty's Oppositton tto Plainttfis' Motton fior Parttal Summary Judgmentt Correctted briefi per DCS correcttons Conttnued complettng case cittattons Drafiing ofi Table ofi Conttentts and Table ofi Autthorittes | 4.33 | $450.00 | $1,948.50 |
| 2/4/2013 | LR | Review/analyze<br>Receiptt and review ofi DCS email attaching DCS Declaratton in Reply tto Citty's Oppositton tto Plainttfis' Motton fior Parttal Summary Judgmentt Downloaded tto file fior review and edittng | 0.33 | $450.00 | $148.50 |
| 2/5/2013 | LR | Review/analyze<br>Reviewed and revised Declaratton ofi David Spangenberg in Reply tto Citty's Oppositton tto Plainttfis' Motton fior Parttal Summary Judgmentt Forwarded tto DCS fior final review and signing | 0.83 | $450.00 | $373.50 |
| 2/5/2013 | LR | Review/analyze<br>Receiptt and review ofi signed Declaratton ofi David Spangenberg in Reply tto Citty's Oppositton tto Plainttfis' Motton fior Parttal Summary Judgmentt Downloaded tto file fior inclusion in Plainttfis' Reply documentts | 0.33 | $450.00 | $148.50 |
| 2/5/2013 | LR | Communicate (other external) | 0.67 | $450.00 | $301.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

# Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Uploaded Plaintffis' Reply Documentts tto Citty's Oppositton tto Plainttfis' Motton fior Parttal Summary Judgmentt tto Courtt's EFC filing systtem including Reply Memorandum (Doc. 54), Response tto Citty's Evidence Objecttons tto Declaratton ofi Ruben A Garcia in Supportt Plainttfis' MSJ (Doc. 55), Declaratton ofi Ruben A Garcia in Reply witth Exhibitts A tto D attached (Doc. 56), Declaratton ofi David Spangenberg in Reply witth Exhibitts 1-2 attached (Doc 57). |  |  |  |
| 2/5/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Drafied email tto DCS re uploading ofi all Plainttfis Reply Documentts and preparatton ofi Chamber copies tto be overnightted tto Judge Otten; receiptt ofi DCS reply email re same |  |  |  |
| 2/6/2013 | LR | Communicate (other outside counsel) | 0.83 | $450.00 | $373.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

# Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Receipt of EFC Court e-mails attaching City of Lancaster Reply to Plaintiff's Opposition to City Motion for Summary Judgment including Reply Memorandum, Eric Markus Declaration in Reply, City's Reply to Plaintiff's Statement of Genuine Issues of Fact, Mark Bozigian Declaration in Reply, Elizabeth Brubaker Declaration in Reply City of Lancaster's Evidence Objections to Declaration of Kenneth Waterhouse in Opposition to City Motion for Summary Judgment, City of Lancaster's Evidentiary Objections to Declaration of Ruben A Garcia in Opposition to the City Motion for Summary Judgment Downloaded all file for review and response. | | | |
| 2/6/2013 | LR | Plan and prepare for Organization of Summary Judgment Notebook with moving papers on cross motions for summary judgment | 1.50 | $450.00 | $675.00 |
| 2/7/2013 | LR | Communicate (other outside counsel) E-mail to DCS regarding City's Evidentiary Objections to Waterhouse and Garcia Declarations in Opposition to City Motion for Summary Judgment 0.3 | 0.33 | $450.00 | $148.50 |
| 2/7/2013 | LR | Communicate (other outside counsel) Receipt and review of DCS email response concerning City's Evidence Objections | 0.33 | $450.00 | $148.50 |
| 2/7/2013 | LR | Draft/revise | 1.83 | $450.00 | $823.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Began review of City's Evidence Objections and drafing of Plaintifs' Response to City Evidence Objections to Kenneth Waterhouse Declaration 1.8 |  |  |  |
| 2/7/2013 | LR | Communicate (other outside counsel) | 1.83 | $450.00 | $823.50 |
|  |  | Telephone conference with DCS rate responses to objections Notes to file re responses with citations to Fed Rules of Evidence |  |  |  |
| 2/7/2013 | LR | Communicate (other external) | 0.33 | $450.00 | $148.50 |
|  |  | Telephone call from Judge Otter's Clerk, Victor Cruz, regarding formatting and font errors in Plaintifs' filing of documents regarding cross Motions for Summary Judgment |  |  |  |
| 2/7/2013 | LR | Communicate (other outside counsel) | 0.50 | $450.00 | $225.00 |
|  |  | Review of Judge's Initial Standing Order; Review of Local Rule 7; drafted e-mail to DCS regarding call from District Court and needed corrections to document formatting and to preparation blue-backed Chamber copies. |  |  |  |
| 2/8/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Responded to DCS email re call from Court Clerk regarding formatting requirements |  |  |  |
| 2/8/2013 | LR | Draft/revise | 2.33 | $450.00 | $1,048.50 |
|  |  | Drafing Responses to City's Objections to Declaration of Kenneth Waterhouse EFC Dkt 51. |  |  |  |
| 2/8/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | User | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | E-mail to DCS attaching draft Responses to City's Objections to Declaration of Kenneth Waterhouse, EFC Dkt 51 for his review. | | | |
| 2/8/2013 | LR | Review/analyze<br>Receipt and review of DCS email approving Response to Evidence Objections to Declaration of Ken Waterhouse with minor corrections Responded to same regarding status of Response to Objections to Ruben Garcia and Declaration, and timing of uploading to Court's EFC filing system | 0.33 | $450.00 | $148.50 |
| 2/8/2013 | LR | Draft/revise<br>Drafting Responses to City's Objections to Second Declaration of Ruben A Garcia in Opposition to the City's Motion for Summary Judgment | 4.17 | $450.00 | $1,876.50 |
| 2/8/2013 | LR | Communicate (other outside counsel)<br>Receipt and review of DCS email re timing of Feb. 9, 2013 uploading of Responses to Evidence Objections for express mailing of Chamber copies; responded to same | 0.33 | $450.00 | $148.50 |
| 2/9/2013 | LR | Draft/revise | 4.50 | $450.00 | $2,025.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

# Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Continued drafting Responses to City's Objections to Second Declaration of Ruben A Garcia. Research regarding exceptions to hearsay rules for contract bargaining and for statements providing notice. Review of HUDs regulations and case law regarding Article III standing requirements |  |  |  |
| 2/9/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Forwarded Responses to City's Objections to Second Declaration of Ruben A Garcia to DCS for review and approval; telephone call message to DCS to confirm forwarding of response |  |  |  |
| 2/9/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
|  |  | Receipt and review of DCS email attaching corrections to draft Responses to City's Objections to Second Declaration of Ruben A Garcia. Downloaded to file for review and inclusion in final draft Responses. |  |  |  |
| 2/9/2013 | LR | Draft/revise | 0.83 | $450.00 | $373.50 |
|  |  | Made DCS corrections to draft Responses to City's Objections to Second Declaration of Ruben A. Garcia. DCS for further review with questions regarding Parks managed by Watterhouse Management Corporation |  |  |  |
| 2/9/2013 | LR | Communicate (other external) | 1.33 | $450.00 | $598.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Receipt and review of DCS email responding to questions regarding Parks managed by Waterhouse Management Corporation. Made final corrections to Plaintiffs' Responses to City's Objections to Second Declaration of Ruben A Garcia. Converted Responses to City's Objections to Garcia and Waterhouse Declarations to PDF format and uploaded to Court's EFC filing site Call to DCS regarding uploading and Chamber copies. Downloaded Responses (EFC Dkt 67 and 68) to file |  |  |  |
| 2/11/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | E-mail to DCS regarding travel plans to hearing on cross motions for summary judgment |  |  |  |
| 2/11/2013 | LR | Review/analyze | 2.33 | $450.00 | $1,048.50 |
|  |  | Review of City's Declarations in Opposition to Plaintiffs' Motion for Partial Summary Judgment Drafted notes regarding Declarations' contents and forwarded to DCS for review in preparation of Feb 19th hearing on cross Motions for Summary Judgment |  |  |  |
| 2/11/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Receipt and review of DCS email re Feb19th Summary Judgment hearing and travel arrangements responded to same 0.3 |  |  |  |
| 2/11/2013 | LR | Review/analyze | 3.83 | $450.00 | $1,723.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | Review of City's Response to Plaintiffs' Statement of Genuine Issues of Fact. Drafted notes to file and DCS regarding City's Responses, including notes re City's arguments, responses to same on behalf of Plaintiffs with citations to statutory and case law. 3.8 |  |  |
| 2/12/2013 | LR | Review/analyze |  | 2.83 | $450.00 | $1,273.50 |
|  |  |  | Continued review of City's Response to Plaintiffs' Statement of Genuine Issues of Fact. Drafted notes to file and DCS regarding City's Responses, including notes re City's arguments, responses to same on behalf of Plaintiffs with citations to statutory and case law. Forwarded by e-mail to DCS. |  |  |
| 2/12/2013 | LR | Review/analyze |  | 0.50 | $450.00 | $225.00 |
|  |  |  | Began review of City's Reply Brief to Plaintiffs' Opposition to City's Motion for Summary Judgment |  |  |
| 2/13/2013 | LR | Review/analyze |  | 3.67 | $450.00 | $1,651.50 |
|  |  |  | Reviewed city's reply brief; notes regarding reply arguments for DCS to review. Forwarded to DCS 3.6 |  |  |
| 2/14/2013 | LR | Review/analyze |  | 1.67 | $450.00 | $751.50 |
|  |  |  | Continued review of city's reply brief to plaintiffs' opposition to city's motion for summary judgment. Notes regarding the same for DCS including of cases cited by city |  |  |
| 2/14/2013 | LR | Review/analyze |  | 1.50 | $450.00 | $675.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review of HUD notices regarding implementing rules; and HUD amici briefs in all such case for response to the city's reply argument | | | |
| 2/14/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
| | | Reviewed Court's notice regarding February 19th hearing on cross Motions for Summary Judgment; telephone call to DCS regarding same | | | |
| 2/19/2013 | LR | Research | 1.50 | $450.00 | $675.00 |
| | | Legal research regarding Rule 26 Initial Disclosure requirements for damage disclosures | | | |
| 2/19/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
| | | E-mail to DCS regarding mediation schedule and damage issue. | | | |
| 2/19/2013 | LR | Communicate (other outside counsel) | 0.83 | $450.00 | $373.50 |
| | | Telephone conference with DCS regarding City's document request attached to Expert Deposition Notices | | | |
| 2/19/2013 | LR | Draft/revise | 4.83 | $450.00 | $2,173.50 |
| | | Drafting Response to City's Document Requests served with Expert Deposition Notices | | | |
| 2/20/2013 | LR | Draft/revise | 1.83 | $450.00 | $823.50 |
| | | Reviewed and corrected draft Response to Document Request Set 2, contained in Defendant's Notices of Expert Depositions. Forwarded to DCS for review | | | |
| 2/20/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Reviewed Document Request contained in Kenneth Waterhouse Deposition Notice and Sheri Jennings Deposition Notice |  |  |  |
| 2/20/2013 | LR | Communicate (other outside counsel) | 0.83 | $450.00 | $373.50 |
|  |  | Telephone call from DCS Discussed corrections and additions to Response to Defendant's Request for Documents, Set 2, contained in Expert Deposition Notices. 0.8 |  |  |  |
| 2/20/2013 | LR | Draft/revise | 1.83 | $450.00 | $823.50 |
|  |  | Finalized Responses to Document Requests, Set 2, contained in Expert Deposition Notices for experts Garcia, Waterhouse, and Jennings; prepared Proof of Services, forwarded to DCS for signatures and service |  |  |  |
| 2/20/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Telephone call from attorney Eric Markus regarding scheduling of Pretrial meet and confer conference |  |  |  |
| 2/20/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Telephone call to DCS regarding scheduling of Pretrial meet and confer conference and requirements for conference |  |  |  |
| 2/20/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Telephone call to attorney Marcus Scheduled meet and confer conference for February 21, 2013; discussed document production for expert depositions. Memo regarding same to file |  |  |  |
| 2/20/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | User | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | E-mail to DCS regarding February 21, 2013 pretrial meet and confer conference, and attorney Marcus's question regarding copying of document production | | | |
| 2/20/2013 | LR | Review/analyze<br>Receipt of DCS email to all counsel attaching final Responses of the City's Document Requests Set 2; downloaded to file 0.3 | 0.33 | $450.00 | $148.50 |
| 2/20/2013 | LR | Review/analyze<br>Review of Expert Reply Reports of Ruben Garcia and Kenneth Waterhouse forwarded by DCS downloaded to file | 0.67 | $450.00 | $301.50 |
| 2/20/2013 | LR | Research<br>Review of Judge Otero's Standing Order regarding Pretrial meet and confer and exhibit disclosure requirements. Review of Local Rules regarding Pretrial and Trial documents and filing deadlines. Drafted schedule of required pretrial and trial document and filing due dates. Emailed schedule to DCS for review | 2.67 | $450.00 | $1,201.50 |
| 2/21/2013 | LR | Review/analyze<br>Review of City Council Minutes contained in City's Initial Disclosure. Drafted email to DCS re 1) possible trial witnesses for Plaintiffs' case in chief, 2) City Council Mintutes re passage of Ordinances 886, 887, 900, and 952 and quotation of relevant statments from minutes. Attached PDF copies of Antelope Press Articles re passage of Ordinances. Attached PDF copies of City Council Minutes. | 3.83 | $450.00 | $1,723.50 |
| 2/22/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013

