# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, **2013**

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 3/1/2013 | LR | Communicate (other outside counsel) Reviewed DCS email re Witness & Exhibits Lists. | 0.34 | $450.00 | $153.00 |
| 3/1/2013 | LR | Communicate (other outside counsel) Telephone conference w/ DCS re Witness & Exhibits List, Jury Instructions, Statement of Contentions of Fact & Law, and Mediation Statement. | 0.85 | $450.00 | $382.50 |
| 3/1/2013 | LR | Preparation Exhibits List Preparation.  Review of Defendant's Initial Disclosure.  Email to Charlene attaching City Council Minutes for Exhibits List. | 0.34 | $450.00 | $153.00 |
| 3/1/2013 | LR | Communicate (other external) T/c to Charlene.  Discussed documents for Exhibits List. | 0.34 | $450.00 | $153.00 |
| 3/1/2013 | LR | Preparation Review, drafting, and editing of Draft Joint Witness List. | 1.00 | $450.00 | $450.00 |
| 3/1/2013 | LR | Preparation Review, correction, and editing of Draft Stipulated Facts. | 1.00 | $450.00 | $450.00 |
| 3/1/2013 | LR | Communicate (other outside counsel) Email to all Counsel attaching Draft Joint Witness List, and Draft [Proposed] Pretrial Conference Order ("PTCO"), including proposed Stipulated Facts. | 0.51 | $450.00 | $229.50 |
| 3/1/2013 | LR | Communicate (other external) T/c from Charlene re Joint Exhibits List. | 0.34 | $450.00 | $153.00 |
| 3/1/2013 | LR | Review/analyze Receipt and review of Draft Joint Exhibits List; T/c with Charlene re duplicate and missing documents; Forwarded missing documents to Charlene for inclusion in Exhibits List and Exhibits Binder. | 0.85 | $450.00 | $382.50 |
| 3/1/2013 | LR | Draft/revise Final review, correction and formatting of Draft Joint Exhibits List. | 1.00 | $450.00 | $450.00 |
| 3/1/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, **2013**

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Email to all Counsel attaching Draft Joint Exhibits List for review. | | | |
| 3/2/2013 | LR | Communicate (other outside counsel) Telephone Conference w/ DCS re expert depositions, Fact Statement, and Trial Documents. | 1.00 | $450.00 | $450.00 |
| 3/2/2013 | LR | Draft/revise Drafting Statement of Facts for Mediation Brief and Trial documents. | 5.51 | $450.00 | $2,479.50 |
| 3/3/2013 | LR | Draft/revise Drafting Mediation Statement, including Statements re Parties, Case Summary, Facts, Claims, and damages. | 3.51 | $450.00 | $1,579.50 |
| 3/3/2013 | LR | Communicate (other outside counsel) Forwarded Mediation Statement to DCS for review. | 0.34 | $450.00 | $153.00 |
| 3/3/2013 | LR | Communicate (other outside counsel) Review of DCS email re Mediation Statement. | 0.17 | $450.00 | $76.50 |
| 3/3/2013 | LR | Communicate (other external) Review DCS email to Mediator's Office forwarding Mediation Statement; downloaded final Mediation Statement to file. | 0.34 | $450.00 | $153.00 |
| 3/4/2013 | LR | Communicate (other outside counsel) Reviewed Email from Mediator's Office confirming receipt of Mediation Statement for Mediation Conference. | 0.34 | $450.00 | $153.00 |
| 3/4/2013 | LR | Preparation Preparation of hard copies of Mediation Brief and exhibit documents for Mediation. | 0.51 | $450.00 | $229.50 |
| 3/4/2013 | LR | Appear for/attend Attended Mediation before appointed Mediator, Mona H. Ehrenreich, including Pre-Mediation Conference with client Ken Waterhouse and DCS. Travel to and from Santa Clarita, California. | 11.00 | $450.00 | $4,950.00 |
| 3/5/2013 | LR | Other Trial Preparation and Support Preparing Jury Instructions from Ninth Circuit Model Instructions. Research re Fair Housing Act Jury Instructions for discriminatory intent and discriminatory effect cases. | 3.51 | $450.00 | $1,579.50 |
| 3/5/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, **2013**

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | Received and responded to DCS Email re March 6, 2013 Meet & Confer telephone conference with all Counsel re Pretrial Conference Order, Witness and Exhibits List, Motions in Limine. | | | |
| 3/5/2013 | LR | Review/analyze<br>Initial receipt and review of EFC Court Email attaching Defendant City of Lancaster's 8 Motion in Limine filings. | 1.00 | $450.00 | $450.00 |
| 3/5/2013 | LR | Review/analyze<br>Review of Court's Standing Order re Motions in Limine, Oppositions to Motions in Limine, Replies, and required Binder. | 0.34 | $450.00 | $153.00 |
| 3/5/2013 | LR | Communicate (other outside counsel)<br>T/c with DCS re City's Motions in Limine, requirements for filing Oppositions to Motions, and other Pretrial documents required for filing. | 0.34 | $450.00 | $153.00 |
| 3/5/2013 | LR | Communicate (other outside counsel)<br>Email to All Counsel re Meet & confer conference re Joint Witness Lists, Exhibits List, and PTCO; Responded to Bill Litvak email re schedule for Meet & Confer Conference. | 0.34 | $450.00 | $153.00 |
| 3/6/2013 | LR | Communicate (other outside counsel)<br>Review Email from DCS and Bill Litvak re timing of today's Meet & Confer Conference. | 0.34 | $450.00 | $153.00 |
| 3/6/2013 | LR | Communicate (other outside counsel)<br>T/c to DCS re timing of Meet & Confer Conference;  Drafted Email to All Counsel confirming Meet & Confer scheduled for 10:00 a.m. | 0.34 | $450.00 | $153.00 |
| 3/6/2013 | LR | Review/analyze<br>Review of City's Motion in Limine No. 1 re Garcia Expert Testimony and Reports. | 1.00 | $450.00 | $450.00 |
| 3/6/2013 | LR | Communicate (other outside counsel)<br>Meet & Confer Telephone Conference with All Counsel re Witness List and time required for direct, cross, redirect; Exhibits List, and review and revision of Proposed Stipulated Facts in draft PTCO. | 0.85 | $450.00 | $382.50 |
| 3/6/2013 | LR | Communicate (other outside counsel) | 1.17 | $450.00 | $526.50 |

