# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan. 7, 2013
**Invoice Num:** 1039
**Billing Through:** Nov 30, 2012

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

**Professional Services:**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/10/2012 | LR | Review/analyze<br>Receipt and review of DCS email attaching Dec. 12, 2011 Elizabeth Brubaker Letter. Reviewed Brubaker letter and drafted responsive email to DCS re Letter and Fair Housing Act violation suit. Printed and copied letter to correspondence file. | 0.83 | $450.00 | $373.50 |
| 1/10/2012 | LR | Communicate (other outside counsel)<br>Telephone conference with DCS re Brubaker letter; discussed preparation of Complaint for FHA discrimination against familial status. | 0.50 | $450.00 | $225.00 |
| 1/19/2012 | LR | Communicate (other outside counsel)<br>Receipt and review of DCS email attaching draft Complaint for violation of Fair Housing Act. Downloaded to file for review. | 0.33 | $450.00 | $148.50 |
| 1/19/2012 | LR | Review/analyze<br>Review of draft Complaint. Review of Lancaster's zoning Ordinance. Drafted comments re possible edits and forwarded to DCS via email. | 1.33 | $450.00 | $598.50 |
| 1/19/2012 | LR | Communicate (other outside counsel)<br>Telephone call to DCS re conference re draft Complaint. Left message. | 0.17 | $450.00 | $76.50 |
| 1/21/2012 | LR | Draft/revise<br>Review and revision of draft Compliant, including factual allegations and Counts 1 through 5 for violation of Section 3604 (a)-(d) and 3617 of Fair Housing Act. Review and revision of Prayer for Relief. | 3.50 | $450.00 | $1,575.00 |
| 1/21/2012 | LR | Communicate (other outside counsel)<br>Drafted email to DCS forwarding draft Complaint with revisions for DCS review and comment. | 0.33 | $450.00 | $148.50 |
| 1/23/2012 | LR | Communicate (other outside counsel)<br>Telephone conference with DCS re draft Complaint, and preparation for filing in federal District Court, Central District of California. | 0.50 | $450.00 | $225.00 |
| 1/23/2012 | LR | Communicate (other outside counsel)<br>Receipt and review of DCS email attaching further revised Complaint for filing with District Court. | 0.33 | $450.00 | $148.50 |
| 1/23/2012 | LR | Research<br>Research re City of Lancaster website for Municipal Code provisions re senior mobile home park zoning. Downloaded relevant code provisions to Research file. | 0.67 | $450.00 | $301.50 |
| 1/23/2012 | LR | Research | 0.50 | $450.00 | $225.00 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan. 7, 2013
**Invoice Num:** 1039
**Billing Through:** Nov 30, 2012

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | User | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Review of Google Maps re location of City of Lancaster. | | | |
| 1/23/2012 | LR | Research | Google research re County in which City of Lancaster located. Revision of Jurisdiction and Venue paragraph. | 0.67 | $450.00 | $301.50 |
| 1/23/2012 | LR | Research | Review of United States District Court web site regarding location of Central District Courts and appropriate Courthouse for filing Complaint when venue arises out of City of Lancaster. | 0.50 | $450.00 | $225.00 |
| 1/24/2012 | LR | Research | Research re Central District Court web site regarding location of Court and requirements for filing complaint and initiating civil suit; printed instructions and scanned to Research file. | 0.50 | $450.00 | $225.00 |
| 1/26/2012 | LR | Draft/revise | Research re Civil In-Take Sheet on Central District Court web site. Downloaded form and completed for filing with Complaint. Printed, copied and scanned in prparation of filing. | 1.50 | $450.00 | $675.00 |
| 1/26/2012 | LR | Communicate (other outside counsel) | Drafted email to DCS requesting his approval and signature on final draft Complaint, with comments re revisions. Attached PDF and Word versions of Complaint for DCS review and approval. | 0.50 | $450.00 | $225.00 |
| 1/27/2012 | LR | Review/analyze | Receipt and review of DCS email attaching signed compy of Complaint for filing with Central District Court; downloaded to file, printed, signed, and scanned signed Complaint for filing with Court. | 0.50 | $450.00 | $225.00 |
| 1/27/2012 | LR | Research | Review of Central District web site re filing fee for filing of civil complaint. | 0.33 | $450.00 | $148.50 |
| 1/27/2012 | LR | Draft/revise | Drafted cover letter to Court Clerk requesting filing of Civil Complaint, Waterhouse et al. v. City of Lancaster. Prepared B of A Check for filing fee. Printed, copied, scanned documents for filing with Court, including Jan. 27, 2012 cover letter to Clerk, signed Complaint, Civil In-Take Sheet, and B of A Check for filing fee. Prepared overnight mailing and deposited into overnight mail. | 2.33 | $450.00 | $1,048.50 |
| 1/27/2012 | LR | Communicate (other outside counsel) | | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan. 7, 2013
**Invoice Num:** 1039
**Billing Through:** Nov 30, 2012

