Law Offce off Lark L. Ritison

755 Westion Road
Scotis Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritison@gmail.com

Invoice

Ken Watierhouse
Watierhouse Managementi Corporation
500 Giuseppe Courti, Suitie 2
Roseville, CAL 95678

Invoice Datie May 2, 2013

Invoice Num: 1044

Billing Through: May 1, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Proffessional Services:

| Datie | Employee | Description | Hours | Ratie | Amounti |
|---|---|---|---|---|---|
| 4/1/2013 | LR | Appear ffor/atiend | 2.00 | $450.00 | $900.00 |
| | | Atiended Pretirial Confference beffore Judge Oti | | | |
| 4/1/2013 | LR | Communicatie (otiher outiside counsel) | 1.00 | $450.00 | $450.00 |
| | | Confference w/ DCS re Proposed Judgmenti off Declaratio | | | |
| 4/1/2013 | LR | Travel | 6.00 | $450.00 | $2,700.00 |
| | | Retiurn tiravel ffrom Downtown Los Angeles tio S | | | |
| 4/3/2013 | LR | Research | 0.83 | $450.00 | $373.50 |
| | | Review off FRCP, Rules 54 and 65 re Judgmenti | | | |
| 4/3/2013 | LR | Communicatie (otiher extienal) | 0.50 | $450.00 | $225.00 |
| | | Email tio Elizabetih Cosen,paralegal, re researc | | | |
| 4/3/2013 | LR | Communicatie (otiher outiside counsel) | 0.17 | $450.00 | $76.50 |
| | | Reviewed DCS email re Lancastier atiorneys' ffee motion | | | |
| 4/3/2013 | LR | Communicatie (otiher outiside counsel) | 0.17 | $450.00 | $76.50 |
| | | Receipti and review off Bill Litivak email re billings ffor neg | | | |
| 4/4/2013 | LR | Communicatie (otiher outiside counsel) | 0.17 | $450.00 | $76.50 |
| | | Review William Litivak email re providing billings ffor pur | | | |
| 4/4/2013 | LR | Communicatie (otiher outiside counsel) | 0.33 | $450.00 | $148.50 |
| | | Reviewed and responded tio Elizabetih Cosen email re re | | | |
| 4/4/2013 | LR | Draff/revise | 2.50 | $450.00 | $1,125.00 |
| | | Draffed [Proposed] Judgmenti ffor Declaratiory and Injun | | | |
| 4/5/2013 | LR | Review/analyze | 0.67 | $450.00 | $301.50 |
| | | Receipti and review Eric Marcus email atiaching off Citiy | | | |
| 4/5/2013 | LR | Communicatie (otiher outiside counsel) | 0.33 | $450.00 | $148.50 |
| | | Draffed Email tio Eric Marcus and all counsel atiaching P | | | |
| 4/6/2013 | LR | Communicatie (otiher outiside counsel) | 0.17 | $450.00 | $76.50 |
| | | Receipti and review off email ffrom DCS re preparation off | | | |
| 4/7/2013 | LR | Communicatie (otiher outiside counsel) | 0.17 | $450.00 | $76.50 |
| | | Receipti and review off Email ffrom William Litivak approv | | | |
| 4/8/2013 | LR | Communicatie (otiher outiside counsel) | 0.50 | $450.00 | $225.00 |
| | | Telephone confference w/ DCS re setilementi negotiatio | | | |
| 4/8/2013 | LR | Communicatie (otiher outiside counsel) | 0.33 | $450.00 | $148.50 |
| | | Receipti and review off email ffrom DCS tio William Litivak | | | |
| 4/9/2013 | LR | Communicatie (otiher extienal) | 0.50 | $450.00 | $225.00 |
| | | Receipti and Review off Elizabetih Cosen email atiaching | | | |
| 4/11/2013 | LR | Communicatie (otiher outiside counsel) | 0.83 | $450.00 | $373.50 |
| | | Telephone confference with DCS re invoicing ffor atiorne | | | |
| 4/11/2013 | LR | Communicatie (otiher extienal) | 0.33 | $450.00 | $148.50 |
| | | Receipti and review off DCS email atiaching DCS invoicin | | | |

