Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

Invoice Date: May 2, 2013

Invoice Num: 1044

Billing Through: May 31, 2013

### Waterhouse et al. v. City of Lancaster (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/2/2013 | LR | Plan and prepare for<br>   Receipt and initial review of Court's EFC Email | 1.00 | $450.00 | $450.00 |
| 5/2/2013 | LR | Draft/revise<br>   Drafted Notice of Errata re Motion for Attorney | 3.50 | $450.00 | $1,575.00 |
| 5/3/2013 | LR | Communicate (other outside counsel)<br>   Receipt and review of DCS email re Motion fo | 0.17 | $450.00 | $76.50 |
| 5/8/2013 | LR | Plan and prepare for<br>   Attorneys' Fee Motion: Calendared hearing d | 0.50 | $450.00 | $225.00 |
| 5/8/2013 | LR | Plan and prepare for<br>   Review DCS Email. Drafted responding Memo | 0.50 | $450.00 | $225.00 |
| 5/14/2013 | LR | Review/analyze<br>   Receipt and review of William Litvak letter ask | 0.33 | $450.00 | $148.50 |
| 5/14/2013 | LR | Communicate (other external)<br>   Telephone call to Peggy Matsuda. Discussed | 0.50 | $450.00 | $225.00 |
| 5/14/2013 | LR | Communicate (other outside counsel)<br>   Drafted email to DCS forwarding Bill Litvak's co | 0.17 | $450.00 | $76.50 |
| 5/14/2013 | LR | Plan and prepare for<br>   Reviewed timing for filing of Reply Brief to City | 0.33 | $450.00 | $148.50 |
| 5/14/2013 | LR | Review/analyze<br>   Receipt and review of DCS email confirming | 0.17 | $450.00 | $76.50 |
| 5/14/2013 | LR | Communicate (other outside counsel)<br>   Receipt and review of EFC Court email re rep | 0.33 | $450.00 | $148.50 |
| 5/15/2013 | LR | Review/analyze<br>   Receipt and review of DCS email re questions | 0.33 | $450.00 | $148.50 |
| 5/15/2013 | LR | Communicate (other outside counsel)<br>   Telephone conference with DCS regarding re: | 1.00 | $450.00 | $450.00 |
| 5/15/2013 | LR | Draft/revise<br>   Drafted initial responsive letter to Bill Litvak an | 1.83 | $450.00 | $823.50 |
| 5/16/2013 | LR | Communicate (other outside counsel)<br>   Receipt and review of email from Elizabeth re | 0.33 | $450.00 | $148.50 |
| 5/16/2013 | LR | Communicate (other outside counsel)<br>   Review of email from DCS to Elizabeth re tasks | 0.33 | $450.00 | $148.50 |
| 5/16/2013 | LR | Communicate (other outside counsel)<br>   Receipt and review of Eric Marcus email with | 0.17 | $450.00 | $76.50 |
| 5/16/2013 | LR | Communicate (other outside counsel)<br>   Receipt and review of DCS email with though | 0.50 | $450.00 | $225.00 |
| 5/16/2013 | LR | Draft/revise<br>   Drafted responsive letter to Eric Marcus and Bi | 1.50 | $450.00 | $675.00 |

Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

Invoice Date: May 2, 2013
Invoice Num: 1044
Billing Through: May 31, 2013

### Waterhouse et al. v. City of Lancaster (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/16/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Reviewed DCS email re draft letter to Bill Litval |  |  |  |
| 5/16/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Drafted email to Eric Marcus attaching respor |  |  |  |
| 5/16/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
|  |  | Receipt of EFC Court email re Reporter's Trans |  |  |  |
| 5/19/2013 | LR | Review/analyze | 0.50 | $450.00 | $225.00 |
|  |  | Receipt and review of William Litvak letter of M |  |  |  |
| 5/20/2013 | LR | Communicate (with client) | 0.33 | $450.00 | $148.50 |
|  |  | Telephone conference with Ken Waterhouse r |  |  |  |
| 5/20/2013 | LR | Draft/revise | 1.83 | $450.00 | $823.50 |
|  |  | Drafting Declaration of Ken Waterhouse in sur |  |  |  |
| 5/20/2013 | LR | Research | 1.33 | $450.00 | $598.50 |
|  |  | Legal research re Local Rules and Standing O |  |  |  |
| 5/20/2013 | LR | Communicate (other external) | 0.33 | $450.00 | $148.50 |
|  |  | Receipt and review of Elizabeth Cosin email re |  |  |  |
| 5/20/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Receipt and review of DCS email regarding d |  |  |  |
| 5/20/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Receipt of DCS email re obtaining copy of Set |  |  |  |
| 5/21/2013 | LR | Review/analyze | 1.33 | $450.00 | $598.50 |
|  |  | Continued legal research re question of obtai |  |  |  |
| 5/22/2013 | LR | Communicate (other external) | 0.33 | $450.00 | $148.50 |
|  |  | Drafted email to Elizabeth re determining whe |  |  |  |
| 5/22/2013 | LR | Draft/revise | 0.83 | $450.00 | $373.50 |
|  |  | Drafting letter to William Litvak re settlement n |  |  |  |
| 5/22/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
|  |  | Receipt and review of DCS email response rec |  |  |  |
| 5/24/2013 | LR | Review/analyze | 0.33 | $450.00 | $148.50 |
|  |  | Reviewed and responded to DCS email and E |  |  |  |
| 5/24/2013 | LR | Draft/revise | 0.83 | $450.00 | $373.50 |
|  |  | Reviewed, line edited, and corrected Declara |  |  |  |
| 5/28/2013 | LR | Draft/revise | 0.50 | $450.00 | $225.00 |
|  |  | Revised and redrafted letter to William Litvak res |  |  |  |
| 5/28/2013 | LR | Communicate (other outside counsel) | 0.33 | $450.00 | $148.50 |
|  |  | Email to DCS attaching revised letter to Litvak |  |  |  |
| 5/28/2013 | LR | Communicate (other outside counsel) | 0.50 | $450.00 | $225.00 |
|  |  | Made final edits and corrections to letter to W |  |  |  |

Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

Invoice Date: May 2, 2013
Invoice Num: 1044
Billing Through: May 31, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/30/2013 | LR | Communicate (other outside counsel) Review of email from Elizabeth and DCS Offic | 0.33 | $450.00 | $148.50 |
| 5/30/2013 | LR | Review/analyze Reciept and review of DCS email attaching hi | 0.50 | $450.00 | $225.00 |
| 5/31/2013 | LR | Draft/revise Drafted letter to Bill Litvak responding to City's | 1.33 | $450.00 | $598.50 |

Total Service Amount: $12,118.50

Amount Due This Invoice: $12,118.50

This invoice is due upon receipt

Thank you

Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

---

Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

Invoice Date: May 2, 2013
Invoice Num: 1044
Billing Through: Jun 20, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/2/2013 | LR | Draft/revise<br>Completed letter to Bill Litvak responding to C | 1.50 | $450.00 | $675.00 |
| 6/2/2013 | LR | Plan and prepare for<br>Drafting Reply Declaration of Lark L. Ritson in r | 9.00 | $450.00 | $4,050.00 |
| 6/4/2013 | LR | Review/analyze<br>Receipt and review of EFC Court Email attach | 0.33 | $450.00 | $148.50 |
| 6/4/2013 | LR | Review/analyze<br>T/c to DCS Office. Left message regarding re | 0.33 | $450.00 | $148.50 |
| 6/4/2013 | LR | Communicate (other outside counsel)<br>Receipt and review of Email from Elizabeth se | 0.33 | $450.00 | $148.50 |
| 6/5/2013 | LR | Communicate (other outside counsel)<br>Drafted email to DCS and Elizabeth re Reply B | 0.33 | $450.00 | $148.50 |
| 6/5/2013 | LR | Draft/revise<br>Review of City's Reply Brief and initial outlining | 2.33 | $450.00 | $1,048.50 |
| 6/5/2013 | LR | Communicate (other outside counsel)<br>Telephone conference with DCS and Elizabeth | 0.83 | $450.00 | $373.50 |
| 6/5/2013 | LR | Draft/revise<br>Continued reviewing City's Opposition to Attorney | 1.50 | $450.00 | $675.00 |
| 6/6/2013 | LR | Draft/revise<br>Drafting Reply Brief to City's Opposition to Plai | 4.00 | $450.00 | $1,800.00 |
| 6/6/2013 | LR | Communicate (other outside counsel)<br>Receipt and review of DCS email and Elizabe | 1.50 | $450.00 | $675.00 |
| 6/6/2013 | LR | Communicate (other outside counsel)<br>Reviewed Elizabeth email re City's Motion in Li | 0.33 | $450.00 | $148.50 |
| 6/6/2013 | LR | Draft/revise<br>Continued drafting Reply to City's Opposition | 3.33 | $450.00 | $1,498.50 |
| 6/7/2013 | LR | Draft/revise<br>Continued drafting Reply Brief to City's Oppos | 3.00 | $450.00 | $1,350.00 |
| 6/7/2013 | LR | Draft/revise<br>Drafting Reply Declaration of Lark L. Ritson in s | 1.33 | $450.00 | $598.50 |
| 6/7/2013 | LR | Draft/revise<br>Drafting Reply Brief, including Section II respor | 4.50 | $450.00 | $2,025.00 |
| 6/8/2013 | LR | Draft/revise<br>Drafting Declaration of Lark L. Ritson in Reply t | 6.00 | $450.00 | $2,700.00 |
| 6/8/2013 | LR | Draft/revise<br>Drafting Reply Brief, including Arguments on F | 3.00 | $450.00 | $1,350.00 |
| 6/9/2013 | LR | Draft/revise<br>Drafting of Reply Brief to City's Opposition to A | 5.50 | $450.00 | $2,475.00 |

Law Office of Lark L. Ritson

755 Weston Road
Scotts Valley, CA 95066-
Tel: 831-247-0577 Fax: 831-438-3216
Lark.Ritson@gmail.com

Invoice

Ken Waterhouse
Waterhouse Management Corporation
500 Giuseppe Court, Suite 2
Roseville, CAL 95678

Invoice Date: May 2, 2013

Invoice Num: 1044

Billing Through: Jun 20, 2013

**Waterhouse et al. v. City of Lancaster** (2-12-cv-00923-SJO-SH:) - Managed by (LR)

Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/10/2013 | LR | Review/analyze  Drafting Reply Brief, including Section II respon | 5.83 | $450.00 | $2,623.50 |
| 6/11/2013 | LR | Review/analyze  Reply to City's Opposition to Motion for Attorn | 6.33 | $450.00 | $2,848.50 |
| 6/11/2013 | LR | Review/analyze  Reviewed and line-edited Reply Declaration o | 1.50 | $450.00 | $675.00 |
| 6/11/2013 | LR | Communicate (other external)  Receipt and final review of all Plaintiffs' Reply I | 1.83 | $450.00 | $823.50 |
| 6/11/2013 | LR | Communicate (other external)  Reviewed Court's EFC Emails attaching copies | 1.50 | $450.00 | $675.00 |

Total Service Amount: $29,682.00

Amount Due This Invoice: $29,682.00

This invoice is due upon receipt