**Invoice Num:** 1041

**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Receipt and review of DCS email requesting copy of Word version of Undisputed Facts to be sent to DCS and Secretary for review. Responded, forwarding document. | | | |
| 2/22/2013 | LR | Communicate (other outside counsel) | 0.67 | $450.00 | $301.50 |
| | | Drafted Email to DCS and Charlene re Proposed Pretrial Conference Order (PTCO) and Section 5 of Stipulated Facts. Instructions re incorporating Undisputed Facts into initial draft. Attached relevant documents from cross Motions for Summary Judgment. | | | |
| 2/22/2013 | LR | Review/analyze | 4.50 | $450.00 | $2,025.00 |
| | | Drafting PTCO, section on Plaintiffs' Section 3617 claim, elements, and applicable statutory and case law. Research re Jury Instructions for Fair Housing Act discrimination case. Case law research re elements of FHA discrimination case. | | | |
| 2/24/2013 | LR | Draft/revise | 5.33 | $450.00 | $2,398.50 |
| | | Drafting PTCO. Legal research re case law concerning facial discriminatory government policy, regulation or ordinance, including *Community House Inc. v. City of Boise*, 490 F.3d 1041 (9th Cir. 2006), *UAW v. Johnson Controls, Inc*, 499 U.S. 187, 199, 111S. Ct 1196, 113 L.Ed.2d 158 (1991), and *Doe v. City of Butler, Pennsylvania*, 892 F.2d 315, 323 (3rd Cir. 1989). | | | |
| 2/24/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
| | | Receipt and review of DCS email attaching initial draft Exhibits List with questions re formatting of Exhibits List under Standing Order and Local Rules. | | | |
| 2/24/2013 | LR | Communicate (other outside counsel) | 0.50 | $450.00 | $225.00 |
| | | Drafted email to DCS responding to questions re Exhibits List with requirements of Standing Order and list of exhibits to add to Exhibits List. | | | |
| 2/25/2013 | LR | Draft/revise | 6.83 | $450.00 | $3,073.50 |
| | | Drafting PTCO. Research and drafting regarding City's Affirmative Defense to familial status descrimination claim. Review, analysis, and drafting discussion of Balvage v. Ryderwood Improvement & Service ASsoc. Inc., 642 F.3d 765 (9th Cir. 2011), Putnam Family Parnership v. City of Yucaipa, 673 F.3d 920, 925 (9th Cir. 2012), and Waterhouse v. City of American Canyon (N.D. Cal, 2011) at p. 9. Reviewed and discussed U.S. v. Fountainbleu Apartments, L.P., 566 F. Supp.2d 726, 734 (E.D. Tenn. 2008) | | | |
| 2/25/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