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, 2013

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | T/c w/ DCS re City's Motions in Limine, opposition facts and arguments to City's Motions; and draft of Memorandum of Contentions of Fact and Law. | | | |
| 3/6/2013 | LR | Draft/revise<br>Edited draft Memo of Contentions of Fact and Law;  Forwarded same to DCS for review. | 0.51 | $450.00 | $229.50 |
| 3/6/2013 | LR | Communicate (other external)<br>T/cs from and to Esquire Court Reporters re Reporter's Transcripts of Garcia, Jennings, and Waterhouse Depositions; T/c  and Email to DCS re obtaining copies of transcripts, timing, and costs. | 0.51 | $450.00 | $229.50 |
| 3/6/2013 | LR | Review/analyze<br>Initial Review of City's Motion in Limine No. 2 re Sharon Jennings expert testimony and reports. Outlined City's argument.  Forwarded outline in Opposition to Motion pleading format to DCS for review and comment. | 1.34 | $450.00 | $603.00 |
| 3/6/2013 | LR | Review/analyze<br>Review of City's Motion in Limine No. 3 re Ken Waterhouse expert testimony and reports; outlined argument; forwarded outline in Opposition to Motion pleading format to DCS for review and comment. | 0.85 | $450.00 | $382.50 |
| 3/6/2013 | LR | Review/analyze<br>Review of City's Motion in Limine No. 4 to Exclude Lost Rents Evidence.  Outlined City's argument.  Forwarded outline in Opposition to Motion pleading format to DCS for review and comment. | 1.34 | $450.00 | $603.00 |
| 3/7/2013 | LR | Communicate (other outside counsel)<br>Reviewed 3 Emails from DCS re Witness List and Draft Memo of Contentions of Fact & Law; Responded to same. | 0.51 | $450.00 | $229.50 |
| 3/7/2013 | LR | Review/analyze<br>Review of City's Motion in Limine No. 5 to Exclude Damage Evidence; Outlined City's Argument; Forwarded outline in Opposition to Motion pleading format to DCS for review and comment. | 0.85 | $450.00 | $382.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, 2013

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 3/7/2013 | LR | Communicate (other outside counsel)<br>T/c from Eric Marcus re Joint Exhibits LIst and Exhibit Binders; Discussed whether and when Court requires lodging of Exhibit Binders. | 0.34 | $450.00 | $153.00 |
| 3/7/2013 | LR | Communicate (other outside counsel)<br>Review of STanding Order and Local Rules on Exhibits Binder.  Email to DCS and to Eric Marcus re same. | 0.34 | $450.00 | $153.00 |
| 3/7/2013 | LR | Communicate (other outside counsel)<br>T/c to Court Reporter re Exhibits to Expert Depositions; drafted Email to Court Reporter requesting electronic copies of Expert Deposition Exhibits. | 0.34 | $450.00 | $153.00 |
| 3/7/2013 | LR | Review/analyze<br>Reviewed and revised draft Joint Exhibits List. Drafted and reviewed email to and from Eric Marcus and DCS discussing changes and requirements for Exhibits List. | 1.34 | $450.00 | $603.00 |
| 3/7/2013 | LR | Communicate (other outside counsel)<br>Receipt of Eric Marcus Email attaching Joint Exhibit List with City's Additions and Changes; Email to Eric confirming receipt; forwarded same to DCS; downloaded City's draft of Joint Exhibit List and initial review. | 0.34 | $450.00 | $153.00 |
| 3/7/2013 | LR | Review/analyze<br>Review of City's Motion in Limine No. 7 to exclude Ken Waterhouse evidence of emotional distress; outlined City's argument; outlined relevant paragraphs of First Amended Compliant, Admission Responses, deposition testimony. Forwarded outline in Opposition to Motion pleading format to DCS for review and comment. | 1.51 | $450.00 | $679.50 |
| 3/7/2013 | LR | Communicate (other external)<br>T/cs to Esquire Court Reporter's Office re rough draft of Ken Waterhouse deposition; drafted and sent email to Court Reporter's Office re same. | 0.51 | $450.00 | $229.50 |
| 3/7/2013 | LR | Communicate (other outside counsel)<br>T/c from DCS re Joint Exhibits List. | 0.34 | $450.00 | $153.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, 2013