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Email to DCS regarding mailing of Compalint to Court, and attaching copies of Complaint and Civil In-Take Sheet. | | | |
| 2/2/2012 | LR | Communicate (other external) <br> Receipt and review of email from Central District Court Clerk re filing deficiency with Complaint and requesting a copy of Certification and Notice of Interested Parties. | 0.33 | $450.00 | $148.50 |
| 2/2/2012 | LR | Draft/revise <br> Review of Central District Court web site. Downloaded Certification and Notice of Interested Parties form; completed form for filing; printed, copied, and scanned for filing with Court Clerk. | 0.83 | $450.00 | $373.50 |
| 2/2/2012 | LR | Communicate (other external) <br> Telephone call to Clerk regarding Certification and Notice of Interested Parties, and requirements for completion and filing. Notes re forwarding to Clerk's in-box via email. | 0.33 | $450.00 | $148.50 |
| 2/2/2012 | LR | Communicate (other external) <br> Drafted email to Court Clerk attaching Certification and Notice of Interested Parties. Forwarded copy to DCS for review and file. | 0.33 | $450.00 | $148.50 |
| 2/7/2012 | LR | Review/analyze <br> Receipt and initial review of District Court mailing, including filed Complaint, Summons, filed Civil In-Take Sheet, Filed Certification and Notice of Interested Parties, Case Assignment Sheet, Standing Order for Judge Otero, and instructions regarding Service of Complaint and required documents to be forwarded to served parties. | 0.67 | $450.00 | $301.50 |
| 2/13/2012 | LR | Communicate (other outside counsel) <br> Telephone conference w/ DCS re filed Complaint, Summons, and attached documents. Discussed service on City of Lancaster. | 0.33 | $450.00 | $148.50 |
| 2/13/2012 | LR | Plan and prepare for <br> Scanned filed Complaint, Summons, In-Take Sheet, etc. and downloaded scans to Pleadings file. | 0.50 | $450.00 | $225.00 |
| 2/13/2012 | LR | Communicate (other outside counsel) <br> Drafted Email to DCS attaching PDFs of filed Complaint, Summons, In-Take Sheet, Standing Order, etc for his review and file. | 0.33 | $450.00 | $148.50 |
| 4/12/2012 | LR | Communicate (other outside counsel) <br> Telephone call from DCS re Stipulation re Extension of Time for City to file response to Complaint, and agreement to amend Complaint per City's request. | 0.33 | $450.00 | $148.50 |

# Law Office of Lark L. Ritson

755 Weston Road  
Scotts Valley, CA 95066-  
Tel: 831-247-0577 Fax: 831-438-3216  
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse  
Waterhouse Management Corporation  
500 Giuseppe Court, Suite 2  
Roseville, CAL 95678

**Invoice Date:** Jan. 7, 2013  
**Invoice Num:** 1039  
**Billing Through:** Nov 30, 2012

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

**Professional Services:**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/12/2012 | LR | Communicate (other outside counsel) Review of email from DCS attaching City's Stipulation re Extensiton of Teim to file response to Complaint. Downloaded to file, printed, signed, scanned, and returned to DCS and All Counsel vial email. | 0.67 | $450.00 | $301.50 |
| 4/16/2012 | LR | Review/analyze Receipt and review of DCS and Eric Marcus email discussing *American Canyon* decision, *City of Yucaipa* decision, and settlement evaluation of this case. Saved to Correspondence file in preparation of drafting M for Summary Judgment. | 0.33 | $450.00 | $148.50 |
| 4/19/2012 | LR | Review/analyze Receipt and review of DCS email regarding amendment of Complaint and drafting of Motion for Summary Judgment, attaching original Complaint and pdf of Ninth Circuit Opinion in Putnam et al. v. City of Yucaipa, approved for publication. Downloaded to file. Responded to email re scheduling of telephone conference to discuss. | 0.50 | $450.00 | $225.00 |
| 5/17/2012 | LR | Communicate (other outside counsel) Receipt and review of DCS email attaching First Amended Complaint. Downloaded to Pleadings file and reviewed. | 0.50 | $450.00 | $225.00 |
| 7/12/2012 | LR | Review/analyze Receipt and review of DCS email forwarding Court's EFC email attaching Civil Minutes regarding September 4, 2012 Scheduling Conference and requirements for conference. Reviewed attached Schedule of Pretrial Dates. Downloaded to file. Calendared Pretrial dates from Schedule. Responded to DCS email re telephone conference to discuss. | 0.83 | $450.00 | $373.50 |
| 10/19/2012 | LR | Communicate (other outside counsel) Telephone conference with DCS. Discussed Initial Case Conference before Judge Otero. Discussed DCS comments re American Canyon, and Judge's questions and comments. Discussed settlement posture of case, and plan to draft motion for summary judgment. Discussed recent Fair Housing cases regarding senior zoning and requirements for exempt 55-or-older housing. Drafted memo to file re relevant facts and cases in preparation of drafting M for Summary Judgment. | 3.83 | $450.00 | $1,723.50 |

# Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

## Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

**Invoice Date:** Jan. 7, 2013
**Invoice Num:** 1039
**Billing Through:** Nov 30, 2012

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

**Professional Services:**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/21/2012 | LR | Research<br>Read Ninth Circuit Opinion in *Putnam v. City of Yucaipa* decision. Read Appellants' Opening and Reply Briefs in Putnam case. Drafted notes re case and briefing in preparation of drafting motion for summary judgment. | 3.83 | $450.00 | $1,723.50 |
| 10/22/2012 | LR | Research<br>Review of Opening Brief in support of M for Summary Judgment in *American Canyon* case. Reviewed *Gibson v. County of Riverside*, *Walker v. City of Lakewood*, and *U.S. v. Fountainbleu Apartments* cases. | 4.83 | $450.00 | $2,173.50 |
| 11/19/2012 | LR | Review/analyze<br>Initial receipt and review of hard copies of City's Discovery Requests forwarded by DCS. Notes regarding questions in preparation of telephone conference with DCS. | 1.83 | $450.00 | $823.50 |
| 11/19/2012 | LR | Communicate (other outside counsel)<br>Telephone conference with DCS re City's Discovery Responses, preparing responses, and factual information needed from Ruben Garcia and Ken Waterhouse. | 0.83 | $450.00 | $373.50 |

**Total Service Amount:** $17,149.50

**Amount Due This Invoice:** **$17,149.50**

*This invoice is due upon receipt*