Law Offce off Lark L. Ritison

755 Westion Road
Scotis Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritison@gmail.com

**Invoice**

Ken Watierhouse
Watierhouse Managementi Corporation
500 Giuseppe Courti, Suitie 2
Roseville, CAL 95678

Invoice Datie May 2, 2013

Invoice Num: 1044

Billing Through: May 1, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Proffessional Services:

| Datie | Employee | Description | Hours | Ratie | Amounti |
|---|---|---|---|---|---|
| 4/15/2013 | LR | Communicatie (otiher outiside counsel) Receipti and review off email ffrom DCS witih question re | 0.33 | $450.00 | $148.50 |
| 4/15/2013 | LR | Communicatie (otiher outiside counsel) Receipti and review off DCS email approving Proposed Ju | 0.17 | $450.00 | $76.50 |
| 4/15/2013 | LR | Communicatie (otiher outiside counsel) Draffed email tio all counsel atiaching Proposed Judgme | 0.33 | $450.00 | $148.50 |
| 4/15/2013 | LR | Communicatie (otiher outiside counsel) Review off Email ffrom Eric Marcus re signatiure off Willia | 0.17 | $450.00 | $76.50 |
| 4/15/2013 | LR | Communicatie (otiher outiside counsel) Forwarded Eric Marcus email tio DCS re signatiure page | 0.17 | $450.00 | $76.50 |
| 4/15/2013 | LR | Communicatie (otiher outiside counsel) Receipt and review of Eric Marcus email attaching "A | 9.00 | $450.00 | $4,050.00 |
| 4/16/2013 | LR | Communicatie (otiher outiside counsel) Receipti and review off DCS email fforwarding his accoun | 0.33 | $450.00 | $148.50 |
| 4/16/2013 | LR | Communicatie (otiher outiside counsel) Receipti and review off DCS email atiaching signed'App | 0.17 | $450.00 | $76.50 |
| 4/16/2013 | LR | Draft/revise Draffed Notice off Lodging Proposed Judgmenti off Decla | 0.50 | $450.00 | $225.00 |
| 4/16/2013 | LR | Plan and prepare ffor Printied Proposed Judgmenti ffor Declaratiory Relieff witih | 0.50 | $450.00 | $225.00 |
| 4/16/2013 | LR | Communicatie (otiher extiernal) Uploaded tio Courtis EFC ffling systiem tihe Notice off Lod | 0.67 | $450.00 | $301.50 |
| 4/16/2013 | LR | Communicatie (witih clienti) Telephone call tio DCS re ffling and lodging off Proposed | 0.33 | $450.00 | $148.50 |
| 4/16/2013 | LR | Communicatie (otiher outiside counsel) Draffed email tio All Counsel re error off atiaching unrela | 0.17 | $450.00 | $76.50 |
| 4/16/2013 | LR | Draft/revise  5/2/2013 2:30:04 PM | 0.33 | $450.00 | $148.50 |
| 4/16/2013 | LR | Communicatie (otiher extiernal) Uploaded Amended Notice off Lodging and Proposed Ju | 0.50 | $450.00 | $225.00 |
| 4/16/2013 | LR | Draft/revise Draffed email tio Victior Cruz re error in ffling off Docketi | 0.50 | $450.00 | $225.00 |
| 4/16/2013 | LR | Communicatie (otiher outiside counsel) T/c Confference witih DCS regarding draff email tio Courti | 0.50 | $450.00 | $225.00 |
| 4/17/2013 | LR | Communicatie (otiher extiernal) Receipti and review off EFC Email re Filing defficiencies w | 0.33 | $450.00 | $148.50 |
| 4/17/2013 | LR | Communicatie (otiher outiside counsel) Draffed email tio DCS atiaching LR invoicing ffor time spe | 0.33 | $450.00 | $148.50 |

Law Offce off Lark L. Ritison

755 Westion Road
Scotis Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritison@gmail.com

Invoice

Ken Watierhouse
Watierhouse Managementi Corporation
500 Giuseppe Courti, Suitie 2
Roseville, CAL 95678