---

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013
**Invoice Num:** 1041
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | Staff | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Email to DCS forwarding first draft PTCO with description of Section 3617 Claim, elements, and applicable statutory and case law completed. | | | |
| 2/26/2013 | LR | Review/analyze | 2.33 | $450.00 | $1,048.50 |
| | | Research re Jury Instructions for Fair Housing Act claims, including family status discrimination brought under 3604 and 3617. | | | |
| 2/26/2013 | LR | Review/analyze | 0.50 | $450.00 | $225.00 |
| | | Reviewed City's Intiial Disclosure documents re Sherwood history as 55-or-older MHP. Drafted email to DCS re same, including questions concerning Park's signage history, with reference to Antelope new articles showing picture of a senior park sign. | | | |
| 2/26/2013 | LR | Draft/revise | 4.83 | $450.00 | $2,173.50 |
| | | Drafting Stipulated Facts for inclusion in PTCO. | | | |
| 2/26/2013 | LR | Communicate (other outside counsel) | 0.50 | $450.00 | $225.00 |
| | | Telephone conference w/ DCS regarding progress of expert depositions and Ruben Garcia testimony for inclusion in draft of Stipulated Facts. | | | |
| 2/27/2013 | LR | Draft/revise | 2.33 | $450.00 | $1,048.50 |
| | | Drafting Stipulated Facts for PTCO | | | |
| 2/27/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
| | | Receipt and review of DCS email re investigation by Ruben Garcia re history of signage at Sherwood MHP and investigation of history of vacancies at Sherwood MHP. | | | |
| 2/27/2013 | LR | Communicate (other outside counsel) | 0.50 | $450.00 | $225.00 |
| | | Drafted email to DCS regarding current draft of PTCO, including Section 5 of Stipulated Facts, with explanations of chronology of facts needing verification or completion based on deposition testimony of Garcia, Jennings, and Waterhouse. Attached 30-page draft for DCS review and comment. | | | |
| 2/27/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
| | | Receipt and review of DCS email attaching Ruben Garcia response re Sherwood MHP signage history. | | | |
| 2/27/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
| | | Receipt and review of DCS email attaching pictures of Sherwood MHP's current signage. Downloaded to file. Responded to same. | | | |
| 2/28/2013 | LR | Review/analyze | 3.50 | $450.00 | $1,575.00 |
| | | Review of FHA Jury Instructions and FHA Voir Dire samples. | | | |

# Law Office of Lark L. Ritson

755 Weston Road  
Scotts Valley, CA 95066-  
Tel: 831-247-0577 Fax: 831-438-3216  
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse  
Waterhouse Management Corporation  
500 Giuseppe Court, Suite 2  
Roseville, CAL 95678

**Invoice Date:** Mar. 7, 2013  
**Invoice Num:** 1041  
**Billing Through:** Feb 28, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

**Professional Services:**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/28/2013 | LR | Communicate (other outside counsel) T/c with DCS re Exhibits List, Witness List, Stipulated Facts, Jury Instructions, Memo of Facts and Contentions. | 0.83 | $450.00 | $373.50 |
| 2/28/2013 | LR | Communicate (other outside counsel) Telephone conference with Eric Marcus re scheduling of Mediation. | 0.17 | $450.00 | $76.50 |
| 2/28/2013 | LR | Communicate (other outside counsel) Telephone conference w/ DCS re scheduling of Mediation. | 0.33 | $450.00 | $148.50 |
| 2/28/2013 | LR | Communicate (other outside counsel) Telephone conference w/ Eric Marcus re date and time for Mediation | 0.17 | $450.00 | $76.50 |
| 2/28/2013 | LR | Draft/revise Drafting Memorandum of Contentions of Fact and Law per requirements of Court's Standing Order and Local Rules. | 8.50 | $450.00 | $3,825.00 |

**Total Service Amount:** $66,888.00

**Amount Due This Invoice:** **$66,888.00**

*This invoice is due upon receipt*