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 3/7/2013 | LR | Review/analyze<br>Review of City's Motion in Limine No. 7 to exclude reference to Waterhouse v. City of American Canyon case; Outlined City's argument; forwarded outline in Opposition to Motion pleading format to DCS for review and comment. | 0.51 | $450.00 | $229.50 |
| 3/7/2013 | LR | Communicate (other external)<br>Receipt of email from Court Reporter re Ken Waterhouse deposition transcript; forwarded same to DCS. | 0.34 | $450.00 | $153.00 |
| 3/7/2013 | LR | Communicate (other outside counsel)<br>T/c Conference with DCS re City's Motions in Limine and opposition arguments. | 0.34 | $450.00 | $153.00 |
| 3/8/2013 | LR | Communicate (other external)<br>Reviewed and responded to Emails from Court Reporters re deposition transcripts and deposition exhibits. | 0.34 | $450.00 | $153.00 |
| 3/8/2013 | LR | Communicate (other outside counsel)<br>Reviewed DCS Emails re Motions in Limine Opposition Arguments; Copied DCS comments into draft Opposition Memorandums. | 0.34 | $450.00 | $153.00 |
| 3/8/2013 | LR | Communicate (other external)<br>Receipt from Court Reporter email attaching final draft of Kenneth Waterhouse Deposition. Downloaded to file. | 0.34 | $450.00 | $153.00 |
| 3/8/2013 | LR | Draft/revise<br>Review and editing of Joint Exhibits List. Review of Email from Eric Marcus re addition of documents by City; Responded to Marcus Email with list of documents to be included for Plaintiffs, and update on status of Joint Witness List. | 0.51 | $450.00 | $229.50 |
| 3/8/2013 | LR | Draft/revise<br>Drafting Opposition to City's Motion in Limine No. 1 to Exclude Ruben Garcia Testimony, including review, highlighting, and citation to relevant portions of Garcia deposition testimony. | 6.17 | $450.00 | $2,776.50 |
| 3/9/2013 | LR | Draft/revise | 1.51 | $450.00 | $679.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

# Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, 2013

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| | | | | | |
|---|---|---|---|---|---|
| | | Drafting Opposition to City's Motion in Limine No. 1 to Exclude Ruben Garcia Testimony, including drafting of Introduction to Opposition. | | | |
| 3/9/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | T/c Conference with DCS re Garcia deposition testimony, Joint Exhibits List, and Joint Witness List. | | | |
| 3/9/2013 | LR | Review/analyze | 0.85 | $450.00 | $382.50 |
| | | Review of City's 2nd draft of Joint Exhibits List; Accepted changes; Forwarded to DCS for review. | | | |
| 3/9/2013 | LR | Communicate (other outside counsel) | 0.51 | $450.00 | $229.50 |
| | | Review of DCS email regarding changes to Joint Witness List; inserted and highlighted changes in draft Joint Witness List; Forwarded draft Joint Witness List to Eric Marcus for review. | | | |
| 3/9/2013 | LR | Draft/revise | 7.85 | $450.00 | $3,532.50 |
| | | Drafting of Opposition to Motion in Limine No. 1. Included drafting of argument that Mr. Garcia qualifies as percipient and expert witness. Research re Evidence. Rules 701 to 704 and case law defining percipient and expert testimony. Extensive citation and highlighting of relevant portions of Garcia Deposition transcript. | | | |
| 3/10/2013 | LR | Draft/revise | 8.51 | $450.00 | $3,829.50 |
| | | Drafting Opposition to Motion in Limine No. 1. Included argument re Garcia's expert testimony, expert report, and admissibility of opinions re legal issues as aide to trier of fact and law. Drafted recitation of history of the discovery process involved in Garcia's deposition and disclosure of documents. | | | |
| 3/10/2013 | LR | Draft/revise | 1.51 | $450.00 | $679.50 |

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, 2013

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| Date | | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| | | Review and revisions to draft Joint Witness List, including estimates of direct, cross, redirect testimony.  Drafted and reviewed email to and from Eric Marcus and DCS discussing changes and requirements for Joint Witness List.  Inserted time estimates for direct, cross, redirect.  Reviewed Standing Order and Local Rules to determine compliance with Requirements.  Forwarded draft Joint Witness List to Eric Marcus for final review. | | | | |
| 3/10/2013 | LR | Communicate (other outside counsel) | | 0.51 | $450.00 | $229.50 |
| | | Telephone calls to and from DCS re arguments and exhibits to Plaintiffs Oppositions to City's Motions in Limine.  Discussed completion of Memorandum of Contentions of Fact & Law. | | | | |
| 3/11/2013 | LR | Review/analyze | | 0.34 | $450.00 | $153.00 |
| | | Receipt and review of DCS corrections and comments on Plaintiffs Opposition to City's Motion in Limine No. 1. | | | | |
| 3/11/2013 | LR | Draft/revise | | 3.00 | $450.00 | $1,350.00 |
| | | Editing and revision to Plaintiffs' Opposition to City's Motion in LImine No. 1.  Completion of citations to Garcia deposition transcript.  T/c with Charlene re preparation of highlighted deposition transcript as exhibit. | | | | |
| 3/11/2013 | LR | Draft/revise | | 0.34 | $450.00 | $153.00 |
| | | Review of final Joint Exhibit List.  Email to Eric Marcus and DCS re my approval for filing with Court. | | | | |
| 3/11/2013 | LR | Draft/revise | | 2.51 | $450.00 | $1,129.50 |
| | | Editing and revision to Plaintiffs' Memorandum of Contentions of Fact & Law.  Email and T/cs to Charlene and DCS re upload of Memo for filing with Court and requirements for Chamber's copy.  Uploaded to EFC Court filing system; downloaded to file and for Chamber's copy.  Email to Charlene with instructions. | | | | |
| 3/11/2013 | LR | Draft/revise | | 1.51 | $450.00 | $679.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, 2013