Invoice Datie May 2, 2013

Invoice Num: 1044

Billing Through: May 1, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Proffessional Services:

| Datie | Employee | Description | Hours | Ratie | Amounti |
|---|---|---|---|---|---|
| 4/17/2013 | LR | Communicatie (otiher outiside counsel) | 0.50 | $450.00 | $225.00 |
| | | Telephone confference witih DCS regarding tiotial hours s | | | |
| 4/17/2013 | LR | Review/analyze | 1.67 | $450.00 | $751.50 |
| | | Reviewed LR invoicing ffor tihis litigation Calculatied tioti | | | |
| 4/18/2013 | LR | Communicatie (otiher outiside counsel) | 0.50 | $450.00 | $225.00 |
| | | Telephone Confference w/ DCS re tiotial amounti off atiorn | | | |
| 4/18/2013 | LR | Review/analyze | 0.50 | $450.00 | $225.00 |
| | | Receipti and review off DCS email correspondence tio Bil | | | |
| 4/18/2013 | LR | Communicatie (otiher outiside counsel) | 0.50 | $450.00 | $225.00 |
| | | Receipti and review off DCS email re Bill LItivak April 18 | | | |
| 4/19/2013 | LR | Communicatie (otiher outiside counsel) | 0.33 | $450.00 | $148.50 |
| | | Telephone confference ffrom DCS re setilementi negotiati | | | |
| 4/19/2013 | LR | Communicatie (otiher extiernal) | 0.33 | $450.00 | $148.50 |
| | | Receipti and review off Courtis EFC email atiaching signe | | | |
| 4/19/2013 | LR | Research | 0.67 | $450.00 | $301.50 |
| | | Legal Research re Fed. Rule Civ. Proc. 54 c regarding req | | | |
| 4/22/2013 | LR | Communicatie (otiher outiside counsel) | 0.50 | $450.00 | $225.00 |
| | | Telephone confference w/ DCS re setilementi offer tio Citi | | | |
| 4/23/2013 | LR | Research | 1.67 | $450.00 | $751.50 |
| | | Legal research re Rule 54 and Local Rule 54-1 tio54-10 r | | | |
| 4/23/2013 | LR | Plan and prepare ffor | 0.83 | $450.00 | $373.50 |
| | | Drafted Memorandum tio DCS re Totial Atiorneys Fees tih | | | |
| 4/23/2013 | LR | Research | 0.67 | $450.00 | $301.50 |
| | | Legal research re Local Rules requirementis ffor Motion | | | |
| 4/23/2013 | LR | Research | 0.50 | $450.00 | $225.00 |
| | | Research Centiral Districti websitie re Judge Otieso requ | | | |
| 4/23/2013 | LR | Draff/revise | 1.50 | $450.00 | $675.00 |
| | | Draffed email correspondence tio All Counsel regarding | | | |
| 4/23/2013 | LR | Communicatie (otiher outiside counsel) | 0.17 | $450.00 | $76.50 |
| | | Telephone call tio Bill Litivak re setilementi negotiations | | | |
| 4/23/2013 | LR | Communicatie (otiher outiside counsel) | 0.17 | $450.00 | $76.50 |
| | | Receipti and review off DCS email approving draff corres | | | |
| 4/23/2013 | LR | Communicatie (otiher outiside counsel) | 0.33 | $450.00 | $148.50 |
| | | Senti email correspondence tio Bill Litivak re Setilementi | | | |
| 4/24/2013 | LR | Communicatie (otiher outiside counsel) | 0.33 | $450.00 | $148.50 |
| | | Receipti and review off DCS email re Declaration ffrom Ati | | | |
| 4/24/2013 | LR | Communicatie (otiher outiside counsel) | 0.33 | $450.00 | $148.50 |
| | | Telephone confference witih DCS re Declarations off Rich | | | |

Law Offce off Lark L. Ritison

755 Westion Road
Scotis Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritison@gmail.com

**Invoice**

Ken Watierhouse
Watierhouse Managementi Corporation
500 Giuseppe Courti, Suitie 2
Roseville, CAL 95678