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| | | | | | |
|---|---|---|---|---|---|
| | | Drafting of Plaintiffs' Opposition to City's Motion in Limine No. 2 to exclude Sharon Jennings testimony.  Review, citation, and highlighting of relevant Shari Jennings deposition testimony. | | | |
| 3/11/2013 | LR | Communicate (other outside counsel) | 1.17 | $450.00 | $526.50 |
| | | Telephone Conference with DCS and Elizabeth re responses to City's Motions in LImine 2 through 8. | | | |
| 3/11/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Drafted email to Elizabeth and DCS attaching relevant documents and highlighted copy of Jennings deposition transcript for use in preparing Oppositions to City's Motions in Limine 2, 7 and 8. | | | |
| 3/11/2013 | LR | Draft/revise | 3.00 | $450.00 | $1,350.00 |
| | | Drafting Opposition to City's Motion in Limine No. 4 to exclude Evidence of Lost Rents.  Review of Garcia and Waterhouse deposition testimony, and citation to relevant portions. | | | |
| 3/12/2013 | LR | Draft/revise | 5.34 | $450.00 | $2,403.00 |
| | | Drafting Opposition to City's Motion in Limine NO. 4 to exclude Evidence of Lost Rents.  Included review, highlighting, and citation to Waterhouse deposition testimony.  Legal research Re Rule 26 disclosure requirements, and 9th Circuit case law re exclusions of evidence for failure to timely disclose | | | |
| 3/12/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Email to DCS and Charlene attaching Plaintiffs' Opposition to Motion in Limine No. 4;  T/c to DCS re Opposition.  Review of DCS email re Opposition briefing to City's Motions in Limine. | | | |
| 3/12/2013 | LR | Draft/revise | 2.34 | $450.00 | $1,053.00 |
| | | Drafting Opposition to City's Motion in Limine No. 5 to exclude Lost Rents Evidence prior to enactment of Ordinance 952.  Email to DCS attaching draft Opposition for review. | | | |
| 3/12/2013 | LR | Draft/revise | 2.85 | $450.00 | $1,282.50 |
| | | Drafting Plaintiffs' Opposition to City's Motion in Limine No. 6 to exclude Plaintiff Waterhouse's evidence of Emotional Distress.  Email to DCS attaching draft Opposition for review. | | | |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Jan 7, 2013**

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 3/12/2013 | LR | Draft/revise<br>T/c from Elizabeth re Plaintiffs' Oppositions to City's Motions in Limine Nos. 7 and 8. T/c to DCS re status of Motions. T/c from Charlene re exhibits to Oppositions to Motions in Limine 1 through 8. | 0.34 | $450.00 | $153.00 |
| 3/12/2013 | LR | Draft/revise<br>Final review and conversion to PDF format of Plaintiffs' Oppositions to City's Motions in Limine Nos. 1 through 8. Uploaded Opposition briefs to Court's EFC filing system. T/c to DCS re uploading of deposition transcript. T/c to DCS re preparation of Chamber's copies, copies of deposition transcript exhibits to Court and City's counsel via overnight mailing and email. | 2.51 | $450.00 | $1,129.50 |
| 3/13/2013 | LR | Review/analyze<br>Downloaded to file Plaintiffs' Oppositions to City's Motion in Limine Nos. 1 through 8. | 0.68 | $450.00 | $306.00 |
| 3/13/2013 | LR | Communicate (other outside counsel)<br>T/c conference w/ DCS re PTCO and other documents to be filed on March 25 before April 1st Pretrial Conference. | 0.51 | $450.00 | $229.50 |
| 3/13/2013 | LR | Review/analyze<br>Review of Standing Order and Local Rules for Pretrial documents due on March 25th. Email to DCS re requirements and due date. | 1.00 | $450.00 | $450.00 |
| 3/13/2013 | LR | Review/analyze<br>Receipt, dowloading and initial review of Judge Otero's Order on Cross-Motions for Summary Judgment. | 0.51 | $450.00 | $229.50 |
| 3/13/2013 | LR | Communicate (other outside counsel)<br>T/cs to DCS re receipt of Judge's Order on SJ Motions. Left messages. | 0.34 | $450.00 | $153.00 |
| 3/13/2013 | LR | Review/analyze<br>Read Judge's Order on Cross Motions for Summary Judgment. | 1.00 | $450.00 | $450.00 |
| 3/13/2013 | LR | Communicate (other outside counsel) | 0.51 | $450.00 | $229.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, **2013**

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| Date | | Description | | | |
|------|----|-------------|------|---------|---------|
| | | T/c conference w/ DCS re Judge's Order on Cross Motions for Summary Judgement. | | | |
| 3/13/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Review of DCS Email to Client re Order on SJ Motions; review of responsive email from Ruben Garcia. | | | |
| 3/14/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Review DCS email re trial arguments on 42 U.S.C. Section 3617. | | | |
| 3/14/2013 | LR | Communicate (other outside counsel) | 0.68 | $450.00 | $306.00 |
| | | T/c conference with DCS re trial proof re City's Ordinances, 80 percent occupancy of Sherwood MHP, and burden of proof. | | | |
| 3/14/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Drafted and sent email to All Counsel re March 25, 2013 deadline for PTCO and Stipulation re Exhibits. | | | |
| 3/14/2013 | LR | Communicate (other outside counsel) | 0.68 | $450.00 | $306.00 |
| | | Drafted Email to DCS re Judge's Order re Summary Judgment Motions and implications for Jury Trial and required proofs of occupancy. | | | |
| 3/14/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Email to All Counsel confirming time for Friday March 15, 2013 Meet & Confer Conference re PTCO and Exhibits Stipulation. | | | |
| 3/14/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | REview of DCS responsive email re Plaintiffs' burden of proof at Trial on Section 3617 claim. | | | |
| 3/15/2013 | LR | Communicate (other outside counsel) | 0.51 | $450.00 | $229.50 |
| | | Review and responded to DCS email re analysis of Burden of Proof established by Judge Otero's Order on Cross Motions for Summary Judgment. | | | |
| 3/15/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Email to DCS re possible Motion to Bifurcate liability from damages. | | | |
| 3/15/2013 | LR | Review/analyze | 0.51 | $450.00 | $229.50 |
| | | Review of Judge's Order on Summary Judgment Motions re findings re evidence re damages. | | | |
| 3/15/2013 | LR | Communicate (other outside counsel) | 0.51 | $450.00 | $229.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, **2013**