Invoice Datie May 2, 2013

Invoice Num: 1044

Billing Through: May 1, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Proffessional Services:

| Datie | Employee | Description | Hours | Ratie | Amounti |
|---|---|---|---|---|---|
| 4/25/2013 | LR | Draff/revise<br>Drafted draft Declaration of Richard Close in S | 3.83 | $450.00 | $1,723.50 |
| 4/25/2013 | LR | Draff/revise<br>Reviewed, revised, and line-editied draff Declaration off | 2.83 | $450.00 | $1,273.50 |
| 4/26/2013 | LR | Draff/revise<br>Draffting Declaration off Ellioti Bien in Supporti off Plaintiff | 1.33 | $450.00 | $598.50 |
| 4/27/2013 | LR | Communicatie (otiher extiernal)<br>Retiruned tielephone call tio Richard CloseDiscussed hi | 0.33 | $450.00 | $148.50 |
| 4/27/2013 | LR | Communicatie (otiher extiernal)<br>Telephone confference witih Elizabetih Cosin re draff off M | 0.33 | $450.00 | $148.50 |
| 4/27/2013 | LR | Draff/revise<br>Draffed Declaration off RS. Radfford in Supporti off Plainti | 1.50 | $450.00 | $675.00 |
| 4/27/2013 | LR | Communicatie (otiher extiernal)<br>Draffed email tio RS.Radfford atiaching draff Declaration | 0.33 | $450.00 | $148.50 |
| 4/27/2013 | LR | Draff/revise<br>Reviewed and correctied draff Declaration off Elioti Bien | 0.50 | $450.00 | $225.00 |
| 4/27/2013 | LR | Draff/revise<br>Draffting David Spangenberg Declaration in Supporti off M | 0.83 | $450.00 | $373.50 |
| 4/28/2013 | LR | Draff/revise<br>Draffting David Spangenberg Declaration in Supporti off M | 2.33 | $450.00 | $1,048.50 |
| 4/29/2013 | LR | Review/analyze<br>Receipti and review off Ellioti Bien email atiaching signed | 0.33 | $450.00 | $148.50 |
| 4/29/2013 | LR | Draff/revise<br>Draffting Declaration off David Spangenberg in Supporti o | 5.50 | $450.00 | $2,475.00 |
| 4/29/2013 | LR | Communicatie (otiher extiernal)<br>Telephone Confference witih Elizabetih Cosin re draff Dec | 0.33 | $450.00 | $148.50 |
| 4/29/2013 | LR | Communicatie (otiher extiernal)<br>Review off Email ffrom DCS atiaching detiails off histiory o | 0.33 | $450.00 | $148.50 |
| 4/29/2013 | LR | Communicatie (otiher extiernal)<br>Draffed email tio Elizabetih re DCS invoicing ffor February | 0.33 | $450.00 | $148.50 |
| 4/29/2013 | LR | Review/analyze<br>Review off DCS Invoicing ffor tiotials tio Include in Declarati | 2.33 | $450.00 | $1,048.50 |
| 4/29/2013 | LR | Draff/revise<br>Completied Declaration off David Spangenbergincludin | 1.00 | $450.00 | $450.00 |
| 4/30/2013 | LR | Draff/revise<br>Draffed email tio William Litivak atiaching copies off DCS | 0.33 | $450.00 | $148.50 |
| 4/30/2013 | LR | Draff/revise<br>Draffed email tio William LItivack atiaching DCS invoices | 0.33 | $450.00 | $148.50 |

Law Offce off Lark L. Ritison

755 Westion Road
Scotis Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritison@gmail.com

Invoice

Ken Watierhouse
Watierhouse Managementi Corporation
500 Giuseppe Courti, Suitie 2
Roseville, CAL 95678

Invoice Datie May 2, 2013

Invoice Num: 1044

Billing Through: May 1, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Proffessional Services:

| Datie | Employee | Description | Hours | Ratie | Amounti |
|---|---|---|---|---|---|
| 4/30/2013 | LR | Draff/revise | 0.33 | $450.00 | $148.50 |
| | | Draffed email tio William Litivak atiaching DCS invoices ff | | | |
| 4/30/2013 | LR | Draff/revise | 0.33 | $450.00 | $148.50 |
| | | Draffed email tio William Litivak atiaching DCS March20 | | | |
| 4/30/2013 | LR | Draff/revise | 0.33 | $450.00 | $148.50 |
| | | Draffed email tio William LItivak atiaching LLR February | | | |
| 4/30/2013 | LR | Draff/revise | 0.33 | $450.00 | $148.50 |
| | | Draffed email tio William Litivak atiaching LLR March20 | | | |
| 4/30/2013 | LR | Draff/revise | 24.00 | $450.00 | $10,800.00 |
| | | Draffed email tio William Litivak atiaching LLR Jan 2013 | | | |
| 4/30/2013 | LR | Draff/revise | 0.33 | $450.00 | $148.50 |
| | | Draffed email tio William Litivak atiaching LLR Dec 2012 | | | |
| 4/30/2013 | LR | Communicatie (otiher outiside counsel) | 0.33 | $450.00 | $148.50 |
| | | Receipti and review off William Litivak email re his receip | | | |
| 4/30/2013 | LR | Communicatie (otiher outiside counsel) | 0.33 | $450.00 | $148.50 |
| | | Draffed and fforwarded email tio DCS and DCS Offce re | | | |
| 4/30/2013 | LR | Draff/revise | 0.33 | $450.00 | $148.50 |
| | | Draffed email tio William Litivak fforwarding LLR invoice ff | | | |
| 4/30/2013 | LR | Draff/revise | 0.33 | $450.00 | $148.50 |
| | | Draffed email tio Elizabetih re large KB size off David Span | | | |
| 4/30/2013 | LR | Draff/revise | 0.50 | $450.00 | $225.00 |
| | | Receipti off Elizabetih Cosen email atiaching DCS invoices | | | |
| 4/30/2013 | LR | Communicatie (otiher extiernal) | 0.33 | $450.00 | $148.50 |
| | | Telephone confference witih Ellioti Bien re his Declaratio | | | |
| 4/30/2013 | LR | Draff/revise | 0.83 | $450.00 | $373.50 |
| | | Draffing off Notice off Motion ffor Award off Atiorneys Fee | | | |
| 5/1/2013 | LR | Communicatie (otiher outiside counsel) | 0.33 | $450.00 | $148.50 |
| | | Draffed email instiructions tio Elizabetih Cosin regarding | | | |
| 5/1/2013 | LR | Review/analyze | 1.00 | $450.00 | $450.00 |
| | | Reviewed DCS Memo regarding his Pre-2013 atiorney ti | | | |
| 5/1/2013 | LR | Review/analyze | 0.50 | $450.00 | $225.00 |
| | | Draffed email off instiructions tio Elizabetih Cosin re chec | | | |
| 5/1/2013 | LR | Draff/revise | 1.33 | $450.00 | $598.50 |
| | | Drafted email to William Litvak regarding DCS missing | | | |
| 5/1/2013 | LR | Draff/revise | 1.83 | $450.00 | $823.50 |
| | | Draffing Declaration off Lark L Ritison in Supporti off Plain | | | |
| 5/1/2013 | LR | Draff/revise | 0.50 | $450.00 | $225.00 |
| | | Reviewed and line editied Declaration off Lark LRitison i | | | |

Law Offce off Lark L. Ritison

755 Westion Road
Scotis Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritison@gmail.com

Invoice

Ken Watierhouse
Watierhouse Managementi Corporation
500 Giuseppe Courti, Suitie 2
Roseville, CAL 95678

Invoice Datie May 2, 2013

Invoice Num: 1044

Billing Through: May 1, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Proffessional Services:

| Datie | Employee | Description | Hours | Ratie | Amounti |
|---|---|---|---|---|---|
| 5/1/2013 | LR | Communicatie (otiher outiside counsel) | 0.33 | $450.00 | $148.50 |
| | | Draffed email tio Elizabetih and Offce atiaching ffnal dra | | | |
| 5/1/2013 | LR | Draff/revise | 2.50 | $450.00 | $1,125.00 |
| | | Draffing off Memorandum off Pointis and Autihorities in S | | | |
| 5/1/2013 | LR | Communicatie (in ffrm) | 4.00 | $450.00 | $1,800.00 |
| | | Uploading off Motion ffor Award off Atiorneys Feeswitih | | | |

Totial Service Amounti $49,828.50

Amounti Due This Invoice $45,855.00

This invoice is due upon receipt