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| | | | | | |
|---|---|---|---|---|---|
| | | T/c conference with DCS re today's Meet & Confer with City's counsel; Judge's Standing Order re fixed pretrial conference and trial dates unless Stip to Dismiss due to settlemnt filed; settlement discussion | | | |
| 3/15/2013 | LR | Communicate (other outside counsel) | 1.00 | $450.00 | $450.00 |
| | | Meet & Confer Telephone Conference with All Counsel re 1) Settlement positions, including Re-zoning of Sherwood MHP as settlement condition; Damages; and Attorneys fee factor in settlement. 2)Discussed schedule for draft of Proposed Pretrial Conference Order ("PTCO") and Exhibits Stipulation. | | | |
| 3/15/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | T/c Conference w/ DCS re today's Meet & Confer; and Further work toward settlement workup and trial workup. | | | |
| 3/18/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Reviewed and responded to email from Eric Marcus re timing of providing City's draft of PTCO. | | | |
| 3/18/2013 | LR | Draft/revise | 1.51 | $450.00 | $679.50 |
| | | Drafted Memo to DCS re Proposed Stipulated Facts re 182 Tenant Files. | | | |
| 3/18/2013 | LR | Review/analyze | 1.85 | $450.00 | $832.50 |
| | | Review of Judge's Order on Cross-Motions for Summary Judgment re evidentiary rulings; drafted Memo to DCS re same. | | | |
| 3/18/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Reviewed and responded to DCS email re addition of Civil Code Provisions re Mobilehome Park Residency Law to Legal Issues for PTCO. | | | |
| 3/18/2013 | LR | Review/analyze | 1.85 | $450.00 | $832.50 |
| | | Review of Judge's Order on Cross-Motions for Summary Judgment re Injury in Fact and damages evidence. Drafted memo to DCS re same. | | | |
| 3/18/2013 | LR | Communicate (other outside counsel) | 0.51 | $450.00 | $229.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, 2013

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| | | | | | |
|---|---|---|---|---|---|
| | | Receipt and review of email from Eric Marcus re Meet & Confer re Stipulation to Evidence. Email to and from DCS re same. Drafted email to Eric suggesting March 19 at 3:30 Meet & Confer. | | | |
| 3/19/2013 | LR | Review/analyze | 0.34 | $450.00 | $153.00 |
| | | Receipt of Eric Marcus email attaching draft of PTCO. Downloaded and printed for review, editing, and Plaintiffs' additions. | | | |
| 3/19/2013 | LR | Draft/revise | 3.51 | $450.00 | $1,579.50 |
| | | PTCO. Review of defendant City's draft PTCO. Editing, revisions and additions to Section 5 Statement of Stipulated Facts. Review of Court's Order on Cross-Motions to Summary Judgment to compare Defendant's Proposed stipulated fact to Court's factual findings. Redrafted Statement of Stipulated Facts in accordance with Court's factual findings. T/c conference with DCS re re-drafted Statement of Stipulated Facts, Statement of Claims of Plaintiff and Statement of Affirmative Defenses of Defendant City. | | | |
| 3/19/2013 | LR | Communicate (other outside counsel) | 1.00 | $450.00 | $450.00 |
| | | T/c conference with DCS re Objections and Stipulations to Exhibits. | | | |
| 3/19/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Review of Eric Marcus email cancelling Meet & Confer set for 3:30; forwarded to DCS for review. | | | |
| 3/19/2013 | LR | Communicate (other outside counsel) | 0.51 | $450.00 | $229.50 |
| | | Drafted email to DCS proposing schedule for exchange of objections to Evidence documents; T/c with DCS re Meet & Confer proposal re Joint Stipulation to Exhibits. Drafted email to All Counsel setting out Meet & Confer proposal re Joint Stipulation to Evidence. Sent proposal to All Counsel. | | | |
| 3/19/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Reviewed and responded to further email from Eric Marcus with Agreement to supply PDFs of requested defense documents for review prior to Meet & Confer re Joint Stip. re Evidence. | | | |
| 3/19/2013 | LR | Draft/revise | 1.85 | $450.00 | $832.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, **2013**

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| | | | | | |
|---|---|---|---|---|---|
| | | Continued drafting of PTCO, including Plaintiffs' Statement of Claims. | | | |
| 3/20/2013 | LR | Communicate (other outside counsel) Reviewed and responded to DCS email re lost rents and emotional distress damages. | 0.51 | $450.00 | $229.50 |
| 3/20/2013 | LR | Draft/revise Continued drafting of PTCO, including Plaintiffs' Statement of Claims and Damages. Legal research re emotional distress damages provided for by Fair Housing Act cases. Forwarded draft PTCO to DCS for review. | 6.00 | $450.00 | $2,700.00 |
| 3/20/2013 | LR | Communicate (other outside counsel) Receipt of email from Eric Marcus secretary attaching Defendant's exhibits; Forwarded to DCS; downloaded attached documents. | 0.34 | $450.00 | $153.00 |
| 3/20/2013 | LR | Communicate (other outside counsel) Reviewed and responded to Eric Marcus email re receipt of Defendant's Exhibits. | 0.17 | $450.00 | $76.50 |
| 3/20/2013 | LR | Communicate (other outside counsel) T/c conference with DCS re missing exhibits from Exhibits emails forwarded by Defense counsel. Drafted email to Eric Marcus and Camille Smith re missing exhibits. | 0.34 | $450.00 | $153.00 |
| 3/21/2013 | LR | Communicate (other outside counsel) Reviewed and responded to DCS email re Lido Estates MHP. | 0.34 | $450.00 | $153.00 |
| 3/21/2013 | LR | Review/analyze Downloaded Defendant's Trial Exhibits as forwarded by Camile Smith on 3/20/2013. | 0.34 | $450.00 | $153.00 |
| 3/21/2013 | LR | Review/analyze Downloaded City's Reply Briefs and Reply Exhibits to Opposition to City's Motions in LImine Nos. 1, 2, and 3 filed through Court's EFC Filing System on 3/21/2013. | 0.51 | $450.00 | $229.50 |
| 3/21/2013 | LR | Communicate (other outside counsel) Receipt of DCS email attaching comments and corrections for draft PTCO. | 0.34 | $450.00 | $153.00 |
| 3/21/2013 | LR | Communicate (other outside counsel) T/C conference w/ DCS re revisions to PTCO, Exhibits objections, and Plaintiffs' trial evidence. | 0.68 | $450.00 | $306.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, 2013

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 3/21/2013 | LR | Draft/revise<br>Final review, additions and corrections of draft PTCO. | 0.68 | $450.00 | $306.00 |
| 3/21/2013 | LR | Communicate (other outside counsel)<br>Responded to Eric Marcus email re PTCO and today's Meet & Confer Conference set for 1:00 p.m. | 0.17 | $450.00 | $76.50 |
| 3/21/2013 | LR | Communicate (other outside counsel)<br>Drafted email to All Counsel attaching Plaintiffs' draft of PTCO, and explaining changes and highlighting. Proposed discussion of process for finalizing and uploading and lodging to Court of PTCO in today's Meet & Confer. | 0.34 | $450.00 | $153.00 |
| 3/21/2013 | LR | Communicate (other outside counsel)<br>Reviewed Eric Marcus email setting out Exhibits to which City will Object. Forwarded same to DCS. | 0.34 | $450.00 | $153.00 |
| 3/21/2013 | LR | Review/analyze<br>Downloaded further Defendant's Trial Exhibits forwarded this a.m. by Camile Smith. | 0.34 | $450.00 | $153.00 |
| 3/21/2013 | LR | Review/analyze<br>Downloaded to file City's Reply Briefs and Reply Exhibits to Plaintiffs' Oppositions to Motions in LImine NOs. 4, 5, 6, 7 and 8, and Supporting Declaration. | 0.34 | $450.00 | $153.00 |
| 3/21/2013 | LR | Communicate (other outside counsel)<br>Drafted email to DCS listing Exhibits to which Plaintiffs have Objections in preparation of 1:30 Meet & Confer Conference. | 0.51 | $450.00 | $229.50 |
| 3/21/2013 | LR | Communicate (other outside counsel)<br>Meet & Confer telephone conference with All Counsel. Discussed Exhibits List and Exhibits to which City or Plaintiffs will Object. Discussed preparation of Stipulation to Exhibits. Discussed draft PTCO and Defendant's proposals for changes. Discussed exchange of next draft of PTCO. Discussed settlement posture of parties. | 1.00 | $450.00 | $450.00 |
| 3/21/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, 2013

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| Date | | Description | Hours | Rate | Amount |
|------|----|-------------|-------|------|--------|
| | | T/c conference w/ DCS re today's Meet & Confer conference. Discussed drafting of Objections to Defendant's exhibits and Responses to City's objections. Discussed documents due to be filed with Court after March 25th filing of PTCO and Exhibits Stipulation. | | | |
| 3/21/2013 | LR | Communicate (other outside counsel)<br>Reviewed and responded to Eric Marcus email re drafting of Plaintiffs' and Defendant's portions of Stipulation re Exhibits. | 0.17 | $450.00 | $76.50 |
| 3/22/2013 | LR | Draft/revise<br>Joint Exhibits Stipulations. Reviewed Standing Order and C.D. Local Rules re requirements and format. Set up pleading for Joint Exhibits Stipulation. Drafted Defendant's Exhibits Section, listing Plaintiffs' objections to Defendant's Exhibits. Downloaded and reviewed of Defendant's exhibits in order to draft objections. Legal research re evidence objections. Legal research re use of discovery responses and requirement that portions of responses to be used be disclosed, unless used for impeachment. | 9.51 | $450.00 | $4,279.50 |
| 3/23/2013 | LR | Communicate (other outside counsel)<br>Review of DCS email re responses to City's Objections to Plaintiffs' Exhibits. Responded to same. | 0.34 | $450.00 | $153.00 |
| 3/23/2013 | LR | Communicate (other outside counsel)<br>Review of DCS email re objections to various City Exhibits and grounds, including Exhibits 88 and 89. Responded to same. | 0.34 | $450.00 | $153.00 |
| 3/23/2013 | LR | Draft/revise<br>Review of DCS draft Objections to City's Evidence. Edited and corrected. | 0.51 | $450.00 | $229.50 |
| 3/23/2013 | LR | Draft/revise<br>Reviewed and corrected Pretrial Exhibits Stipulation, including Objections to City's Evidence. Drafted explanatory email re current draft status to Eric Marcus and All Counsel. Forwarded email to All Counsel attaching draft Pretrial Exhibits Stipulation. | 1.00 | $450.00 | $450.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, **2013**

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 3/23/2013 | LR | Communicate (other outside counsel)<br>Review of DCS email attaching comments to City's draft changes to PTCO.  Downloaded to file for further revision. | 0.34 | $450.00 | $153.00 |
| 3/23/2013 | LR | Draft/revise<br>Pretrial Exhibits Stipulation.  Drafting Responses to City's Objections to Plaintiffs' Evidence. | 4.85 | $450.00 | $2,182.50 |
| 3/24/2013 | LR | Draft/revise<br>Pretrial Exhibits Stipulations. Drafting Responses to City's Objections to Plaintiffs' Evidence.  T/c conference w/ DCS re responses to City's Objections.  Email to and from DCS re responses. Legal research re HUD implementing Rules and Fed. Evidence Rule 1006.  Forwarded draft with responses to City's Objections to DCS for review. | 7.85 | $450.00 | $3,532.50 |
| 3/24/2013 | LR | Communicate (other outside counsel)<br>Review of Eric Marcus email re amendments to Witness Lists, Defendant's latest draft of PTCO, and addition of hearsay objections to City's Objections to Plaintiffs' Exhibits.  Email to DCS re same. | 0.51 | $450.00 | $229.50 |
| 3/24/2013 | LR | Draft/revise<br>Review of DCS additions and edits to Pretrial Exhibits Stipulation, including Responses to City's Objections to Plaintiffs' Exhibits.  Email to DCS re same. | 0.68 | $450.00 | $306.00 |
| 3/25/2013 | LR | Draft/revise<br>PTCO:  Drafted email memo to DCS re suggested revisions to Stipulated Facts portion of PTCO and revisions to Sections re Plaintiffs Claims and Elements of Plaintiffs' Claims. | 0.68 | $450.00 | $306.00 |
| 3/25/2013 | LR | Draft/revise<br>PTCO: Drafting revisions to Stipulated Facts portion of PTCO.  Revised Plaintiffs' Claims and Legal Issues Section.  Sent to DCS for review. | 4.51 | $450.00 | $2,029.50 |
| 3/25/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, 2013

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| | | | | | |
|---|---|---|---|---|---|
| | | T/c conference with DCS re PTCO, Pretrial Exhibits List, and Defendant's proposed Amended Exhibits List. | | | |
| 3/25/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Email to Eric Marcus and All Counsel re proposed Amended Witness Lists.  Email to Eric Marcus and All Counsel re timing of final version of PTCO and Pretrial Exhibits List for uploading to Court's EFC Filing System. | | | |
| 3/25/2013 | LR | Review/analyze | 0.51 | $450.00 | $229.50 |
| | | Final review of Pretrial Exhibits List.  T/c to DCS re same. | | | |
| 3/25/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Email to Eric Marcus and All Counsel attaching Plaintiffs' draft of Pretrial Exhibits LIst with all Plaintiffs' Responses to City's Objections to Plaintiffs' Exhibits completed and all Plaintiffs' Objections to City's Exhibits completed. | | | |
| 3/25/2013 | LR | Communicate (other outside counsel) | 0.68 | $450.00 | $306.00 |
| | | T/c conference with DCS re revisions to PTCO, including Section 8 Statement of Legal Issues. | | | |
| 3/25/2013 | LR | Draft/revise | 0.51 | $450.00 | $229.50 |
| | | PTCO.  Drafted Section 8 Statement of Legal Issues based on HUD's New Regulations re Burden of Proof.  Forwarded same to DCS for review. | | | |
| 3/25/2013 | LR | Draft/revise | 0.51 | $450.00 | $229.50 |
| | | Drafted Notice of Lodging PTCO; forwarded to DCS for review. | | | |
| 3/25/2013 | LR | Review/analyze | 0.85 | $450.00 | $382.50 |
| | | Receipt and review of revised Pretrial Exhibits Stipulation with City's responses to Plaintiffs' objections completed.  Review for final edits and corrections. T/c to DCS re missing objections. T/c with Eric Marcus re final editing and review for completion of objections.  Discussed timing of lodging with Court. | | | |
| 3/25/2013 | LR | Review/analyze | 0.34 | $450.00 | $153.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date: Jan 7, 2013**

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| | | | | | |
|---|---|---|---|---|---|
| | | Review of Joint Amended Witness List. Email to DCS and All Counsel re need to include time estimates. | | | |
| 3/25/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Email to and from Eric Marcus re agreement re Plaintiffs' Lodging of PTCO and Amended Witness List, and Defendant's filing of Pretrial Exhibits Stipulations. confirmed sending of Chambers' copies. | | | |
| 3/25/2013 | LR | Draft/revise | 0.51 | $450.00 | $229.50 |
| | | Received DCS revisions to Section 8 Statement of Issues of Law; included revisions in final draft of PTCO. Forwarded final PTCO to Eric Marcus and William Litvak for review and approval for lodging. | | | |
| 3/25/2013 | LR | Draft/revise | 0.51 | $450.00 | $229.50 |
| | | Received final DCS revisions to Pretrial Exhibits Stipulation. Made final corrections. Forwarded final Pretrial Exhibits Stipulations to all Counsel with my approval for uploading to file with Court. | | | |
| 3/25/2013 | LR | Communicate (other outside counsel) | 0.51 | $450.00 | $229.50 |
| | | T/c with Eric Marcus re final changes to PTCO. Mad changes and forwarded final PTCO to ERic. Received confirming email re approval for lodging and filing of PTCO with Court. | | | |
| 3/25/2013 | LR | Communicate (other external) | 0.51 | $450.00 | $229.50 |
| | | Uploaded for EFC-filing: 1) Notice of Lodging PTCO, with attached PTCO and Joint Amended Witness List. Lodged documents with Judge Otero in Court's email system. Received confirming EFC and Court lodging Email. Forwarded confirmation of lodging to All Counsel. | | | |
| 3/25/2013 | LR | Communicate (other outside counsel) | 0.51 | $450.00 | $229.50 |
| | | T/c from Bill Litvak re Defendant's Rule 68 Settlement Offer and service by email or personal delivery. T/c to DCS re question of service. | | | |
| 3/25/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, 2013

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| | | | | | |
|---|---|---|---|---|---|
| | | Email to Eric Marcus confirming Defense counsel's provision of Chamber copies of Pretrial Exhibits Stipulation; and Plaintiffs' provision of Chamber Copies of Notice of Lodging, PTCO, and Joint Amended Witness List. | | | |
| 3/25/2013 | LR | Review/analyze | 0.51 | $450.00 | $229.50 |
| | | Receipt of EFC-Notice re filing of Pretrial Exhibits Stipulation. Downloaded all EFC filings to file. | | | |
| 3/25/2013 | LR | Review/analyze | 0.51 | $450.00 | $229.50 |
| | | Receipt and review of DCS email re Rule 68 Settlement Offer. Reviewed FRCP Rule 68. Email to DCS re Rule 68's cost shifting provisions, and application to Attorneys fees under Section 3613 of Fair Housing Act.. | | | |
| 3/26/2013 | LR | Review/analyze | 0.51 | $450.00 | $229.50 |
| | | Receipt and review of City's Rule 68 Settlement Offer. | | | |
| 3/26/2013 | LR | Communicate (other outside counsel) | 0.17 | $450.00 | $76.50 |
| | | T/c to DCS re Settlement Offer. Left message. | | | |
| 3/26/2013 | LR | Communicate (other outside counsel) | 0.51 | $450.00 | $229.50 |
| | | T/c conference with DCS re City's Settlement Offer. Discussed terms of Offer, and Requirements of Rule 68. | | | |
| 3/27/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | Reviewed and responded to DCS email re booking of flight to L.A. for April 1, 2013 Pretrial Conference. | | | |
| 3/27/2013 | LR | Communicate (other outside counsel) | 0.51 | $450.00 | $229.50 |
| | | Review and response to DCS email including Legal Article re Ninth Circuit's handling of Rule 68 Offers with regard to Attorneys' fee claims. | | | |
| 3/27/2013 | LR | Draft/revise | 1.34 | $450.00 | $603.00 |
| | | Drafted draft Letter to William Litvak and Eric Marcus re Rule 68 Offer to settle, setting forth Plaintiffs' understanding of Offer and asking for confirmation or clarification. Forwarded to DCS for review. | | | |
| 3/27/2013 | LR | Research | 0.34 | $450.00 | $153.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

# Invoice

**Invoice Date:** Jan 7, 2013

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

---

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review of Standing Order for documents due at Pretrial Conference including Jury Instruction, Verdict Forms, Voir Dire Questions, Case Summary, and Real Time Report.  Email to DCS re same. | | | |
| 3/27/2013 | LR | Draft/revise | 0.85 | $450.00 | $382.50 |
| | | Finalized Letter to William LItvak and Eric Marcus re Rule 68 Offer of Settlement.  Forwarded by email and prepared for mailing. | | | |
| 3/27/2013 | LR | Communicate (other outside counsel) | 0.17 | $450.00 | $76.50 |
| | | T/c with William LItvak re Rule 68 Offer of Settlement. | | | |
| 3/27/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | T/c with DCS re Rule 68 Offer of Settlement and terms and conditions of Plaintiffs' acceptance. | | | |
| 3/27/2013 | LR | Communicate (other outside counsel) | 0.34 | $450.00 | $153.00 |
| | | T/c with William LItvak re Rule 68 Offer of Settlement and terms and conditions of acceptance by Plaintiffs. | | | |
| 3/27/2013 | LR | Draft/revise | 0.51 | $450.00 | $229.50 |
| | | Drafted Letter outlining Conditional Acceptance of Rule 68 Offer of Settlement and terms and conditions of acceptance.  Forwarded to DCS for review. | | | |
| 3/27/2013 | LR | Draft/revise | 3.85 | $450.00 | $1,732.50 |
| | | Drafting Notice of Acceptance of Rule 68 Settlement Offer on pleading for uploading to Court's EFC filing system.  Forwarded to All Counsel for approval.  Forwarded to Ken Waterhouse for signature.  Scanning of signature pages.  Forwarded to DCS for signature.  Received complete and signed Notice of Acceptance of Rule 68 Offer of Settlement, as well as March 27, 2013 Letter of Lark Ritson re Settlement Terms with William Litvak confirmation of terms of settlement.  Scanned Rule 68 Offer of Settlement; uploaded all to Court's EFC-Filing System for Filing with the Court.  T/cs with DCS re Chamber's copies of same. | | | |
| 3/31/2013 | LR | Preparation | 0.51 | $450.00 | $229.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan 7, 2013

**Invoice Num:** 1043

**Billing Through:** Mar 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Please find below my time and billing for March 2013

Prepared Pretrial Conference Notebook with
Notice of Acceptance of Settlement and attached
documents, Court's Order re Summary Judgment
Motions, and HUD's new regulations re Burden of
Proof for April 1st, 2013 Pretrial Conference.

| 3/31/2013 | LR | Travel | | 4.51 | $450.00 | $2,029.50 |
|---|---|---|---|---|---|---|

Travel form Scotts Valley to Downtown Los
Angeles for April 1, 2013 Pretrial Conference

**Total Service Amount:** $90,036.00

**Amount Due This Invoice:** $90,036.00

*This invoice is due upon receipt*

Thank you.  Lark L. Ritson